IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-cv-00695-GCM

| | |
|---|---|
| BARONIUS PRESS, LTD., ) | |
| ) | **ORDER GRANTING DEFENDANT'S** |
| Plaintiff, ) | **SECOND MOTION FOR EXTENSION** |
| ) | **OF TIME TO ANSWER, PLEAD OR** |
| v. ) | **OTHERWISE RESPOND TO** |
| ) | **PLAINTIFF'S COMPLAINT** |
| SAINT BENEDICT PRESS LLC, ) | |
| ) | |
| Defendant. ) | |

THIS CAUSE being heard by the undersigned upon Defendant Saint Benedict Press, LLC's Second Motion For Extension of Time to Answer, Plead or Otherwise Respond to Plaintiff's Complaint, pursuant to Rule 6 of the Federal Rules of Civil Procedure; and

IT APPEARING to the Court that Defendant's request was made before the expiration of the period originally prescribed and good cause exists for granting the Motion, and that the Motion should be allowed:

IT IS THEREFORE ORDERED that Defendant shall have an additional twenty-one (21) days, up to and including December 22, 2016, within which to answer, plead or otherwise respond to Plaintiff's Complaint.

SO ORDERED.

Signed: November 28, 2016

_____
Graham C. Mullen
United States District Judge