# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:16-cv-00695-GCM

| | |
|---|---|
| BARONIUS PRESS, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAINT BENEDICT PRESS LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Motion to Seal Exhibits 1 and 2 to Plaintiff's Motion to Extend the Scheduling Order is hereby **GRANTED**. For the reasons set forth in the supporting Motion and incorporated Memorandum of Law, **it is hereby ORDERED** that the above-mentioned documents be **SEALED.**

Signed: April 24, 2018

Graham C. Mullen
United States District Judge