# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:16-CV-00695-GCM

| | |
|---|---|
| BARONIUS PRESS, LTD., | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )  **ORDER** |
| | ) |
| SAINT BENEDICT PRESS LLC, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER** is before the Court upon Defendant's Motion for Relief from Order or in the Alternative, Motion for Reconsideration, to Vacate, or Modify. (Doc. No. 35). This matter has been thoroughly briefed and is ripe for disposition.

Having considered Defendant's motion, the Court denies the same. However, if dispositive motions are filed by October 31, 2018, the Court will extend the trial date as well to alleviate Defendant's concerns.

IT IS THEREFORE ORDERED that Defendant's Motion for Relief from Order or in the Alternative, Motion for Reconsideration, to Vacate, or Modify is hereby DENIED.

Signed: July 16, 2018

Graham C. Mullen
United States District Judge