IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case No. 3:16-cv-00695

| Baronius Press Ltd. | ) |
|---|---|
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Saint Benedict Press LLC, | ) |
|     Defendant. | ) |
| | ) |
| | ) |

**EXHIBIT APPENDIX TO PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT AND SUPPLEMENTAL PLEADING**

| Exhibit No. | Description of Exhibit |
|---|---|
| **Exhibit 1** | Original German work *Grundriß der katholischen Dogmatik* U.S. Copyright Office Certificate of Registration **TX-6-484-646** issued on February 21, 2014. |
| **Exhibit 2** | English language translation *Fundamentals of Catholic Dogma* U.S. Copyright Office Certificate of Registration **TX-6-484-647** issued on February 21, 2014. |
| **Exhibit 3** | April 26, 2013 Notice of Intent to Enforce on *Fundamentals of Catholic Dogma* and on *Grundriß der katholischen Dogmatik* served by Plaintiff upon Defendant. |
| **Exhibit 4** | Plaintiff's Notices of Copyright Infringement and Demand Letters that it sent to Defendant arranged in chronological order |

| Exhibit No. | Description of Exhibit |
|---|---|
| **Exhibit 5** | Sample of Defendant's Advertisement of *Fundamentals of Catholic Dogma* under its own name. |
| **Exhibit 6** | Printouts of Defendant's webpages: www.goodwillpublishers.com, www.saintbenedictpress.com, www.tanbooks.com, Facebook |
| **Exhibit 7** | Sample of Defendant's Advertisement pages at the back of *Fundamentals of Catholic Dogma* book. |
| **Exhibit 8** | Defendant's copyright page for *Fundamentals of Catholic Dogma* |
| **Exhibit 9** | Sample of Defendant's Advertisement pages in *This Tremendous Lover* book. |
| **Exhibit 10** | Defendant's copyright page for *This Tremendous Lover* |
| **Exhibit 11** | August 10, 2016 Cease and Desist Demand for *This Tremendous Lover* served by Plaintiff upon Defendant. |
| **Exhibit 12** | July 9, 2018 Purchase Receipt from Kobo.com for various titles. |
| **Exhibit 13** | Sample of Defendant's Advertisement of *This Tremendous Lover* under its own name. |
| **Exhibit 14** | Sample of Defendant's Advertisement pages in *The Curé d'Ars* book. |
| **Exhibit 15** | August 10, 2016 Notice of Intent to Enforce on *The Curé d'Ars* and *Le curé d'Ars* served by Plaintiff upon Defendant. |
| **Exhibit 16** | Sample of Defendant's Advertisement of *The Curé d'Ars* under its own name. |
| **Exhibit 17** | Defendant's copyright page for *The Curé d'Ars* |
| **Exhibit 18** | September 13, 2016 Cease and Desist Demand for *Catholic Encyclopaedic Dictionary* served by Plaintiff upon Defendant. |

| Exhibit No. | Description of Exhibit |
|---|---|
| **Exhibit 19** | Sample of *Catholic Encyclopedic Dictionary* being available for purchase. |
| **Exhibit 20** | August 10, 2016 Cease and Desist Demand for *Holy Abandonment* served by Plaintiff upon Defendant. |
| **Exhibit 21** | Sample of *Holy Abandonment* being available for purchase. |
| **Exhibit 22** | November 20, 2017 Purchase Receipt from Amazon.com for various titles. |
| **Exhibit 23** | Sample of *Priest in Union with Christ* being available for purchase. |
| **Exhibit 24** | Sample of *Christian Perfection and Contemplation* being available for purchase. |
| **Exhibit 25** | Sample of *Our Savior and His Love for Us* being available for purchase. |
| **Exhibit 26** | Sample of *Providence* being available for purchase. |
| **Exhibit 27** | Sample of *Life Everlasting* being available for purchase. |
| **Exhibit 28** | Sample of *Mother of the Savior* being available for purchase. |
| **Exhibit 29** | Sample of *The Three Conversions in the Spiritual Life* being available for purchase. |
| **Exhibit 30** | Sample of *Predestination* being available for purchase. |