IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case No. 3:16-cv-00695

Baronius Press, Ltd. )
        Plaintiff, )
 )
v. )
 )
 )
Saint Benedict Press LLC, )
 )
        Defendant. )
 )

## EXHIBIT APPENDIX

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | August 8, 2018 Letter from Ishman to Buchan regarding Privilege Log and AEO documents. |
| 2 | August 29, 2018 Letter from Buchan to Ishman responding to Ishman's August 8, 2018 Letter. |
| 3 | Defendant's correspondence Bates stamped SBPP-03082 to SBPP-03083 |
| 4 | Index of Documents in SBPP-03084 to SBPP-03385 |