

Mara Persic <mara@tanbooks.com>

## Re: Inbox Search: Fundamentals of Catholic Dogma
1 message

**Joseph Bruck** <joseph@tanbooks.com>     Thu, Nov 9, 2017 at 9:52 AM
To: Mara Persic <mara@tanbooks.com>
Cc: Paul Grabowski <paulg@tanbooks.com>

> I spoke with David this morning, and we realized that every customer service email pre-2014 was part of an exchange server migrated by Scot which has now been wiped. It looks like there's no way to access any of those older emails, so I will grab everything as far back as I can.
>
> Joseph Bruck, Customer Service
> Direct Line: 704-868-7142
> Saint Benedict Press / TAN Books
> www.tanbooks.com - https://www.facebook.com/TANBooks

> On Wed, Nov 8, 2017 at 3:21 PM, Mara Persic <mara@tanbooks.com> wrote:
>> Thanks Joseph.
>>
>> David - is there any other way to run a search on this CustomerService@tanbooks.com inbox for the date range: 2008 to 2014 or to present?
>>
>> Please reply.
>>
>> Thanks,
>> Mara
>>
>> On Wed, Nov 8, 2017 at 3:14 PM, Joseph Bruck <joseph@tanbooks.com> wrote:
>>> Looks like the furthest it will go back is 2014...
>>>
>>> Joseph Bruck, Customer Service
>>> Direct Line: 704-868-7142
>>> Saint Benedict Press / TAN Books
>>> www.tanbooks.com - https://www.facebook.com/TANBooks
>>>
>>> On Wed, Nov 8, 2017 at 3:09 PM, Mara Persic <mara@tanbooks.com> wrote:
>>>> Hi Joseph,

SBPP-03082

Our copyright attorney has requested that we conduct a search of the CustomerService@tanbooks.com inbox for any emails,
orders, or correspondence regarding:

**Fundamentals of Catholic Dogma**

The search date range would be: 2008 forward.

Could you schedule that this week?

I may need you to save pdfs of the email chains in a Q drive folder. Or if you or Paul have a better suggestion to archive the search results please let me know.

Thanks,

--
Mara Persic
Art Director
Rights & Royalties
Saint Benedict Press
TAN Books
Direct: 704.884.3373
email: mara@tanbooks.com


--
Mara Persic
Art Director
Rights & Royalties
Saint Benedict Press
TAN Books
Direct: 704.884.3373
email: mara@tanbooks.com

SBPP-03083