# AEO – Documents Bates No. SBPP-03084 to SBPP-03385

| Disclosed Documents ||| Requested Documents ||| Related Documents |||
|---|---|---|---|---|---|---|---|---|
| Bates No || | Bates No ||| Bates No |||
| From | To | # Pages | From | To | # Pages | From | To | # Pages |
| 3084 | 3085 | 2 | 3084 | 3085 | 2 | | | |
| 3086 | 3090 | 5 | | | | 3086 | 3090 | 5 |
| 3091 | 3092 | 2 | 3091 | 3092 | 2 | | | |
| 3093 | 3094 | 2 | 3093 | 3094 | 2 | | | |
| 3095 | 3096 | 2 | 3095 | 3096 | 2 | | | |
| 3097 | 3098 | 2 | 3097 | 3098 | 2 | | | |
| 3099 | 3106 | 8 | 3099 | 3106 | 8 | | | |
| 3107 | 3107 | 1 | | | | | | |
| 3108 | 3109 | 2 | 3108 | 3109 | 2 | | | |
| 3110 | 3111 | 2 | 3110 | 3111 | 2 | | | |
| 3112 | 3113 | 2 | 3112 | 3113 | 2 | | | |
| 3114 | 3115 | 2 | 3114 | 3115 | 2 | | | |
| 3116 | 3121 | 6 | 3116 | 3121 | 6 | | | |
| 3122 | 3127 | 6 | | | | | | |
| 3128 | 3128 | 1 | 3128 | 3128 | 1 | | | |
| 3129 | 3130 | 2 | | | | 3129 | 3130 | 2 |
| 3131 | 3132 | 2 | 3131 | 3132 | 2 | | | |
| 3133 | 3145 | 13 | | | | | | |
| 3146 | 3152 | 7 | | | | | | |
| 3153 | 3153 | 1 | | | | 3153 | 3153 | 1 |
| 3154 | 3163 | 10 | | | | | | |
| 3164 | 3164 | 1 | | | | 3164 | 3164 | 1 |
| 3165 | 3173 | 9 | | | | | | |
| 3174 | 3174 | 1 | | | | 3174 | 3174 | 1 |
| 3175 | 3179 | 5 | | | | | | |
| 3180 | 3180 | 1 | | | | 3180 | 3180 | 1 |
| 3181 | 3186 | 6 | | | | | | |
| 3187 | 3187 | 1 | | | | 3187 | 3187 | 1 |
| 3188 | 3193 | 6 | | | | | | |
| 3194 | 3194 | 1 | | | | 3194 | 3194 | 1 |
| 3195 | 3195 | 1 | | | | | | |
| 3196 | 3196 | 1 | | | | 3196 | 3196 | 1 |
| 3197 | 3201 | 5 | | | | | | |
| 3202 | 3203 | 2 | | | | 3202 | 3203 | 2 |
| 3204 | 3208 | 5 | | | | | | |
| 3209 | 3209 | 1 | | | | 3209 | 3209 | 1 |
| 3210 | 3211 | 2 | | | | | | |
| 3212 | 3213 | 2 | | | | 3212 | 3213 | 2 |
| 3214 | 3214 | 1 | | | | 3214 | 3214 | 1 |
| 3215 | 3217 | 3 | | | | | | |
| 3218 | 3219 | 2 | | | | 3218 | 3219 | 2 |
| 3220 | 3222 | 3 | | | | | | |
| 3223 | 3224 | 2 | 3223 | 3224 | 2 | | | |
| 3225 | 3239 | 15 | | | | | | |
| 3240 | 3243 | 4 | 3240 | 3243 | 4 | | | |
| 3244 | 3244 | 1 | | | | 3244 | 3244 | 1 |
| 3245 | 3247 | 3 | | | | | | |
| 3248 | 3249 | 2 | | | | | | |
| 3250 | 3254 | 5 | | | | 3250 | 3254 | 5 |
| 3255 | 3255 | 1 | | | | | | |
| 3256 | 3258 | 3 | | | | | | |
| 3259 | 3259 | 1 | | | | 3259 | 3259 | 1 |
| 3260 | 3266 | 7 | | | | | | |
| 3267 | 3270 | 4 | | | | 3267 | 3270 | 4 |
| 3271 | 3385 | 115 | | | | | | |
| | | **302** | | | **41** | | | **33** |