IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-cv-00695-GCM

BARONIUS PRESS, LTD., )
)
    Plaintiff, )
)
v. )
)
SAINT BENEDICT PRESS LLC, )
)
    Defendant. )

**APPENDIX OF EXHIBITS FILED IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO CORRECT DESIGNATION OF NON-SENSITIVE, NON-TRADE SECRET DOCUMENTS FROM ATTORNEYS' EYES ONLY TO CONFIDENTIAL AND MEMORANDUM IN SUPPORT OF DEFENDANT'S FIRST MOTION FOR A PROTECTIVE ORDER**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Letter from Mark Ishman, Counsel for Plaintiff, to Natalie Potter and Jonathan Buchan, Counsel for Defendant (May 10, 2018) |
| 2 | Affidavit of John Conor Gallagher |
| 3 | Email from Mark W. Ishman, Counsel for Plaintiff, to Natalie Potter, Counsel for Defendant (September 10, 2018) |
| 4 | Letter from Natalie Potter, Counsel for Defendant, to Mark W. Ishman, Counsel for Plaintiff (June 27, 2018) |
| 5 | Letter from Mark W. Ishman, Counsel for Plaintiff to Natalie Potter and Jonathan Buchan (September 20, 2018) |