IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case No. 3:16-cv-00695

| Baronius Press, Ltd. | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| Saint Benedict Press LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**EXHIBIT APPENDIX TO PLAINTIFF'S REPLY TO AND REFUTATION OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO CORRECT DESIGNATION OF NON-SENSITVE, NON-TRADE SECRET DOCUMENTS FROM ATTORNEYS' EYES ONLY TO CONFIDENTIAL**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Invoice by Mary Frances Lester with detail list of editorial work on *Fundamentals of Catholic Dogma* . |
| 2 | Email from Sebrina Higdon to Mary Frances Lester |
| 3 | SBPP-00273 – screenshot of Defendant's latest production file for *Fundamentals* |
| 4 | List of changes between the Original 1955 Edition by Mercier Press of *Fundamentals* and TAN Books Re-Typeset Draft edition of *Fundamentals*. |