**INVOICE** *(handwritten: Invoice for MFL's work on the never-published retypeset TAN edition)*

From:
Mary Frances Lester
1020 Brookfield Rd.
Rockford, IL 61107
815-399-4373
lestermaryf@yahoo.com

Date: 12/20/11

To: TAN Books
Charlotte, North Carolina

**ATTENTION: Brent**

---

**FUNDAMENTALS OF CATHOLIC DOGMA—"Proofreading Plus"**     **$3,000.00**

- Printed out lasers from TAN-supplied pdf (body and bibliography, 674 pages)
- Proofread carefully all 674 pages, attending to meaning as well as typographical errors, and very often word-for-worded entire pages vs. hard copy (copy of book); gave special attention to capital I vs. numeral 1
- Checked all running heads and folios ("Checked" includes correcting errors)
- Checked all paragraph beginnings
- Word-for-word checked all Latin passages vs. hard copy
- Word-for-word checked all references in the body (incl. Scriptural) vs. hard copy
- Word-for-word checked all dogmatic statements vs. hard copy
- Word-for-word checked all lists vs. hard copy
- Letter-by-letter checked all Greek passages, incl. accent marks, vs. hard copy, and researched some Greek alphabet issues online (sigma, stigma, accents)
- Checked incorrect-looking items—especially in the references, Latin, Greek, bibliography entries—vs. the German edition of FCD
- Applied the 70 Corrigenda to the lasers
- Corrected errors in translation that I discovered (over 100—see list of page numbers emailed to Brent and Lesly), based on the German, often consulting also the French edition of FCD and/or other references, and usually writing "paper trail" notes in the margin
- Translated and added 4 items of missing text—1 par., 3 sent. (See above list.)
- Wrote and added 3 footnotes (outdated Communion fasting rules, evolution, wrong impression given re Trent on invalid marriages)(See above list.)
- Checked format to some extent (there was some variation in the Template)
- Submitted 11 detailed Comments re the format (the Template), with Recommendations for adjustments
- Submitted a proposed Publisher's Note for the new TAN edition
- Submitted a proposed list of Terms and Additional Abbreviations for the new TAN edition
- Supplied my own reference materials—especially German and French editions of FCD, plus Denzinger *(The Sources of Catholic Dogma)*
- Shipped the lasers to TAN via UPS (they arrived 12/19/11, signed for by Scott)

NOTE: Printing out lasers and making corrections by pencil was necessary. Proofreading on screen—especially word-for-wording technical material back and forth between hard copy and screen—would have been very difficult and far more time-consuming.

Case 3:16-cv-00695-FDW-DCK   Document 73-2   Filed 10/02/18   Page 1 of 1