# List of changes between the Original 1955 Edition by Mercier Press of *Fundamentals* and TAN Books Re-Typeset Draft edition of *Fundamentals*.

========================================================================

## PART I – CORRECTIONS OF KNOWN ERRORS

1. The Corrigenda from the back of 1955 Mercier Press edition of *Fundamentals* was implemented into the text of TAN Edition.

2. Two known errors TAN corrected in their paperback edition as "flaps", SBPP-02187 to SBPP-02188

3. Fr Camillus Hay's suggested corrections found in SBPP-02205 to SBPP-02207 were applied by TAN wherever applicable, see below.

**SBPP-01116**

The character is a signum distinctivum in so far as it distinguishes the baptised from the non-baptised, the confirmed from the non-confirmed, the consecrated from the non-consecrated;

The character is a signum distinctivum in so far as it distinguishes the baptised from the non-baptised, the confirmed from the non-confirmed, the ordained from the non-ordained;

_____

**SBPP-01119**

It follows from the immediate institution of the Sacraments by Christ that their substance is immutably fixed for all time. The institution of a new Sacrament would involve a substantial change. …

Whether Christ ordained the matter and form of the Sacraments specifically (in specie) or in general (in genere) is a matter of controversy, that is, whether He laid down the specific nature of the Sacrament or whether He merely gave the idea of the Sacrament in general and left the closer determination of the matter and form to the Church. The latter form of institution implies a far-reaching co-operation of the Church, and therefore approaches the notion of mediate institution. The declaration of the Council of Trent (D 931) cited above, on the other hand, seems to favour specific institution, as the expression "Sacraments," according to the proximate sense, designates the concrete substance, that is, matter and form, without however excluding the generic institution.

_____

It follows from the immediate institution of the Sacraments by Christ that their substance is immutably fixed for all time. Change of substance would amount to the institution of a new sacrament. …

Whether Christ ordained the matter and form of the Sacraments specifically (in specie) or in general (in genere) is a matter of controversy, that is, whether He laid down the specific nature of the sacramental sign or whether He merely gave the idea of the Sacrament in general and left the closer determination of the matter and form to the Church. The latter form of institution implies a far-reaching co-operation of the Church, and therefore approaches the notion of mediate institution. The declaration of the Council of Trent (D 931) cited above, on the other hand, seems to favour specific institution, as the expression "substance of the Sacraments," according to the proximate sense, designates the concrete substance, that is, matter and form, without however excluding the generic institution.

_____

**SBPP-01126**

As an instrument is effective in virtue of its principal cause, so the efficiency of the Sacrament is independent of the subjective constitution of the minister.

As an instrument is effective in virtue of its principal cause, so the efficacy of the Sacrament is independent of the subjective constitution of the minister.

_____

**SBPP-01129**

The intrinsic ground is this, that the Sacraments receive their grace of conferring power neither from the recipient nor from the minister of the Sacrament, but from God, the Originator of grace. Cf. S. th. III 68, 8.

The intrinsic ground is this, that the Sacraments receive their power of conferring grace neither from the recipient nor from the minister of the Sacrament, but from God, the Originator of grace. Cf. S. th. III 68, 8.

___

**SBPP-01130**

Moral worthiness in this context consists in the removal of any obstacles to grace. D 849: non ponentibus obicem. In the Sacraments of the Dead the obstacles to grace are lack of faith and unreadiness for penance, the requisite dispositions being faith and, …

Moral worthiness in this context consists in the removal of any obstacles to grace. D 849: non ponentibus obicem. In the Sacraments of the Dead the obstacles to grace are unbelief and lack of contrition, the requisite dispositions being faith and, …

___

**SBPP-01131**

The Sacraments of Baptism, Confirmation and Consecration, when they are received validly but unworthily, revive after the removal of the moral indisposition, …

The Sacraments of Baptism, Confirmation and Holy Orders, when they are received validly but unworthily, revive after the removal of the moral indisposition, …

___

**SBPP-01164**

In refutation of these errors, the Fourth Lateran Council (1215) officially proposed the doctrines of Transubstantiation, of the Real Presence; and of the exclusive consecration-power of the validly consecrated priest.

In refutation of these errors, the Fourth Lateran Council (1215) officially proposed the doctrines of Transubstantiation, of the Real Presence; and of the exclusive consecration-power of the validly ordained priest.

___

**SBPP-01188**

In Christian antiquity ordinary, that is leavened, bread was used also in the Eastern Church.

In Christian antiquity ordinary, that is leavened, bread was used also in the Western Church.

___

**SBPP-01190**

As far as the consecration effected by the Church is concerned, the Fathers ascribed this either to the whole prayer of thanksgiving, which is contained in the narrative of the institution,

As far as the consecration effected by the Church is concerned, the Fathers ascribed this either to the whole prayer of thanksgiving, which contains the narrative of the institution,

___

**SBPP-01191**

Christ is the vine, the recipient the grapes into which the supernatural life of grace flows.

Christ is the vine, the recipient the branches into which the supernatural life of grace flows.

___

**SBPP-00977**

In John 15, 1 et seq., in the parable of the vine and the grapes, Christ vividly represents the influence of grace going out from Him to souls

In John 15, 1 et seq., in the parable of the vine and the branches, Christ vividly represents the influence of grace going out from Him to souls

___

**SBPP-01060**

The Council of Trent teaches: "Christ Jesus continually infuses strength into the justified as the head to the limbs and the vine to the grapes."

The Council of Trent teaches: "Christ Jesus continually infuses strength into the justified as the head to the limbs and the vine to the branches."

___

**SBPP-01062**

Just as the vine nourishes and makes fruitful the grapes connected with it

Just as the vine nourishes and makes fruitful the branches connected with it

___

**SBPP-01089**

He looks upon Himself as a vine, His disciples as the grapes, which by the power of the vine bring forth fruits

He looks upon Himself as a vine, His disciples as the branches, which by the power of the vine bring forth fruits

___

**SBPP-01196**

The power of consecration resides in a validly consecrated priest only.

The power of consecration resides in a validly ordained priest only.

___

**SBPP-01268**

St. Gregory of Nyssa compares the consecration of priests to the consecration of the Eucharist: "The same power of the word makes the priest also sublime and venerable, marked off from the crowd by the rarity of consecration. Yesterday and the day before yesterday he was one of many, one of the crowd. All at once he becomes a leader, an overseer, a teacher of piety, a perfector of the concealed mysteries.

St. Gregory of Nyssa compares the ordination of priests to the consecration of the Eucharist: "The same power of the word makes the priest also sublime and venerable, marked off from the crowd by the rarity of ordination. Yesterday and the day before yesterday he was one of many, one of the crowd. All at once he becomes a leader, an overseer, a teacher of piety, an executor of the concealed mysteries.

___

**SBPP-01269**

The consecration of priests is a Sacrament. (De fide.)

The sacramental nature of the consecration of priests is implicitly expressed in the definition of the Council of Trent that Ordo is a true and proper Sacrament (D 963). Since at the time of the Council of Trent there was no unanimity as to the sacramental nature of the consecration of bishops and of deacons the definition must refer at least to the consecration of priests the sacramental nature of which was never contested. The Apostolic Constitution "Sacramentum Ordinis" of Pius XII teaches that not only the consecration of priests but also the consecration of deacons and bishops has a true sacramental nature, since it determines exactly the matter and form for each of these grades of consecration. D 2301.

The rite of ordination leaves no doubt as to the sacramental nature of the consecration of priests, since it consists in the imposition of hands and prayer, in which the grace of the Holy Ghost is besought from Heaven for the ordained.

_____

The ordination of priests is a Sacrament. (De fide.)

The sacramental nature of the ordination of priests is implicitly expressed in the definition of the Council of Trent that Ordo is a true and proper Sacrament (D 963). Since at the time of the Council of Trent there was no unanimity as to the sacramental nature of the consecration of bishops and of deacons the definition must refer at least to the ordination of priests, the sacramental nature of which was never contested. The Apostolic Constitution "Sacramentum Ordinis" of Pius XII teaches that not only the ordination of priests but also the consecration of deacons and bishops has a true sacramental nature, since it determines exactly the matter and form for each of these grades of Order. D 2301.

The rite of ordination leaves no doubt as to the sacramental nature of the ordination of priests, since it consists in the imposition of hands and prayer, in which the grace of the Holy Ghost is besought from Heaven for the ordinand.
_____

**SBPP-01272**

requisite for the validity of the consecrations named, whether as a constituent part of the matter or as the sole matter,

requisite for the validity of the Orders named, whether as a constituent part of the matter or as the sole matter,

**SBPP-01278**

conferred on the Abbot of the Augustine Monastery of St. Osytha at Essex (Diocese of London) and his successors,

conferred on the Abbot of the Augustinian Monastery of St. Osytha at Essex (Diocese of London) and his successors,
_____

**SBPP-01278**

In this latter view, the requisite power of consecration is contained in the priestly power of consecration as "potestas ligata."

In this latter view, the requisite power of ordination is contained in the priestly power of ordination as "potestas ligata."
_____

# PART II – TAN BOOKS OWN EDITORIAL CORRECTIONS/EDITS

1. In TAN edition, the "Synod of Pistoja" is consistently corrected as "Synod of Pistoia".

___

2. **SBPP-00800**

   [NB] New footnote added

   The theory flourished from the mid-19th century through the mid-20th century but has suffered severely from more recent scientific discoveries, particularly in the field of microbiology.—Publisher, 2013

___

3. **SBPP-00814**

   Common to all real states is the possession of the Beatific Vision of God

   Common to all real states is the final goal of the Beatific Vision of God

___

4. **SBPP-00905**

   Christ's soul was subject to sensuous emotions

   Christ's soul was subject to sensual emotions

___

5. **SBPP-00999**

   [NB] MISTAKE: "The Thomists teach an absolute, but only a negative Reprobation" does not make sense. It should be "do NOT teach an absolute, but only a negative Reprobation".

   In the question of Reprobation, the Thomist view favour not an absolute, but only a negative Reprobation.

   Corresponding to absolute predestination to eternal bliss, the Thomists teach an absolute, but only a negative Reprobation.

___

6. **SBPP-01024 - SBPP-01025**

   Free from external coaction and internal necessity. Pope Innocent X rejected as heretical, (D 1094), the Jansenist teaching that in the condition of fallen nature freedom from external coaction alone and not from internal necessity enables one to merit and demerit.

   Free from external coercion and internal necessity. Pope Innocent X rejected as heretical, (D 1094), the Jansenist teaching that in the condition of fallen nature freedom from external coercion alone and not from internal necessity enables one to merit and demerit.

___

7. **SBPP-01068**

   St. Irenaeus stresses as against the Gnostic error, that the promulgation of the Church is always the same, because she possesses the Spirit of the Holy Ghost, the Spirit of Truth:

   St. Irenaeus stresses as against the Gnostic error, that the promulgation of the Church is always the same, because she possesses the Holy Ghost, the Spirit of Truth:

___

8. **SBPP-01091**

   By good works performed in the state of grace the Faithful on earth can merit de congruo gifts from God

   By good works performed in the state of grace the Faithful on earth can merit de congruo gifts from God for one another.

   ___

9. **SBPP-01110**

   In this theory God gives grace immediately on account of the moral pressure exercised on Him by the Sacrament.

   In this theory God gives grace immediately on account of the Sacrament.

   ___

10. **SBPP-01110**

    [NB] New paragraph is added. (The new text does not seem to be the German original text).

    Billot's theory contradicts the principle: The Sacraments operate that which they signify, namely, grace. According to the teaching of the Church (D 849 et seq.), grace itself is the real thing effected by the Sacrament.

    The teaching which best corresponds to the teaching of the Church, of Holy Scripture and of the Fathers, is that expounded by St. Thomas Aquinas, i.e., the physical mode of operation (S. th. III 62).
    _____

    Billot's theory contradicts the principle: The Sacraments operate that which they signify, namely, grace. According to the teaching of the Church (D 849 et seq.), grace itself is the real thing effected by the Sacrament.

    The teaching on the moral mode of operation offers indeed the least difficulty to reason, but does not do justice to the concept of instrumental casuality (D 799) which strongly comes through in the utterances of Holy Writ and Tradition.

    The teaching which best corresponds to the teaching of the Church, of Holy Scripture and of the Fathers, is that expounded by St. Thomas Aquinas, i.e., the physical mode of operation (S. th. III 62).

    ___

11. **SBPP-01120**

    As Christ lives on in the Church (Mt. 28, 20) and the Holy Ghost directs the Church in her teaching activity (John 14, 26), the whole Church cannot err in her teaching.

    As Christ lives on in the Church (Mt. 28, 20) and the Holy Ghost directs the Church in her teaching activity (John 14, 26), the whole Church cannot err in her belief.

    ___

12. **SBPP-01125**

    … A.S. (If anyone says that a minister who, though he be in a state of mortal sin, does everything that is essential for the perfection and administration of a sacrament, does not perfect or administer the sacrament, A.S.) D 855. Cf. D 424, 488, 584, 672.

    … A.S. (If anyone says that a minister who, though he be in a state of mortal sin, does everything that is essential for the performance and administration of a sacrament, does not perform or administer the sacrament, A.S.) D 855. Cf. D 424, 488, 584, 672.

    ___

13. **SBPP-01130**

    A validly conferred but unworthily received Sacrament communicates the Sacramentum tantum—Baptism and Consecration …

    A validly conferred but unworthily received Sacrament communicates the Sacramentum tantum—Baptism, Confirmation and Holy Orders …

    ___

14. SBPP-01139

    (If the act which the minister effects is expressed (in words) together with the invocation of the Holy Trinity, the sacrament is perfected) D 696.

    (If the act which the minister performs is expressed (in words) together with the invocation of the Holy Trinity, the sacrament is effected) D 696.

    ___

15. SBPP-01172

    [NB] MISTAKE: in Catholic theology the Logos refers to the Word of God or to the Second Person of the Blessed Trinity. The Holy Ghost refers to the THIRD PERSON of the Blessed Trinity. So you don't call the Holy Ghost "Logos".

    The Fathers' testimony is reinforced by the testimony of the ancient Christian Liturgies, in which in the so-called Epiclesis of the Logos is called down, …

    The Fathers' testimony is reinforced by the testimony of the ancient Christian Liturgies, in which in the so-called Epiclesis the Logos or the Holy Ghost is called down, …

    ___

16. SBPP-01192

    In the preparation of the bread from many grains of corn and of the wine from many grapes

    In the preparation of the bread from many grains and of the wine from many grapes

    ___

17. SBPP-01194

    Supported by St. Augustine

    Joining with St. Augustine

    ___

18. SBPP-01199

    [NB] New footnote added

    * Issued January 6, 1953 and superseded by more recent decrees from Rome. —Publisher, 2013.

    ___

19. SBPP-01203

    … and the latter were not proffered "in all parts." … The prophecy is fulfilled in the Holy Sacrifice of the Mass, which is offered "in all parts" …
    _____

    …, and the latter were not proffered "in every place." … The prophecy is fulfilled in the Holy Sacrifice of the Mass, which is offered "in every place" …

    ___

20. SBPP-01205

    The equiparation of the Eucharistic sacrifice with the sacrifice prophesied by Malachy, and the play upon the words in Mt. 5, 23 et seq. …

    The equiparation of the Eucharistic sacrifice with the sacrifice prophesied by Malachy, and the allusion to Mt. 5, 23 et seq. …

    ___

21. **SBPP-01217**

    b) The sacrifice of the Mass effects the remission of the temporal punishments for sin which still remain after the forgivment of …

    c) … for whom the impetratory Sacrifice is offered or on the part of the person prayed for, the operation of the impetratory Sacrifice in regard to the specific petition is uncertain.

    _____

    b) The sacrifice of the Mass effects the remission of the temporal punishments for sin which still remain after the forgiveness of the guilt of sins and …

    c) … for whom the impetratory Sacrifice is offered and on the part of the thing prayed for, the operation of the impetratory Sacrifice in regard to the specific petition is uncertain.
    _____

22. **SBPP-01233**

    … the practice of the Church of giving the Sacrament to unconsciousness persons, presupposes that the sacramental sign of Penance consists exclusively in the activity of the priest.

    … the practice of the Church of giving absolution conditionally to unconscious persons, presupposes that the sacramental sign of Penance consists exclusively in the activity of the priest.
    _____

23. **SBPP-01245**

    The duty of the imposition of penance follows from the fact that the priest, as administrator of the Sacrament, must strive to achieve the completeness of the Sacrament, and as a physician of the soul, must organise the healing of the wounds in the soul.

    The duty of the imposition of penance follows from the fact that the priest, as administrator of the Sacrament, must strive to achieve the completeness of the Sacrament, and as a physician of the soul, must prescribe suitable remedies for the healing of the wounds in the soul.
    _____

24. **SBPP-01253**

    Remission is not a forgiveness of sin, but it presupposes as a necessary precondition that the sin has been forgiven.

    Indulgence is not a forgiveness of sin, but it presupposes as a necessary precondition that the sin has been forgiven.
    _____

25. **SBPP-01264**

    Christian self-love and respect for the Sacrament impose the onerous obligation on the sick person of receiving the Sacrament.

    Christian self-love and respect for the Sacrament impose the serious obligation on the sick person of receiving the Sacrament.
    _____

26. **SBPP-01267**

    that the overseers of the Church appointed by the Apostles are, in their turn, by imposition of the hands, to inherit the powers received.

    that the overseers of the Church appointed by the Apostles are, in their turn, by imposition of the hands, to pass on to others the powers received.
    _____

**27. SBPP-01272**

In the Ordo of priests, in compliance with the declaration of Pius XII referred to, only the first tacitly performed imposition of hands

In the Ordo of priests, in compliance with the declaration of Pius XII referred to, only the first silently performed imposition of hands

___

**28. SBPP-01284**

[NB] New paragraph added. This appears to be the missing text from the German original.
Typo (adultry) introduced by TAN

To the question of the Pharisees whether it was lawful for a man to put away his wife for every cause, Jesus answered, referring to Gn. 2, 24: "What therefore God hath joined together, let no man put asunder" (Mt. 19, 6). To the objection that Moses had commanded a bill of divorce to be given and thereby a wife to be put a away (Dt. 24, 1), Jesus answered: "Moses permitted you, by reason of the hardness of your hearts, to put away your wives; but from the beginning it was not so" (Mt. 19, 8). Jesus re-established the original order, founded by God; regarding this He declared: "Whosoever puts away his wife, not on account of fornication, and marries another, commits adultry" (Mt. 19, 9).

___

**29. SBPP-01285**

St. Epiphanius (Haer. 59, 4) and Ambrosiaster (on 1 Cor. 7, 11) in view of Mt. 5, 32 and 19, 9, and influenced by the state of legislation,

St. Epiphanius (Haer. 59, 4) and Ambrosiaster (on 1 Cor. 7, 11) in view of Mt. 5, 32 and 19, 9, and influenced by the legislation of the state,

___

**30. SBPP-01287**

[NB] New footnote added.
A mistake introduced by TAN – it's not Tamatsi but Tametsi.

\* At the conclusion of this decree the Council of Trent declared that "contracts of this kind are invalid and nil, inasmuch as by the present decree it invalidates and annuls them" ("Tamatsi," D 992). —Publisher, 2013.

___

**31. SBPP-01291**

[NB] New Heading in the text added. (missing in the original 1955 edition)

3. Liceity and Worthiness

___

**32. SBPP-01297**

[NB] Random sentence added.

"Behold, I tell you a mystery. We shall not all fall asleep; but we shall all be changed."

"Behold, I tell you a mystery. We shall not all fall asleep; but we shall all be changed." (The reading of the Vulgate is secondary.)

# PART III – MISTAKES INTRODUCED INTO THE TAN BOOKS RE-TYPESET DRAFT EDITION

N.B. Below is a list of some not all typos spotted in the TAN's edition when checking for editorial changes.

SBPP-00671 — H. Deninger should be H. Denzinger

SBPP-00699 — Benedictus Dens should be Benedictus Deus

SBPP-00707 — ipsum ease should be ipsum esse

SBPP-00719 — Mali 3, 6 should be Mal. 3, 6

SBPP-00726, 730 — imitability should be immutability

SBPP-00812 — fucrat Deus should be fuerat Deus

SBPP-00852, 854, 856 — Espistles should be Epistles

SBPP-00938 — impliciate should be implicite

SBPP-01076 — Holy Sacrifice of the mass should be Holy Sacrifice of the Mass

SBPP-01087 — eccliesiam should be ecclesiam

SBPP-01283 - Patriarachs changed to patriarachs but spelling still wrong, should be patriarchs