# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:16-CV-00695-GCM

| | |
|---|---|
| BARONIUS PRESS, LTD., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| SAINT BENEDICT PRESS LLC, | ) |
| Defendants. | ) |

This matter is before the Court upon Plaintiff's Motion to Compel (Doc. No. 39). A hearing was held in this matter on October 3, 2018. For the reasons stated in open court,

IT IS THEREFORE ORDERED that the Plaintiff's Motion to Compel is hereby DENIED.

Signed: October 3, 2018

Graham C. Mullen
United States District Judge