IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-cv-00695-GCM

BARONIUS PRESS, LTD.,

    Plaintiff,

v.

SAINT BENEDICT PRESS LLC,

    Defendant.

**APPENDIX OF EXHIBITS FILED IN SUPPORT OF DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Excerpt from Plaintiff's Responses to Defendant's Second Set of Interrogatories and Requests for Production of Documents |
| 2 | Excerpt from Plaintiff's Supplemental Responses to Defendant's Second Set of Interrogatories and Requests for Production of Documents (served July 31, 2018) |
| 3 | Excerpt from Plaintiff's Supplemental Responses to Defendant's Second Set of Interrogatories and Requests for Production of Documents (served September 28, 2018) |
| 4 | Excerpt from Deposition Transcript of 30(b)(6) Deposition of Plaintiff Baronius Press, Ltd. (March 22, 2018) |
| 5 | Excerpt from Deposition Transcript of 30(b)(6) Deposition of Plaintiff Baronius Press, Ltd. (March 21, 2018) |
| 6 | E-mails between Natalie Potter, Counsel for Defendant, and Mark W. Ishman, Counsel for Plaintiff (July 24, 2018) |
| 7 | Letter from Natalie Potter, Counsel for Defendant, to Mark W. Ishman, Counsel for Plaintiff (August 10, 2018) |
| 8 | Defendant's Profits for Books Shipped 04/01/2014 – 07/17/2017 for *Fundamentals of Catholic Dogma*, bates stamped SBPP-00296 (July 20, 2017) |
| 9 | Excerpt from Defendant Saint Benedict Press, LLC's First Set of Interrogatories and Requests for Production of Documents to Plaintiff Baronius Press, Ltd. (served October 13, 2017) |

| 10 | Correspondence from Mark W. Ishman, Counsel for Plaintiff, to Natalie D. Potter, Counsel for Defendant (August 14, 2018) |
| 11 | E-mail from Tom Healy, Plaintiff's Manager, to Benedikt Trost, Nova et Vetera employee, bates stamped BP 00931 (November 19, 2013) |
| 12 | Letter from Mark W. Ishman, Attorney for Plaintiff, to Natalie Potter, Attorney for Defendant (September 12, 2018) |