### Page 174

```
  1           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF NORTH CAROLINA
  2                    CHARLOTTE DIVISION
                   CASE NO. 3:16-cv-00695GCM
  3

  4

  5   BARONIUS PRESS, LTD.,              )
                                         )
  6        Plaintiff,                    )
                                         )
  7   vs.                                )
                                         )
  8   SAINT BENEDICT PRESS, LLC,         )
                                         )
  9        Defendant.                    )
      _____)
 10

 11

 12   VIDEOTAPE 30B(b)(6) DEPOSITION OF BARONIUS PRESS, LTD.

 13             BY PAVEL KEJIK (Continued)

 14               (Taken by Defendant)

 15              Charlotte, North Carolina

 16              Thursday, March 22, 2018

 17                    VOLUME II

 ...

 24          Reported in Stenotype by
                Mary L. Labonte, RPR
 25   Transcript produced by computer-aided transcription
```

### Page 175

```
  1                    APPEARANCES

  3   ON BEHALF OF THE PLAINTIFF:

  5        MARK W. ISHMAN, ESQUIRE
           ISHMAN LAW FIRM, P.C.
           Forum I Building
  6        8601 Six Forks Road, Suite 400
           Raleigh, North Carolina 27615
  7        919.468.3266
           mishman@ishmanlaw.com

  9   ON BEHALF OF THE DEFENDANT:

 10        NATALIE D. POTTER, ESQUIRE
 11        JONATHAN E. BUCHAN, ESQUIRE
           ESSEX RICHARDS
 12        2710 South Boulevard
           Charlotte, North Carolina 28203
 13        704.377.4300
           npotter@essexrichards.com
 14        jbuchan@essexrichards.com

 15   ALSO PRESENT:

 16        SEAN LOWTHER, VIDEOGRAPHER
```

### Page 176

```
  1                       INDEX
                       EXAMINATION

  3                                               PAGE

  4   EXAMINATION BY MS. POTTER . . . . . . . . 178/220

  5   EXAMINATION BY MR. ISHMAN . . . . . . . .  206

  7                      * * *

  8                     EXHIBITS

  9   EXHIBIT         DESCRIPTION              PAGE

 10   Exhibit 17   Baronius Press 2-17-14 Announcement 185
```

### Page 177

On March 22, 2018, commencing at 8:56 a.m., the videotape 30(b)(6) deposition of BARONIUS PRESS, LTD. BY PAVEL KEJIK was continued, pursuant to notice and pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, on behalf of the Defendant, at the law offices of Essex Richards, 1701 South Boulevard, Charlotte, North Carolina.

THE VIDEOGRAPHER: Today's date is March 22, 2018. The time on the monitor is approximately 8:56 a.m. and we're now on the record. Here begins volume two, media number one, in the 30(b)(6) deposition of Paul Kejik in the matter of Baronius Press, LTD, Plaintiffs, versus Saint Benedict Press LLC, Defendant.

The case is in the United States District Court for the Western District of North Carolina, Charlotte Division, Case Number 3:16-cv-00695-gcm. Location of the deposition is the law offices of Essex Richards PA at 1701 South Boulevard, Charlotte, North Carolina 28203.

My name is Sean Lowther, videographer. The court reporter is Mary Labonte. And we are representing CaseWorks Court Reporting.

If counsel would please state your name and who you represent starting with Attorney Potter.

Page 182

```
 1   Basically people knowing the Fundamentals are not
 2   being updated, full of errors, doctrinal errors, they
 3   turn to a similar -- similar work and basically
 4   started buying that we believe.
 5              MR. BUCHAN:  Could you say the name of that
 6   title one more time --
 7              THE WITNESS:  Yes.
 8              MR. BUCHAN:  -- clearly for us and spell it
 9   if you can?
10              THE WITNESS:  I'm not -- I can't spell it.
11   It's Denzinger-Hunermann Compendium.  It's from
12   Ignatius Press.  It's got a really long Latin name,
13   but by that, it should be easily searchable.
14         Q.   So if there's a competing product that you
15   contend is superior to what Saint Benedict Press has
16   been printing, how is that harm to you -- how does
17   that harm Baronius?
18         A.   I didn't say it's superior.  It's now -- it
19   has become the choice for people who basically are
20   abandoning this edition in order to get at least
21   something.  Catholics don't like to buy books which is
22   not correct.  And if they want to strengthen their
23   faith, if they want to refer to something, they buy a
24   product which basically gives them what they want.
25   And they -- if you search for books available on the
```

Page 183

```
 1   market, you come across this.  It's not entirely --
 2   it's on a similar subject.
 3              If I understood it correctly from my
 4   colleague, some parts you can find in here.  And if
 5   somebody is looking for something specific, they just
 6   buy this product in order to refer to that.
 7         Q.   What colleague are you referring to?
 8         A.   Carlos Antonio Palad, the coeditor of
 9   Fundamentals.
10         Q.   What other damages do you contend Baronius
11   Press has suffered as a result of Saint Benedict's
12   publication of Fundamentals of Catholic Dogma?
13         A.   It was the time we had to spend on this case
14   defending our rights and all the legal costs we
15   incurred.
16         Q.   Has Baronius Press suffered a quantifiable
17   monetary loss as a result of Saint Benedict Press's
18   publication of Fundamentals of Catholic Dogma?
19         A.   I believe it has, but I am not competent to
20   quantify it.  It would have to be a professional who
21   is familiar with how to quantify this amount.
22         Q.   So why haven't you been able to quantify it?
23         A.   Well, we still do not have the full amount
24   of the exact number of copies that Saint Benedict
25   Press sold.  I believe we requested it in November and
```

Page 184

```
 1   since -- since your client still keeps selling this,
 2   it's very difficult to quantify it.  Had you client
 3   stopped selling it, we would have been able to
 4   start -- start the process.
 5         Q.   But you should be able -- you've been given
 6   some information about what they sold, I believe
 7   fairly recent information as to what they've sold.  So
 8   you've not been able to calculate the damages with
 9   what we've given you to date?
10         A.   I mean, in the last three months, your
11   client could have sold another 1,000 or 2,000 copies.
12   We don't know.
13         Q.   And if you had the exact number, would
14   you -- who at Baronius Press would be doing the
15   calculations?
16         A.   Nobody at Baronius Press.  I said a
17   professional who is qualified and who would be able to
18   give the proper numbers based on their qualification.
19         Q.   Okay.
20         A.   Whether an accountant or forensic accountant
21   or some kind of damage professional.
22         Q.   So no one at Baronius Press would be
23   qualified to provide that information?
24         A.   No.
25         Q.   Okay.  Baronius Press has alleged in its
```

Page 185

```
 1   amended complaint that Saint Benedict Press knowingly
 2   and willfully engaged in acts intended to damage
 3   Baronius.  And I believe you even published a similar
 4   statement on your website at some point.  Do you
 5   recall that?
 6         A.   We did not publish it.
 7         Q.   Okay.  Let met hand you -- what exhibit
 8   number are we on?
 9         A.   Sixteen.
10              THE VIDEOGRAPHER:  Hold on a minute.
11              MR. ISHMAN:  17.
12              THE VIDEOGRAPHER:  I think you're at 17.
13              MS. POTTER:  17.  Just so we're clear.
14              (Exhibit Number 17 was marked for
15   identification.)
16         Q.   So I've handed you what's labeled as
17   Exhibit 17.  Can you read that over?
18         A.   All of it?
19         Q.   No.  Just review it and identify it.  Tell
20   me what it is.
21         A.   It is a draft screenshot of -- of what --
22   well, of what we were thinking of publishing on our
23   website, which we sent to Saint Benedict Press.
24         Q.   Okay.  So it was never published?
25         A.   No.
```