Norris A. Adams, II
Robert S. Blair, Jr. †
Jonathan E. Buchan, Jr.
Edward G. Connette
Heather W. Culp
John T. Daniel

* Also admitted in MD
† NC Board Certified Specialist in Family Law


**ESSEX RICHARDS**

Richard A. Elkins
Lauren V. Lewis †
Stephen H. Morris
Natalie D. Potter*
Caitlin H. Walton

Retired
Kenneth F. Essex
Channing O. Richards

npotter@essexrichards.com
Direct dial: 704-285-1111

August 10, 2018

Mark W. Ishman
Ishman Law Firm, P.C.
9660 Falls of Neuse Road
Suite 138-350
Raleigh, NC 27615

Via U.S. Regular Mail and
Email to: mishman@ishmanlaw.com

    Re:    Baronius Press, Ltd. V. Saint Benedict Press, LLC
            3:16 cv-00695-GCM (USDC – WDNC)

Dear Mark:

    Enclosed are Saint Benedict's updated sales figures broken down by month, as well as by hardcover and paperback as you have requested, bates stamped SBPP-03393 to SBPP-03394 and marked Confidential. As you can see, the sales information dates back to 2008. Although we do not believe that Baronius is entitled to sales or profit information going back that far, nor do we believe that, should Saint Benedict be found to have infringed your client could recover any damages from sales prior to 2014, we have nonetheless provided you with the enclosed as it further shows that our client has continuously exploited the Work and is therefore a reliance party. Although our client can explain the various columns and figures during its deposition, to assist you with providing us with your outstanding damages figures as expeditiously as possible, which we have repeatedly requested, I can tell you that "PB" stands for paperback and "HC" stands for hardcover. "Net units" and "net sales" <u>only</u> represents the total sales, or units sold, minus returns. The "net sales" figures <u>do not</u> take into account any of the expenses that our client is allowed to deduct by law.

    As you now have the information you have requested and in the format you have requested it, we expect complete responses to Defendant Saint Benedict Press, LLC's Second Set of Interrogatories and Requests for Production of Documents to Plaintiff Baronius Press, Ltd. by close of business Wednesday, August 15, 2018.

Attorneys at Law | 1701 South Boulevard, Charlotte, North Carolina 28203
www.essexrichards.com | 704.377.4300 phone | 704.372.1357 fax

Case 3:16-cv-00695-FDW-DCK   Document 79-8   Filed 10/23/18   Page 1 of 4

I have received your email requesting a date to meet and confer regarding Defendant's privilege log. It would be more efficient to wait to have the conference until after we have received Plaintiff's complete responses to Defendant's Second Set of Discovery Requests so that any remaining deficiencies in your client's responses can be addressed at the same time.

Sincerely,

Jonathan E. Buchan
Natalie D. Potter

NDP/hmb
Enclosure

cc: Kristin G. Garris (via email only to: garris@thsh.com)

# Fundamentals NET Sales History

| Line | YEAR | System | Month | PB SKU | PB Units BO | PB Net Units | PB Net Sales | | HC SKU | HC Units BO | HC Net Units | HC Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2008 | MAS | Jan | 0155 | | | | | 2350 | | | |
| 2 | 2008 | MAS | Feb | 0155 | | | | | 2350 | | | |
| 3 | 2008 | MAS | Mar | 0155 | | | | | 2350 | | | |
| 4 | 2008 | MAS | Apr | 0155 | | | | | 2350 | | | |
| 5 | 2008 | MAS | May | 0155 | | | | | 2350 | | | |
| 6 | 2008 | MAS | Jun | 0155 | | | | | 2350 | | | |
| 7 | 2008 | MAS | Jul | 0155 | | | | | 2350 | | | |
| 8 | 2008 | MAS | Aug | 0155 | | | | | 2350 | | | |
| 9 | 2008 | MAS | Sep | 0155 | | | | | 2350 | | | |
| 10 | 2008 | MAS | Oct | 0155 | | | | | 2350 | | | |
| 11 | 2008 | MAS | Nov | 0155 | | | | | 2350 | | | |
| 12 | 2008 | MAS | Dec | 0155 | | | | | 2350 | | | |
| 13 | | | | | | | | | | | | |
| 14 | 2009 | MAS | Jan | 0155 | | | | | 2350 | | | |
| 15 | 2009 | MAS | Feb | 0155 | | | | | 2350 | | | |
| 16 | 2009 | MAS | Mar | 0155 | | | | | 2350 | | | |
| 17 | 2009 | MAS | Apr | 0155 | | | | | 2350 | | | |
| 18 | 2009 | MAS | May | 0155 | | | | | 2350 | | | |
| 19 | 2009 | MAS | Jun | 0155 | | | | | 2350 | | | |
| 20 | 2009 | MAS | Jul | 0155 | | | | | 2350 | | | |
| 21 | 2009 | MAS | Aug | 0155 | | | | | 2350 | | | |
| 22 | 2009 | MAS | Sep | 0155 | | | | | 2350 | | | |
| 23 | 2009 | MAS | Oct | 0155 | | | | | 2350 | | | |
| 24 | 2009 | MAS | Nov | 0155 | | | | | 2350 | | | |
| 25 | 2009 | MAS | Dec | 0155 | | | | | 2350 | | | |
| 26 | | | | | | | | | | | | |
| 27 | 2010 | MAS | Jan | 0155 | | | | | 2350 | | | |
| 28 | 2010 | MAS | Feb | 0155 | | | | | 2350 | | | |
| 29 | 2010 | MAS | Mar | 0155 | | | | | 2350 | | | |
| 30 | 2010 | MAS | Apr | 0155 | | | | | 2350 | | | |
| 31 | 2010 | MAS | May | 0155 | | | | | 2350 | | | |
| 32 | 2010 | MAS | Jun | 0155 | | | | | 2350 | | | |
| 33 | 2010 | MAS | Jul | 0155 | | | | | 2350 | | | |
| 34 | 2010 | MAS | Aug | 0155 | | | | | 2350 | | | |
| 35 | 2010 | MAS | Sep | 0155 | | | | | 2350 | | | |
| 36 | 2010 | MAS | Oct | 0155 | | | | | 2350 | | | |
| 37 | 2010 | MAS | Nov | 0155 | | | | | 2350 | | | |
| 38 | 2010 | MAS | Dec | 0155 | | | | | 2350 | | | |
| 39 | | | | | | | | | | | | |
| 40 | 2011 | MAS | Jan | 0155 | | | | | 2350 | | | |
| 41 | 2011 | MAS | Feb | 0155 | | | | | 2350 | | | |
| 42 | 2011 | MAS | Mar | 0155 | | | | | 2350 | | | |
| 43 | 2011 | MAS | Apr | 0155 | | | | | 2350 | | | |
| 44 | 2011 | MAS | May | 0155 | | | | | 2350 | | | |
| 45 | 2011 | MAS | Jun | 0155 | | | | | 2350 | | | |
| 46 | 2011 | MAS | Jul | 0155 | | | | | 2350 | | | |
| 47 | 2011 | MAS | Aug | 0155 | | | | | 2350 | | | |
| 48 | 2011 | MAS | Sep | 0155 | | | | | 2350 | | | |
| 49 | 2011 | MAS | Oct | 0155 | | | | | 2350 | | | |
| 50 | 2011 | MAS | Nov | 0155 | | | | | 2350 | | | |
| 51 | 2011 | MAS | Dec | 0155 | | | | | 2350 | | | |
| 52 | | | | | | | | | | | | |
| 53 | 2012 | MAS | Jan | 0155 | | | | | 2350 | | | |
| 54 | 2012 | MAS | Feb | 0155 | | | | | 2350 | | | |
| 55 | 2012 | MAS | Mar | 0155 | | | | | 2350 | | | |
| 56 | 2012 | MAS | Apr | 0155 | | | | | 2350 | | | |
| 57 | 2012 | MAS | May | 0155 | | | | | 2350 | | | |
| 58 | 2012 | MAS | Jun | 0155 | | | | | 2350 | | | |
| 59 | 2012 | MAS | Jul | 0155 | | | | | 2350 | | | |
| 60 | 2012 | MAS | Aug | 0155 | | | | | 2350 | | | |
| 61 | 2012 | MAS | Sep | 0155 | | | | | 2350 | | | |
| 62 | 2012 | MAS | Oct | 0155 | | | | | 2350 | | | |
| 63 | 2012 | MAS | Nov | 0155 | | | | | 2350 | | | |
| 64 | 2012 | MAS | Dec | 0155 | | | | | 2350 | | | |
| 65 | | | | | | | | | | | | |
| 66 | 2013 | MAS | Jan | 0155 | | | | | 2350 | | | |
| 67 | 2013 | MAS | Feb | 0155 | | | | | 2350 | | | |
| 68 | 2013 | MAS | Mar | 0155 | | | | | 2350 | | | |
| 69 | 2013 | MAS | Apr | 0155 | | | | | 2350 | | | |
| 70 | 2013 | MAS | May | 0155 | | | | | 2350 | | | |
| 71 | 2013 | MAS | Jun | 0155 | | | | | 2350 | | | |
| 72 | 2013 | MAS | Jul | 0155 | | | | | 2350 | | | |
| 73 | 2013 | MAS | Aug | 0155 | | | | | 2350 | | | |
| 74 | 2013 | MAS | Sep | 0155 | | | | | 2350 | | | |
| 75 | 2013 | MAS | Oct | 0155 | | | | | 2350 | | | |
| 76 | 2013 | MAS | Nov | 0155 | | | | | 2350 | | | |
| 77 | 2013 | MAS | Dec | 0155 | | | | | 2350 | | | |
| 78 | | | | | | | | | | | | |
| 79 | 2014 | MAS | Jan | 0155 | | | | | 2350 | | | |
| 80 | 2014 | MAS | Feb | 0155 | | | | | 2350 | | | |
| 81 | 2014 | Acumen | Mar | 0155 | | | | | 2350 | | | |

| Line | YEAR | System | Month | PB SKU | PB Units BO | PB Net Units | PB Net Sales | | HC SKU | HC Units BO | HC Net Units | HC Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | 2014 | Acumen | Apr | 0155 | | | | | 2350 | | | |
| 83 | 2014 | Acumen | May | 0155 | | | | | 2350 | | | |
| 84 | 2014 | Acumen | Jun | 0155 | | | | | 2350 | | | |
| 85 | 2014 | Acumen | Jul | 0155 | | | | | 2350 | | | |
| 86 | 2014 | Acumen | Aug | 0155 | | | | | 2350 | | | |
| 87 | 2014 | Acumen | Sep | 0155 | | | | | 2350 | | | |
| 88 | 2014 | Acumen | Oct | 0155 | | | | | 2350 | | | |
| 89 | 2014 | Acumen | Nov | 0155 | | | | | 2350 | | | |
| 90 | 2014 | Acumen | Dec | 0155 | | | | | 2350 | | | |
| 91 | | | | | | | | | | | | |
| 92 | 2015 | Acumen | Jan | 0155 | | | | | 2350 | | | |
| 93 | 2015 | Acumen | Feb | 0155 | | | | | 2350 | | | |
| 94 | 2015 | Acumen | Mar | 0155 | | | | | 2350 | | | |
| 95 | 2015 | Acumen | Apr | 0155 | | | | | 2350 | | | |
| 96 | 2015 | Acumen | May | 0155 | | | | | 2350 | | | |
| 97 | 2015 | Acumen | Jun | 0155 | | | | | 2350 | | | |
| 98 | 2015 | Acumen | Jul | 0155 | | | | | 2350 | | | |
| 99 | 2015 | Acumen | Aug | 0155 | | | | | 2350 | | | |
| 100 | 2015 | Acumen | Sep | 0155 | | | | | 2350 | | | |
| 101 | 2015 | Acumen | Oct | 0155 | | | | | 2350 | | | |
| 102 | 2015 | Acumen | Nov | 0155 | | | | | 2350 | | | |
| 103 | 2015 | Acumen | Dec | 0155 | | | | | 2350 | | | |
| 104 | | | | | | | | | | | | |
| 105 | 2016 | Acumen | Jan | 0155 | | | | | 2350 | | | |
| 106 | 2016 | Acumen | Feb | 0155 | | | | | 2350 | | | |
| 107 | 2016 | Acumen | Mar | 0155 | | | | | 2350 | | | |
| 108 | 2016 | Acumen | Apr | 0155 | | | | | 2350 | | | |
| 109 | 2016 | Acumen | May | 0155 | | | | | 2350 | | | |
| 110 | 2016 | Acumen | Jun | 0155 | | | | | 2350 | | | |
| 111 | 2016 | Acumen | Jul | 0155 | | | | | 2350 | | | |
| 112 | 2016 | Acumen | Aug | 0155 | | | | | 2350 | | | |
| 113 | 2016 | Acumen | Sep | 0155 | | | | | 2350 | | | |
| 114 | 2016 | Acumen | Oct | 0155 | | | | | 2350 | | | |
| 115 | 2016 | Acumen | Nov | 0155 | | | | | 2350 | | | |
| 116 | 2016 | Acumen | Dec | 0155 | | | | | 2350 | | | |
| 117 | | | | | | | | | | | | |
| 118 | 2017 | Acumen | Jan | 0155 | | | | | 2350 | | | |
| 119 | 2017 | Acumen | Feb | 0155 | | | | | 2350 | | | |
| 120 | 2017 | Acumen | Mar | 0155 | | | | | 2350 | | | |
| 121 | 2017 | Acumen | Apr | 0155 | | | | | 2350 | | | |
| 122 | 2017 | Acumen | May | 0155 | | | | | 2350 | | | |
| 123 | 2017 | Acumen | Jun | 0155 | | | | | 2350 | | | |
| 124 | 2017 | Acumen | Jul | 0155 | | | | | 2350 | | | |
| 125 | 2017 | Acumen | Aug | 0155 | | | | | 2350 | | | |
| 126 | 2017 | Acumen | Sep | 0155 | | | | | 2350 | | | |
| 127 | 2017 | Acumen | Oct | 0155 | | | | | 2350 | | | |
| 128 | 2017 | Acumen | Nov | 0155 | | | | | 2350 | | | |
| 129 | 2017 | Acumen | Dec | 0155 | | | | | 2350 | | | |
| 130 | | | | | | | | | | | | |
| 131 | 2018 | Acumen | Jan | 0155 | | | | | 2350 | | | |
| 132 | 2018 | Acumen | Feb | 0155 | | | | | 2350 | | | |
| 133 | 2018 | Acumen | Mar | 0155 | | | | | 2350 | | | |
| 134 | 2018 | Acumen | Apr | 0155 | | | | | 2350 | | | |
| 135 | 2018 | Acumen | May | 0155 | | | | | 2350 | | | |
| 136 | 2018 | Acumen | Jun | 0155 | | | | | 2350 | | | |
| 137 | 2018 | Acumen | Jul | 0155 | | | | | 2350 | | | |
| 138 | 2018 | Acumen | Aug | 0155 | | | | | 2350 | | | |
| 139 | 2018 | Acumen | Sep | 0155 | | | | | 2350 | | | |
| 140 | 2018 | Acumen | Oct | 0155 | | | | | 2350 | | | |
| 141 | 2018 | Acumen | Nov | 0155 | | | | | 2350 | | | |
| 142 | 2018 | Acumen | Dec | 0155 | | | | | 2350 | | | |
| 143 | | | | Total | | | | | total | | | |