# Fundamentals of Catholic Dogma
### Profits for books shipped 04/1/2014 - 7/17/2017

**REVENUE**

| | | |
|---|---|---|
| Paperback (0155) | $7,756.20 | |
| Hardcover (2350) | $60,827.81 | |
| Total | | **$68,584.01** |

**EXPENSES**

| | | |
|---|---|---|
| Printing Costs (Hardcover) | $8,254.17 | |
| Printing Costs (Paperback) | $5,280.77 | |
| Selling Expenses | $8,202.65 | |
| Payroll | $20,204.85 | |
| Rent and Office Supplies | $3,991.59 | |
| Transaction costs | $1,097.34 | |
| Royalty to bankruptcy Court | $3,429.20 | |
| Federal Taxes | $6,161.97 | |
| State Taxes | $724.94 | |
| Total | | **$57,347.48** |

**PROFIT** $11,236.53

**Prepared by:** Richard Rotondi
Vice president of New Business Development
Saint Benedict Press

20-Jul-17

CONFIDENTIAL - SBPP-00296