IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-cv-00695-GCM

| | |
|---|---|
| BARONIUS PRESS, LTD., ) | **DEFENDANT SAINT BENEDICT** |
| ) | **PRESS, LLC'S FIRST SET OF** |
| Plaintiff, ) | **INTERROGATORIES AND** |
| ) | **REQUESTS FOR PRODUCTION** |
| v. ) | **OF DOCUMENTS TO PLAINTIFF** |
| ) | **BARONIUS PRESS, LTD.** |
| SAINT BENEDICT PRESS LLC, ) | |
| ) | |
| Defendant. ) | |

Defendant, Saint Benedict Press, LLC (hereinafter "Saint Benedict"), hereby submits the following First Set of Interrogatories and Requests for Production of Documents to be answered by Plaintiff Baronius Press, Ltd. (hereinafter "Baronius Press") in accordance with Rules 26, 33 and 34 of the Federal Rules of Civil Procedure.

## INSTRUCTIONS

If any one or more of these Interrogatories or Requests for Production of Documents is/are objected to on the grounds of overbreadth, vagueness or similar ground, Plaintiff is instructed for each such Interrogatory or Request for Production of Documents to answer or respond to the Interrogatory or Request for Production of Document within the 30-day period as narrowed to conform with the objection. Where Plaintiff lacks knowledge of exact information responsive to an Interrogatory or Request for Production of Documents, Plaintiff is instructed to say so and to answer or respond to the Interrogatory or Request for Production of Documents to the best of its present knowledge, to supply the best available estimate of the requested information, and to explain the basis of the estimate. If any one or more of these Interrogatories or Requests for

1

12. Provide all Documents sent to, or received from, Verlag Herder or any representative of Verlag Herder, Relating to the English Work, the German Work, or Defendant.

   RESPONSE:

13. Provide all Documents sent to, or received from, Dr. Robert Fastiggi Relating to the English Work, the German Work, or Defendant.

   RESPONSE:

14. Provide all Documents sent to, or received from, any third party Relating to the English Work, the German Work, or Defendant.

   RESPONSE:

15. Provide all Documents referenced in the documents produced by You and bates labeled BP00350 and BP00351.

   RESPONSE:

16. Provide all correspondence between You and nova & vetera e.k. Relating to the English Work, the German Work or the Defendant.

   RESPONSE:

17. Provide a copy of each edition of *Fundamentals of Catholic Dogma* or *Grundriß der katholischen Dogmatik* or any translation, or version, thereof published by You.

   RESPONSE:

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT SAINT BENEDICT PRESS, LLC'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF BARONIUS PRESS, LTD.** on Plaintiff by serving Plaintiff's counsel of record a copy of the same by email and regular U.S. Mail as outlined below:

> Mark W. Ishman
> Ishman Law Firm, P.C.
> 9660 Falls of Neuse Road
> Suite 138-350
> Raleigh, NC 27615
> mishman@ishmanlaw.com
> *Attorney for Plaintiff*

This the 13th day of October 2017.

Jonathan E. Buchan, N.C. State Bar No. 8205
Natalie D. Potter, N.C. State Bar No. 34574
Attorneys for Defendant
Essex Richards, P.A.
1701 South Blvd.
Charlotte, NC 28203
Telephone: (704) 377-4300
Fax: (704) 372-1357
Email: jbuchan@essexrichards.com
Email: npotter@essexrichards.com