IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case No. 3:16-cv-00695-GCM

| | |
|---|---|
| Baronius Press Ltd.,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| Saint Benedict Press LLC,<br>    Defendant. | )<br>)<br>) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 7, Plaintiff Baronius Press, Ltd. ("Plaintiff") respectfully submits the Court enter an Order granting Plaintiff summary judgment on its claims of copyright infringement against Defendant Saint Benedict Press, LLC.

As demonstrated in the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment (this "Memorandum"), which is being filed contemporaneously herewith and is incorporated herein by reference pursuant to Fed. R. Civ. P. 10(c), there are no disputed material facts, and the undisputed material facts show that Defendant violated Plaintiff's copyright rights in the work *Fundamentals of Catholic Dogma*.

Respectfully submitted, this the 31st day of October, 2018.

          /s/ Kristin G. Garris
          Kristin G. Garris
          N.C. State Bar No.38767
          TANNENBAUM HELPERN SYRACUSE
          & HIRSCHTRITT LLP
          900 Third Avenue
          New York, New York 10022
          Tel: (212) 508-6783
          Email: garris@thsh.com

/s/ Mark W. Ishman
Mark W. Ishman
N.C. Bar No. 27908
Attorney for Plaintiff
Ishman Law Firm, P.C.
9660 Falls of Neuse Road, Box 138-350
Raleigh, NC 27615
Telephone: (919) 468-3266
Email: mishman@ishmanlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I have served or caused to be served a copy of the foregoing pleading or paper by electronically filing the same through the Court's CM/ECF System which has notified or will notify all parties or counsel of record, including but not limited to, defendant's counsel of record:

>Jonathan E. Buchan
>Natalie D. Potter
>Attorneys for Defendant
>Essex Richards, PA
>1701 South Blvd.
>Charlotte, NC 28203
>Telephone: (704) 377-4300
>Fax: (704) 372-1357
>Email: jbuchan@essexrichards.com
>Email: npotter@essexrichard.com

This, the 31st day of October, 2018.

>/s/ Kristin G. Garris
>Kristin G. Garris
>N.C. State Bar No.38767
>TANNENBAUM HELPERN SYRACUSE
>& HIRSCHTRITT LLP
>900 Third Avenue
>New York, New York 10022
>Tel: (212) 508-6783
>Email: garris@thsh.com