IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case No. 3:16-cv-00695

| | |
|---|---|
| Baronius Press, Ltd. | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| Saint Benedict Press LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF IT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT APPENDIX**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Defendant's documents produced as SBPP-04049-04050 |
| B | Defendant's documents produced as SBPP-00221-00222 |
| C-1 | Defendant's documents produced as SBPP-02094-02107 (Asset Purchase Agreement) |
| C-2 | Defendant's document produced as SBPP-02030 (Exhibit E thereto) |
| C-3 | Defendant's document produced as SBPP-02062-02065 (Exhibit D thereto) |
| D | Defendant's document produced as BP 00356 ("Copyright Assignment Agreement" between Mercier Press and Plaintiff dated October 3, 2010) |
| E | Plaintiff's documents produced as BP 00350 to BP 00351 (Contract between Bischofliches Seminary St. Willibald and Nova & Vetera e.K. dated November 16, 2008) |
| F | Plaintiff's documents produced as BP 00352 to BP 00357 (Contract between Nova & Vetera e.K. and Plaintiff dated February 2, 2009) |
| G | Defendant's 30(b)(6) Deposition Transcript |
| H | Plaintiff's documents produced as BP 00830-00831 (Uunderlying contract between Mercier Press and Herder-Saint Louis (predecessor of B. Herder), provides in Article 6 that (in translation) "When the last edition of the English translation two years is out of print, without that it will be reissued, Herder Freiburg translation rights fall back.") |
| I | Defendant's document produced as SBPP-00251 |
| J | Plaintiff's document produced as BP03669 |
| K | Plaintiff's document produced as BP03670 |
| L | Defendant's document produced as SBPP-02238 |