# Exhibit B

TELEPHONE NOS 20292/3

# THE MERCIER PRESS LIMITED
PUBLISHERS

CORK, IRELAND

DIRECTORS:
CAPT. J. M. FEEHAN
J. C. O'CONNOR
M. P. FEEHAN
P. W. MCGRATH

MANAGING DIRECTOR
CAPT. J. M. FEEHAN

4 BRIDGE STREET

MFR/JC

29th November, 1973.

Mr. Thomas A. Nelson,
Tan Books and Publishers,
P.O. Box 424,
Rockford,
Illinois 61105. U.S.A.

## FUNDAMENTALS OF CATHOLIC DOGMA

Dear Mr. Nelson,

Please excuse this long delay in replying to your letter. Unfortunately, Capt. Feehan has been very much on the move during the last few months and it is only now that I have the opportunity of discussing the matter fully with him.

The Herder Book Co. only had the distribution rights of the book and this arrangement we are happy to continue with you. We feel that a royalty basis of $7\frac{1}{2}\%$ of your selling price is the most suitable arrangement. If and when a revised edition appears we will grant you the first option. We hope this meets with your agreement.

Yours sincerely,
For the Mercier Press Limited,

Michael F. Roberts
Sales Manager

Case 3:16-cv-00695-FDW-DCK   Document 85-3   Filed 10/31/18   Page 2 of 2
SBPP-00221