# Exhibit C-2

EXHIBIT E

## BILL OF SALE

For value received, Seller, Fred Caruso, not personally but solely as the Chapter 11 Trustee of the bankruptcy estate of TAN Books & Publishers, Inc., hereby sells, transfers and assigns to Purchaser, Saint Benedict Press, LLC, a North Carolina limited liability company, all of his right, title and interest in and to the Acquired Assets, as such term is defined in that certain Asset Purchase Agreement dated as of June 23, 2008 by and between Seller, Purchaser and Good Will Publishers, Inc.

All property conveyed herein is transferred AS IS, WHERE IS, WITHOUT ANY WARRANTIES OR REPRESENTATIONS OF ANY KIND. ALL WARRANTIES OF TITLE, QUALITY, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE HEREBY EXCLUDED.

IN WITNESS WHEREOF, Seller has executed this Bill of Sale this ___ day of __Nov__, 2008.

FRED CARUSO, not personally but solely
as Chapter 11 Trustee of the Bankruptcy
Estate of TAN Books & Publishers, Inc.

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

The undersigned, a notary public in and for said county and state, does hereby certify that Fred Caruso, personally known to me to be the same person whose name is subscribed to the foregoing instrument, personally appeared before me this day in person and acknowledged that he signed and delivered the foregoing instrument as his free and voluntary act as trustee aforesaid, for the uses and purposes therein set forth.

Given under my hand and seal this ___ day of __November__, 2008.

Notary Public

My commission expires: __7-22-2011__

OFFICIAL SEAL
ELISA Y. VAZQUEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-22-2011

254890 v1