# Exhibit C-3

EXHIBIT D TO ASSET PURCHASE AGREEMENT

**TAN BOOKS AND PUBLISHERS, FRED C. CARUSO TRUSTEE**
Listing of Publications - Earnout Payment Title Lisiting

| ITEM # | TITLE | AUTHOR | NOTE |
|---|---|---|---|
| 979 | AA-1025 | Carre, Marie | |
| 139 | Abortion Yes Or No | Grady, M.D. John | |
| 1009 | Active Catholic | Palau, Rev. Gabriel | |
| 1582 | Age Of Martyrs | Ricciotti, Abbott Giuseppe | |
| 163 | Agony Of Jesus | Padre Pio | |
| 94 | Alexandrina | Johnston, Francis | |
| 1069 | All About The Angels | O'Sullivan, Rev. Paul | UNDER DISPUTE |
| 1144 | All For Jesus | Faber, Rev. Frederick William | |
| 1264 | Angels | Parente, Rev. Pascal | |
| 1586 | Angels And Devils | Cruz, Joan Carroll | |
| 1399 | Anne | Anonymous | |
| 1529 | Answer Key To Our Pioneers & Patriots | Tan Books & Publishers, Inc. | |
| 1650 | Answer Key/Old World And America | Tan Books & Publishers, Inc. | |
| 312 | Apologetics | Glenn, Rt. Rev. Msgr. Paul J. | |
| 1023 | Autobiography Of St. Anthony Mary Claret | St. Anthony Mary Claret | |
| 1042 | Autobiography Of St. Margaret Mary | St. Margaret Mary | |
| 1518 | Autobiography/St. Teresa Of Avila | St. Teresa Of Avila | |
| 871 | Back Door To War | Tansill, Charles Callam | |
| 191 | Baltimore Catechism No. 1 | Kinkead, Rev. Thomas | |
| 192 | Baltimore Catechism No. 2 | Kinkead, Rev. Thomas | |
| 147 | Baltimore Catechism No. 3 | Kinkead, Rev. Thomas | |
| 119 | Baltimore Catechism No. 4 | Kinkead, Rev. Thomas | |
| 323 | Begone Satan | Vogl, Rev Carl | |
| 1163 | Behind The Lodge Door | Fischer, Paul A. | |
| 131 | Bethlehem | Faber, Rev. Frederick William | |
| 1216 | Beyond Abortion | Rini, Suzanne | |
| 515 | Bible History | Schuster, Ignatius | |
| 1776 | Bible History | Johnson, Rev. George & Hannan, Rev. Jerome & Sr. M. Dominica | |
| 1792 | Bible History Workbook | Ignatz, Marie | |
| 170 | Bible Quizzes | Carty, Rev. Charles & Rumble, Rev. Leslie | |
| 176 | Birth Prevention Quizzes | Carty, Rev. Charles & Rumble, Rev. Leslie | |
| 1171 | Bishop Curtis Of Wilmington | Sisters Of The Visitation | |
| 257 | Bl. Kateri Tekakwitha | Windeatt, Mary Fabyan | |
| 1244 | Blessed Eucharist | Mueller, Rev. Michael | |
| 2170 | Blessed Marie Celine Of The Presentation | Poor Clares Of Rockford | |
| 1237 | Blessed Marie Of New France | Windeatt, Mary Fabyan | |
| 1340 | Blessed Miguel Pro | Ann Ball | |
| 134 | Blessed Sacrament | Faber, Rev. Frederick William | |
| 1740 | Blessed Sacrament- God With Us | Benedictine Sisters | |
| 809 | Blessed Virgin Mary | Liguori, St. Alphonsus De | |
| 1054 | Blood-Drenched Altars | Kelly, Most Rev. Francis | |
| 1996 | Blsd Francsico Marto | Cirrincione, Msgr | |
| 1997 | Blsd Jacinta Marto | Cirrincione, Msgr | |
| 165 | Book Of Destiny | Kramer, Rev. Herman B. | |
| 62 | Book Of Infinite Love | Mother Louise Margaret Claret | |
| 1219 | Brief Catechism For Adults | Cogan, Rev. William J. | |
| 160 | Brief Life Of Christ | Rumble | |
| 259 | Brown Scapular | Windeatt, Mary Fabyan | |
| 1537 | Call To Souls | Menendez, Sr. Josefa | |
| 128 | Canons & Decrees Of The Council Of Trent | Schroeder, Rev. H. J. | |

Case 3:16-cv-00695-FDW-DCK Document 85-6 Filed 10/31/18 SBPP-02062

EXHIBIT D TO ASSET PURCHASE AGREEMENT

TAN BOOKS AND PUBLISHERS, FRED C. CARUSO TRUSTEE
Listing of Publications - Earnout Payment Title Lisiting

| ITEM # | TITLE | AUTHOR | NOTE |
|---|---|---|---|
| 1243 | Catechism Explained | Clark, Spirago, Revs. | |
| 1850 | Catechism Of Christian Doctrine | | |
| 1010 | Catechism Of Mental Prayer | Simler, V. Rev. Joseph | |
| 78 | Catechism Of Modernism | Lemius, Rev. J. B. | |
| 807 | Catechism Of The Council Of Trent | Schroeder, Rev. H. J. | |
| 752 | Catholic Answer To The Jehovah'S Witnesses | D'Angelo, Louise | |
| 1087 | Catholic Apologetics | Laux, Rev. John | |
| 1041 | Catholic Apologetics Today | Most, Rev. William G. | |
| 307 | Catholic Catechism | Faerber, Rev. W. | |
| 1598 | Catholic Church And Homosexuality | Guimaraes, Atila Sinke | |
| 1024 | Catholic Church Has The Answer | Whitcomb, Paul | |
| 1077 | Catholic Controversy | De Sales, St. Francis | |
| 1521 | Catholic Dictionary | Attwater, Rev. Donald | |
| 1227 | Catholic Home Schooling | Clark, Mary Kay | |
| 1086 | Catholic Morality | Laux, Rev. John | |
| 1390 | Catholic Prayers | Nelson, Thomas A. | |
| 1520 | Catholic Prayers | Nelson, Thomas A. | |
| 105 | Catholic Prophecy | Dupont, Yves | |
| 1215 | Catholic Religion | Burbach, Msgr. J.H. | |
| 1336 | Catholic Sanctuary | Davies, Michael | |
| 1053 | Characters Of The Inquisition | Walsh, William Thomas | |
| 1178 | Characters Of The Reformation | Belloc, Hilaire | |
| 750 | Charity For Suffering Souls | Nageleisen, Rev. John A. | |
| 118 | Chats With Converts | Forrest, Rev. M. D. | |
| 1084 | Chief Truths Of The Faith | Laux, Rev. John | |
| 1137 | Children Of Fatima | Windeatt, Mary Fabyan | |
| 514 | Child'S Bible History | K Necht, Bishop | |
| 1387 | Christ And The Americas | Carroll, Dr. Anne | |
| 1884 | Christ And The Americas Workbook | Mooney, Belinda | |
| 89 | Christ Denied | Wickens, Rev. Paul | |
| 1228 | Christ The King - Lord Of History | Carroll, Dr. Anne | |
| 1754 | Christ The King - Lord Of History Workbook | Mooney, Belinda | |
| 1890 | Christian Perfection And Contemplation | Garrigou-Lagrange, Fr. Reginald | |
| 324 | Christ's Appeal For Love | Menendez, Sr. Josefa | |
| 231 | Church History | Laux, Rev. John | |
| 531 | Church Teaches | Jesuit Fathers Of St. Mary'S | |
| 1801 | Claude Lightfoot | Finn, Fr. Francis | |
| 158 | Clean Love In Courtship | Lovasik, Fr | |
| 1218 | Closed-99 Ways To Stop Abortion | Schiedler, Joseph | |
| 1252 | College Apologetics | Alexander, Rev. Anthony | |
| 1075 | Coloring Book Set 24 | Windeatt, Mary Fabyan | |
| 68 | Communion Under Bth Knds | Davies, Michael | |
| 1011 | Confession - A Little Book For The Reluctant | Segur, Msgr | |
| 1723 | Confession - Its Fruitful Practice | Benedictine Sisters | |
| 1025 | Confession Of A Roman Catholic | Whitcomb, Paul | |
| 173 | Confession Quizzes | Rumble | |
| 218 | Consecration To The Immaculate Heart Of Mary | Norman, Fr | |
| 96 | Conversation With Christ | Rohrbach, Peter Thomas | |
| 190 | Convert'S Catechism Of Catholic Doctrine | Geiermann, Rev Peter | |
| 1514 | Creation Rediscovered | Keane, Gerard J. | |

Case 3:16-cv-00695-FDW-DCK Document 85-6 Filed 10/31/18 SBPP-02063

EXHIBIT D TO ASSET PURCHASE AGREEMENT

TAN BOOKS AND PUBLISHERS, FRED C. CARUSO TRUSTEE
Listing of Publications - Earnout Payment Title Lisiting

| ITEM # | TITLE | AUTHOR | NOTE |
|---|---|---|---|
| 135 | Creator & Creature | Faber, Rev. Frederick William | |
| 1181 | Crisis Of Civilization | Belloc, Hillaire | |
| 1885 | Crusader King | Peek, Susan | |
| 1198 | Crusades | Belloc, Hillaire | |
| 184 | Cure D'Ars | Trochu, Abbe Francis | |
| 1060 | Cure Of Ars | O'Brien, Rev. Bartholomew J. | |
| 1138 | Cure Of Ars | Windeatt, Mary Fabyan | |
| 1726 | Death Of Evolution | Johnson, Wallace | |
| 361 | Dev/Infant Jesus/Prague | | |
| 83 | Devil | Delaporte, Rev. | |
| 1149 | Devotion For The Dying | Potter, Mother Mary | |
| 1793 | Devotion To The Holy Spirit | Anonymous | |
| 129 | Devotion To The Sacred Heart | Verheylezoon, Rev. Lewis | |
| 212 | Devotion To The Sacred Heart Of Jesus | Croiset, Rev. Jean | |
| 1827 | Devotion To The Sorrowful Mother | Anonymous | |
| 150 | Dialogue Of St. Catherine Of Siena | St. Catherine Of Siena | |
| 86 | Divine Favors Granted To St. Joseph | Binet, Pere | |
| 2107 | Divine Intimacy | Rev. Gabriel Of St. Mary Magdalen | UNDER DISPUTE |
| 1391 | Divine Life Of The Most Holy Virgin | Mary Agreda, Ven. | |
| 2187 | Divine Mercy Calender 2008 | | |
| 197 | Dogmatic Canons & Decrees | Council Of Trent | |
| 183 | Dogmatic Theology For The Laity | Premm, Rev. Matthias | |
| 390 | Dolorous Passion Of Our Lord | Emmerich, Ven. Anne Catherine | |
| 2001 | Dolorous Passion Of Our Lord Mp3 | Emmerich, Ven. Anne Catherine | |
| 1269 | Dominican Saints | Novices Of The Dominican House Of Studies | |
| 1849 | Douay-Rheims Bible | | |
| 1939 | Douay-Rheims Bible | | |
| 167 | Douay-Rheims New Testament | | |
| 1985 | Dressing With Dignity | Hammond, Colleen | |
| 1122 | Easy Way To Become A Saint | O'Sullivan, Rev. Paul | UNDER DISPUTE |
| 1180 | Essays Of A Catholic | Belloc, Hillaire | |
| 1802 | Ethelred Preston | Finn, Fr. Francis | |
| 177 | Eucharist Quizzes | Rumble | |
| 1047 | Eucharistic Miracles | Cruz, Joan Carroll | |
| 1182 | Europe & The Faith | Belloc, Hillaire | |
| 148 | Evidence Of Satan In The Modern World | Cristiani, Rev. Leon | |
| 554 | Evolution Hoax Exposed | Field, A. N. | |
| 1176 | Evolution? | Johnson, J.W.G. | |
| 1056 | Facts About Luther | O'Hare, Msgr. Patrick F. | |
| 97 | Faith Of Our Fathers | Gibbons, James Cardinal | |
| 1971 | Father Of The Little Flower | Sr Genevieve Of The Holy Face | |
| 58 | Father Paul Of Moll | Van Speybrouck, Edward | |
| 46 | Fatima The Great Sign | Johnston, Francis | |
| 1125 | Fatima'S Message For Our Times | Cirrincione, Msgr | |
| 1289 | Fav Prayers St Joseph | | |
| 1519 | Favorite Prayers To St. Joseph | | |
| 223 | Following Of Christ | Groote, Rev. Gerard | |
| 136 | Foot Of The Cross | Faber, Rev. Frederick William | |
| 213 | Forgotten Secret Of Fatima | Cirrincione,Msgr/Nelson | |
| 1390 | Forty Dreams Of St. John Bosco | Bosco, St John | |

Case 3:16-cv-00695-FDW-DCK  Document 85-6  Filed 10/31/18  Page 4 of 20
SBPP-02064

EXHIBIT D TO ASSET PURCHASE AGREEMENT

TAN BOOKS AND PUBLISHERS, FRED C. CARUSO TRUSTEE
Listing of Publications - Earnout Payment Title Lisiting

| ITEM # | TITLE | AUTHOR | NOTE |
|---|---|---|---|
| 1057 | Four Last Things | Von Cochem, Rev. Martin | |
| 1038 | Fourfold Sovereignty Of God | Manning, Cardinal Henry Edward | |
| 1263 | Fourteen Holy Helpers | Hammer, Rev. Bonaventure | |
| 1282 | Freemasonry Mankind'S Hidden Enemy | Madden, Br. Charles | |
| 209 | Freemasonry/Human Genus | Pope Leo XIII | |
| 155 | Fundamentals Of Catholic Dogma | Ott, Dr. Ludwig | |
| 2124 | Gift Of Oneself | Schryvers, C.Ss.R., Fr. Joseph | |
| 1747 | Glories Of Divine Grace | Scheeben, Rev. Matthias | |
| 187 | Glories Of Mary | Liguori, St. Alphonsus De | |
| 1123 | Golden Arrow | Sr. Mary Of St. Peter | |
| 1581 | Good St. Anne | | |
| 1276 | Great Encyclical Letters Of Pope Leo XIII | Pope Leo XIII | |
| 1162 | Great Heresies | Belloc, Hillaire | |
| 1973 | Great Magdalens | Blunt, Msgr Hugh | |
| 1246 | Great Means Of Salvation And Perfection | Liguori, St. Alphonsus De | |
| 120 | Great Sacrilege | Wathen, Rev. James | |
| 1114 | Growth In Holiness | Faber, Rev. Frederick William, Rev. Frederick William | |
| 1382 | Guardian Angels | | |
| 1267 | Guidance To Heaven | Bona, Cardinal | |
| 1270 | Hail Holy Queen! | Liguori, St. Alphonsus De | |
| 1006 | Happiness Of Heaven | Boudreau, Rev. J. | |
| 1757 | Harry Dee | Finn, Rev. Francis | |
| 1012 | Heliotropium | Drexellus, Rev. Jeremias | |
| 1118 | Hell And Its Torments | St Robert Bellarmine | |
| 225 | Hell Plus How To Avoid Hell | Schouppe, Rev. Felix & Nelson, Thomas A. | |
| 175 | Hell Quizzes | Rumble | |
| 111 | Hidden Treasure | St. Leonard Of Port Maurice | |
| 101 | History Of Antichrist | Huchede, Fr P | |
| 221 | History Protestant Reformation In England And Irelar | Cobbett, William | |
| 1894 | Holy Abandonment | Lehodey, Dom Vitalis | |
| 1593 | Holy Eucharist Our All | Etlin, Rev. Lucas | |
| 1166 | Holy Ghost/Grtest Friend | O'Sullivan, Rev. Paul | UNDER DISPUTE |
| 1124 | Holy Man Of Tours | Scallan, Dorothy | |
| 1177 | Holy Sacrifice Of The Mass | Mueller, Rev. Michael | |
| 164 | Holy Shroud And Four Visions | O'Connell, Rev. Patrick | |
| 1150 | Holy Will Of God | Pyzalski, Rev. Leo | |
| 1109 | How Brief A Candle | Coony | |
| 1145 | How Christ Changed The World | Civardi, Msgr. Luigi | |
| 1020 | How Christ Said The First Mass | Meagher, Rev. James L. | |
| 1179 | How The Reformation Happened | Belloc, Hillaire | |
| 1188 | How To Avoid Purgatory | O'Sullivan, Rev. Paul | UNDER DISPUTE |
| 1076 | How To Be Happy/How To Be Holy | O'Sullivan, Rev. Paul | UNDER DISPUTE |
| 1962 | How To Converse Continually With God | Liguori, St. Alphonsus De | |
| 1870 | Humility Of Heart | De Bergamo, Rev. Cagetan Mary | |
| 1590 | Husband And Wife | Wickens, Rev. Paul | |
| 1026 | I Wait For You | Menendez, Sr. Josefa | |
| 227 | Imitation Of Christ | A'Kempis, Thomas | |
| 149 | Imitation Of The Sacred Heart Of Jesus | Arnoudt, Rev. Peter | |
| 1584 | In The Murky Waters Of Vatican Ii | Guimaraes, Atila Sinke | |
| 501 | Incarnation, Birth, Infancy Of Jesus Christ | Liguori, St. Alphonsus De | |

Case 3:16-cv-00695-FDW-DCK Document 85-6 Filed 10/31/18 SBPP-02065