# Exhibit D





MERCIER PRESS
Unit 3B, Oak House
Bessboro Road
Blackrock
Cork, Ireland
Tel: +353 21 4614700
Fax: +353 21 4614802
Email: info@mercierpress.ie
Web: www.mercierpress.ie

PERMISSION – P060

## Copyright Assignment Agreement

Title of Work: The English language translation made by Dr. Patrick Lynch and edited by James Canon Bastible, D.D. of *Fundamentals of Catholic Dogma* by Dr. Ludwig Ott (herein known as "the work").

By executing this Copyright Assignment Agreement ("Agreement"), copyright to the work is hereby irrevocably assigned to Baronius Press subject to the payment of a fee of ▇▇▇▇▇

Baronius Press shall have sole rights of distribution or publication of the work in all forms and media, or by any means, now known or later developed. The undersigned hereby represents and warrants that the work is original, that the work does not infringe any copyright or other rights in any other work, or violate any other rights, and that Mercier Press is the owner of the work and is authorized to assign copyright to the work to Baronius Press by executing this Agreement.

As witness the hands of the parties:

Date: 1st September 2010                                    Date: 3/10/2010

_____                _____
Pavel Kejik, Director                                              Sharon O'Donovan

BARONIUS PRESS LTD
78 YORK STREET
LONDON W1H 1DP
UNITED KINGDOM

MERCIER PRESS LTD, Registered in Ireland No. 16036. Registered Office: Douglas Village, Cork, Ireland
DIRECTORS: J. F. Spillane (Chairman), C. Feehan (Managing), M. P. Feehan