# Exhibit E

BISCHÖFLICHES SEMINAR EICHSTÄTT
COLLEGIUM WILLIBALDINUM • REGENTIE



# Vertragsergänzung

In Ergänzung des Verlagsvertrags vom 6./11. Juli 2004 wird dem Verlag nova & vetera e.K., Bonn, hiermit auch das Recht für eine englischsprachige Ausgabe des Grundrisses der Dogmatik von Prof. Dr. Ludwig Ott übertragen.

Von jeder veränderten Ausgabe der englischen Version erhält das Bischöfliche Seminar St. Willibald in Eichstätt ein Belegexemplar.

Angesichts der Kontroverse um die englischsprachige Ausgabe in den 60er Jahren verpflichtet sich der Verlag nova & vetera e.K. dafür Sorge zu tragen, dass die alte Textfassung in der damaligen Form keinesfalls mehr für eine Neuausgabe verwendet wird.

Eichstätt, den 10. November 2008          Bonn, den 16. 11. 2008

Dr. Josef Gehr                              Benedikt Trost
Regens                                      nova & vetera e.K.

**Supplementary contract**

In addition to the publishing contract dated 6/11. July 2004 the publisher nova vetera e.K., Bonn, hereby also the right for an English-language edition of the Grundrisses der Dogmatik of Prof. Dr. Ludwig Ott.

The bishop's seminary of St. Willibald in Eichstatt receives a copy of every edited version of the English version.

In the light of the controversy surrounding the English edition in the 1960s, the publisher nova & vetera e.k. To ensure that the old version of the text in the former form is by no means reused.

Eichstatt, 10 November 2008

BP 00351