**Document Removed**

Confidential