# Exhibit H

**8 January 1953**
Mercier Press acquires the right to publish the work published by Herder & Co. (Germany) "*Grundriss der Dogmatik*" in English translation.

H 1

Übersetzungs-Verlagsvertrag

The Mercier Press Ltd., 19 Maylor Street, Cork (Irland) erhält hiermit das Recht, das von der Verlagsbuchhandlung Herder & Co. in Freiburg im Breisgau (Deutschland) im Jahre 1952 erschienene Werk

Ott, "Dogmatik"
(genauer Titel:"Grundriss der Dogmatik")

in englischer Übersetzung herauszubringen.

Art. 1

Die Übersetzung, die sich an den Wortlaut des Originals zu halten und diesen sinngetreu wiederzugeben hat, muss bis spätestens 30. Juni 1954 vorliegen. Sollte dieser Termin aus einem wichtigen Grunde nicht eingehalten werden können, so kann mit Herder-Freiburg ein neuer Termin vereinbart werden; wird auch dieser Termin nicht eingehalten, erlischt die Gültigkeit des Vertrags.

Art. 2

Die Übertragung der Übersetzungsrechte erfolgt gegen Entrichtung folgender Vergütungen:

a) 5% vom Verkaufspreis der englischen Ausgabe für eine Auflage bis zu 5000 Exemplare, 7 1/2% bis 10.000 Exemplare, 10% darüber.

b) A conto dieser Vergütung zahlt The Mercier Press, Cork, an Herder-Freiburg bei Unterzeichnung dieses Vertrages eine Summe von 5£.

c) Die Abrechnung über die verkauften Exemplare erfolgt einmal jährlich zum 31. Januar.

d) Herder-Freiburg erhält für Lieferungen von über 500 Exemplaren, die The Mercier Press an ausländische Verleger mit einem Rabatt von 50% oder darüber verkauft, einen Anteil von 5%.

e) Von Einnahmen, die von Book-Clubs *oder ausländischen Verlagen* durch Vor- oder Nachdrucksrechte erzielt werden, sind 50% des Nettoerlöses an Herder-Freiburg zu zahlen.

Die Zahlungen erfolgen im Rahmen des irisch-deutschen Zahlungsabkommens.

**8 January 1953**
Mercier Press acquires the right to publish the work published by Herder & Co. (Germany) "*Grundriss der Dogmatik*" in English translation.

Art. 3

Auf dem Titel der Übersetzung oder an sonst geeigneter Stelle sind Titel des deutschen Originals, sowie die Firma Herder & Co., Freiburg im Breisgau, als Verleger des deutschen Originalwerkes, zu nennen.
Bei Erscheinen wird Herder-Freiburg die Auflagenhöhe mitgeteilt.

Art. 4

Bei Erscheinen der Übersetzung liefert The Mercier Press sechs Exemplare der 1. Auflage und je drei Exemplare etwaiger folgender Auflagen gratis und franko an Herder-Freiburg.
Bestellungen von Herder-Freiburg oder dessen ausländischen Vertretungen werden mit 40% Rabatt ausgeführt.

Art. 5

Wegen des Alleinvertriebs der englischen Ausgabe in USA. erfolgt zwischen The Mercier Press und Herder-St. Louis eine schriftliche Vereinbarung. Herder-Freiburg erhält Durchschlag des abgeschlossenen Vertrags.

Art. 6

Wenn die letzte Auflage der englischen Übersetzung zwei Jahre vergriffen ist, ohne dass sie neu aufgelegt wird, fallen die Übersetzungsrechte an Herder-Freiburg zurück.

Art. 7

Die in Art. 2 unter b) genannte Anzahlung von 5£ ist nicht an The Mercier Press zurückzubezahlen, wenn die Übersetzung nicht erscheinen sollte.

Art. 8

Für vom Verlag Herder nicht autorisierte und ohne dessen Wissen erscheinende Übersetzungen kann dieser keine Verantwortung übernehmen.

Dieser Vertrag wurde doppelt ausgefertigt, beiderseitig unterzeichnet und ausgewechselt.

Freiburg im Breisgau, 8. Januar 1953       Herder & Co. G.m.b.H.

Cork,

BP 00829
Case 3:16-cv-00695-FDW-DCK   Document 85-11   Filed 10/31/18   Page 3 of 5

— 6 —

**8 January 1953**
Mercier Press acquires the right to publish the work published by Herder & Co. (Germany) "*Grundriss der Dogmatik*" in English translation.

Comments in red by Benedikt from Nova et vetera

**Translation publishing contract**

The Mercier Press Ltd., 19 Maylor Street, Cork (Ireland) hereby acquires the right to publish the work published by Herder & Co. in Freiburg im Breisgau (Germany) in 1952

Ott, "Dogmatics"
(More exact title: "Grundriss der Dogmatik")
In English translation.

Article 1

The translation, which must adhere to the original text and reproduce it, must be submitted by 30 June 1954 at the latest. If this deadline cannot be met due to an important reason, a new date can be agreed with Herder-Freiburg; If this deadline is not observed, the validity of the contract expires.

Article 2

The transfer of the translation rights takes place against payment of the following remuneration:
a) 5% of the selling price of the English edition for a circulation of up to 5000 copies, 7.5% to 10000 copies, 10% above.
b) A conto of this remuneration will be paid by The Mercier Press Cork to Herder-Freiburg at the time of signature of this agency a sum of £ 5.
c) (C) The accounts for the sold copies shall be paid once a year as of 31 January.
d) Herder-Freiburg will receive a 5% share of more than 500 copies sold by The Mercier Press to foreign publishers with a discount of 50% or more.
e) 50% of the net proceeds will be payable to Herder-Freiburg from revenue earned by Book clubs by means of prior or reprinting rights.
Payments are made under the Irish-German agreement.

Article 3

Titles of the German original, as well as the company Herder & Co., Freiburg im Breisgau, as publisher of the German original work, can be mentioned on the title of the translation or elsewhere.

When published, Herder-Freiburg will be notified of the run-up height.

Article 4

Upon publication of the translation, The Mercier Press will deliver six copies of the first edition and three copies of any subsequent editions free of charge and frankly to Herder-Freiburg.

Orders from Herder-Freiburg or its foreign agents are executed at a discount of 40%.

Article 5

Because of the exclusive selling rights of the English issue in the USA a written agreement takes place between The Mercier Press and Herder-Saint Louis. Herder-Freiburg gets copy of the completed contract.

Regarding the exclusive distributing of the English edition in the USA there will be written agreement between The Mercier Press and Herder-St. Louis. One copy of this agreement will have to be sent to Herder in Freiburg (Germany).

Meaning that Herder-St. Louis does not have a right to produce or publish copies but will be the sole distributor for the US. (However I can't read the handwritten amendment to Art. 2.)

**BP 00830**

> **8 January 1953**
> Mercier Press acquires the right to publish the work published by Herder & Co. (Germany) "*Grundriss der Dogmatik*" in English translation.

Article 6

When the last edition of the English translation two years is out of print, without that it will be reissued, Herder Freiburg translation rights fall back.

<span style="color:red">This is the only way how the licence agreement will end (after an edition is published at all): two years after the edition has gone out of print the translation rights fall back to Herder in Freiburg.</span>

Article 7

The down payment of 5% mentioned in Article 2 (b) under b) is not to be repaid to The Mercier Press if the translation does not appear.

Article 8

For translations which are not authorized by the publisher Herder and which appear without his knowledge, the latter can not assume any responsibility.

This contract was duplicated, signed and replaced on both sides.

Freiburg im Breisgau, 8 January 1953