# Exhibit I

First published in English in May, 1955, by The Mercier Press, Limited, 19 Maylor Street, Cork. First published in German in 1952, under the title *Grundriss der katholischen Dogmatik*, by Verlag Herder, Freiburg.

NIHIL OBSTAT :

JEREMIAH J. O'SULLIVAN, D.D.
*Censor Deputatus.*

IMPRIMATUR :

✠CORNELIUS,
*Ep. Corpagiensis et Ap. Adm. Rossensis.*

7 October, 1954.

Printed in the Republic of Ireland
by the Parkgate Printing Works,
CAHILL & CO., LTD., DUBLIN, W.6.

# FOREWORD

THIS Basic Course of Dogmatic Theology appears in place of B. Bartmann's († 1938) Basic Course which has been out of print for years. Derived from practical experience of theological instruction, it is primarily intended to meet the needs of students. My aim was to present the essentials of Church teaching and the foundation of such teaching in clear and concise form. On didactic grounds the matter was very extensively correlated. As the framework of a basic course could not be exceeded, only the most important pronouncements of Official Church Teaching, only individual significant scriptural texts, and only one or two patristic texts could be quoted verbatim. The history of the development of dogma has been kept within the minimum limits indispensable for the understanding of Church doctrine. The scriptural and patristic texts were, on principle, quoted in their translation. Anyone desirous of seeing the original texts can easily find them in the Bible ; most of the patristic texts quoted or indicated may be found in the Enchiridion Patristicum of M. J. Rouet de Journel (Freiburg i Br. 1947). On account of the brevity aimed at, the speculative establishment of doctrine had to give place to the positive. The many indications to the works of St. Thomas are intended to be a pointer to deeper study. The reader is directed to the appropriate Articles in the Dictionnaire de Théologie catholique and to the Theologisches Wörterbuch zum Neuen Testament of G. Kittel.

The present Basic Course is constructed on the framework of the lectures of my teacher Michael Rackl († 1948 as Bishop of Eichstätt) and of Martin Grabmann († 1949), and I venture to hope that it breathes their spirit. It was Grabmann who urged me to publish this work. I acknowledge with thanks that I found many hints and ideas in various religious textbooks particularly in those of Bartmann, Diekamp, Pohle and Van Noort. I am indebted to the Most Reverend Dr. Alfred Kempf in Oberzell bei Würzburg for assistance in reading proofs and for the preparation of the Index of Persons.

May this book contribute to the extension of the knowledge of the Church's teaching, to the deepening of the understanding of this teaching, and to the awakening of the religious life !

LUDWIG OTT.

*Eichstätt*
15*th August*, 1952.

v