# Exhibit J

# FIVE IMPORTANT FALL BOOKS

### ST. DOMINIC'S SUCCESSOR
*by* Marguerite Aron
translated by Jane Howes

This is the first full-length biography of Blessed Jordan of Saxony, second Master-General of the Dominican Order and successor to St. Dominic. The author has succeeded in bringing this great Dominican to life in a biography filled with vivid descriptions of the color and tumult of medieval Europe.
$3.75 (September)

### THE CHURCH TEACHES
*by* Jesuit Fathers of St. Mary's College, St. Mary's, Kansas

A translation in English of official documents of the Church, arranged to accompany the study of the more important tracts in dogmatic theology. Although primarily a handy reference for those actually taking courses in Catholic doctrine, this new work will appeal generally to all who wish to read what the Church teaches. Indexes greatly facilitate its use.
About $6.00 (October)

### AN INTRODUCTION TO THE SCIENCE OF METAPHYSICS
*by* Henry J. Koren, C.S.Sp.

A textbook for beginning students in Thomistic philosophy. The author does not forget that he is writing for beginners, and so avoids abstruse questions. He has ample references for research, a comprehensive summary after each chapter, review questions at the end of the book, suggestions for term papers, etc. In a word, this is a book for the college student.
$4.50 (September)

### THE NAMES OF CHRIST
*by* Louis of Leon, O.S.A.

An inspiring commentary on the various names which are applied to Christ in Sacred Scripture. Far from being a technical or purely exegetical treatise, the work abounds with inspiring and practical applications to the spiritual life. It is a work filled with humane sympathy, poetic charm, and devotion to Christ. The translator is Dr. Edward J. Schuster, professor of Spanish at St. Louis University.
(November)

### FUNDAMENTALS OF CATHOLIC DOGMA
*by* Ludwig Ott, S.T.D.

This is a conspectus of all dogmatic theology; the author planned it as a textbook for the use of seminarians, but the simplicity of its presentation and its conciseness will serve the needs of laymen and of priests who desire hurried consultation.

For full understanding of the teaching of the Church the author gives the historical background of the development of the various dogmas, the most important of the scriptural and patristic texts, and the main pronouncements of the Holy See. He also includes references to the teaching of St. Thomas Aquinas as guideposts to more profound study. But the chief aim of the book is identical with that of the *Summa* of Aquinas—to instruct beginners in the essentials of Christian dogma. The translation was made by Dr. Patrick Lynch, and this first English edition is edited by James Canon Bastible.
About $8.50 (September)

*Your favorite Catholic book store will be glad to reserve copies of these books for you. Order now.*

## B. HERDER BOOK COMPANY, Publishers

15 & 17 S. Broadway     St. Louis 2, Mo.

Case 3:16-cv-00695-FDW-DCK   Document 85-13   Filed 10/31/18   Page 2 of 2
Commonweal, August 26, 1955 - page 528
BP 03669