# Exhibit K

*tion* is an ambitious, eminently successful experiment. It is concerned with the "fate" of a single family, the Costes. The founder of the family fortune returns from Mexico with the understanding that a curse is upon him and his heirs. And, like members of the House of Atreus, the Costes are compelled to cooperate with that curse. "Fate," the narrator observes, "is but the intelligence of things which bow to the secret desires of him who appears to submit but who in reality provokes, calls forth and seduces."

One by one the members of the Coste family are struck down by the simplest things in creation—a wound from a fishing hook, a cherry stone caught in the throat. Still the malediction, because of its high seriousness and poetic transport, forbids all ordinary mourning. The provincial aristocracy who make up the Costes' world watch the effects of the curse with the detached interest of children inspecting a flower; it is not the isolated deaths that fill them with fear, but the emerging pattern of deaths. It is not until Monsieur Joseph, a stranger to the province, arrives and marries the last, semi-mad Coste and assumes his wife's family name that the instinct for self-preservation becomes a match for the "intelligence of things."

Giono's style is as suited to his theme as were the rhythms of Sophocles to events in Thebes. A remarkable translation by Peter De Mendelssohn makes the uniqueness of Giono's talents available to American readers. The novel is a short one, and this, too, serves to underline Giono's classic theme. Like a Greek temple, it contains within its tranquil simplicity the remembered violence of the gods.

The story is told by a family friend and counsellor. He is a chorus, but not the involved Chorus of the Sophoclean plays. He is interested in the dark things that take place in the book, but too frightened by events to cast his lot completely with the Costes.

This novel is similar in many ways to C. F. Ramuz' *When The Mountain Fell*. It was Coleridge, I believe, who said that in the world there are more things invisible than visible. Both Ramuz and Giono plunge deep into the unseen part of creation. Both deliver us back to the shores of light shaken, but wiser. It is difficult to recommend *The Malediction* strongly enough. Few books can match it as a dramatic experiment by one of our major creative talents. Still fewer can match its classic purity.

## In Africa

RETURN TO LAUGHTER. By Elenore Smith Bowen. Harper. $3.50.

By R. A. HOLZHAUER

IT is curious that this particular book, which has been consistently praised, was published by the author under a nom de plume. There is nothing in this fictionized version of a woman anthropologist settling in for two years with a West African tribe which should be of embarrassment professionally or

---

## FUNDAMENTALS OF CATHOLIC DOGMA

by LUDWIG OTT, S.T.D.

This is a conspectus of all dogmatic theology; the author planned it as a textbook for the use of seminarians, but the simplicity of its presentation and its conciseness will serve the needs of laymen and of priests who desire hurried consultation.

For full understanding of the teaching of the Church the author gives the historical background of the development of the various dogmas, the most important of the scriptural and patristic texts and the main pronouncements of the Holy See. He also includes references to the teaching of St. Thomas Aquinas as guideposts to more profound study. But the chief aim of the book is identical with that of the *Summa* of Aquinas—to instruct beginners in the essentials of Christian dogma. The translation was made by Dr. Patrick Lynch, and this first English edition is edited by James Canon Bastible. 535 pp., $7.50.

*At all Catholic Bookstores*

**B. HERDER BOOK CO., Publishers**
15 & 17 South Broadway    St. Louis 2, Mo.

**HUNDREDS OF KITS ARE NEEDED . . .**

by the missionaries, to relieve the sufferings of their people. One of these Kits, carefully designed for the most effective use, can be sent for a gift of $30. Many of the readers of The Commonweal have already accepted this opportunity. Will you not generously join that number? Send your gift to Rev. Edward F. Garesche, S.J., President, Catholic Medical Mission Board, Inc., 10 West 17th Street, New York 11, N.Y.