# Exhibit L

study of the loca... Classical studies, one resolution says, should be treated primarily as the study of a culture, not of a language, though language of course comes in as one aspect of culture; presumably the same would apply to the study of modern German or Italian. European studies, so the argument at Trieste went, can contribute to re-synthesizing that which national or faculty specialization has separated only in so far as they represent the study of a culture as a whole, or of complete segments of it in relation to the whole. What we normally think of as the language departments would seem to be the natural focus for studies of this kind. They could be helped out by a limited number of centers of all-European studies, of which some exist, as at Strasbourg, Nancy, Saarbruck, and Turin, while others need to be created.

Departments responsible for these cultural studies should try to build up inter-disciplinary research and teaching teams, drawing on historians and prehistorians, geographers, social and natural scientists, philosophers, and specialists in the study of other cultures. These teams should be international, with a regular exchange of staff and students between countries. The nucleus of each team must evidently be kept small enough to cooperate effectively and focus all the work, since otherwise the whole point of studying a culture as a unit will be lost. It is as such a nucleus group that the staff of a department of, say, French or Spanish should henceforward be understood.

I cannot speak for America. But for Europe an approach on these lines is revolutionary. It is even possible (I speak skeptically, having been to many congresses) that something practical will come of it. For the Trieste meeting was not the usual government or faculty conference. Its members were drawn from all faculties from chemistry to philosophy, as well as from all the countries of Northern, Western, and Southern Europe (including Greece and Spain) and from Yugoslavia. They came out of interest, largely at their own expense, with nothing professionally to gain. I can answer for the British delegation (fifteen of us) that we felt we had got hold of some ideas worth exploring, which we would like to take home and experiment with at leisure. And the congress took a reasonably modest, and therefore promising, view of what could be done at once. The main immediate task was one of local experiment where faculty conditions permitted, helped by the exchange of information through a permanent association as well as through the official channels of UNESCO or the Council of Europe.

Things do not happen quickly in the academic world, least of all where, as in this case, ideas are still in many ways experimental. But the further progress of this movement will, I think, be worth watching.

---NEW HERDER TITLES---

FUNDAMENTALS OF CATHOLIC DOGMA
by Ludwig Ott

A conspectus of all dogmatic theology—clear, concise, complete. An excellent reference work following the plan of the *Summa* of St. Thomas.

INTRODUCTION TO METAPHYSICS
by J. Koren, C.S.Sp.

A practical textbook, tailored to the requirements of the beginning student in undergraduate...

DOMINIC'S SUCCESSOR
by Aron

A life sketch of Blessed Jordan of Saxony, Master General of the Dominican Order. His life and labors highlight the academic and spiritual activities of the intriguing era. $3.75

THE CHURCH TEACHES
by Jesuit Fathers of St. Mary's College,
St. Mary's, Kansas

A collection and translation of important documents of the Church arranged according to the principal doctrines of Catholic theology. Historical and dogmatic introductions to the documents give the reader a keener appreciation of the content and import of these documents. Cross references within the book, references to the sources, and detailed topical and subject indexes make this book most suitable for handy reference. (November) $5.75

THE NAMES OF CHRIST
by Louis of Leon, O.S.A.

An inspiring commentary on the various names which are applied to Christ in Sacred Scripture. Characterized by humane sympathy, poetic charm, and devotion to Christ. Filled with inspiring and practical applications to the spiritual life. (A *Cross and Crown Series*—ready in November) $4.75

*At all Catholic bookstores*

HERDER BOOK CO., PUBLISHERS   15 & 17 S. Broadway
St. Louis 2, Mo.

Case 3:16-cv-00695-FDW-DCK   Document 85-15   Filed 10/31/18   SBPP-02238