# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:16-CV-00695-GCM

| | |
|---|---|
| BARONIUS PRESS, LTD., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| SAINT BENEDICT PRESS LLC, | ) |
| Defendants. | ) |

This matter is before the Court upon its own motion. The Plaintiff in this case has filed a Motion to Recuse the undersigned. Pursuant to discussion with the Honorable Frank D. Whitney, this motion as well as the entire case is hereby transferred to Judge Whitney for further proceedings.

IT IS SO ORDERED.

Signed: November 1, 2018

Graham C. Mullen
United States District Judge