IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case No. 3:16-cv-00695

| Baronius Press, Ltd. | ) |
| --- | --- |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| Saint Benedict Press LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO COMPEL DISCOVERY
EXHIBIT APPENDIX**

| **EXHIBIT** | **DESCRIPTION** |
| --- | --- |
| 1 | Baronius Press Privilege Log dated 4-26-2018 |
| 2 | Correspondence to Plaintiff's Counsel regarding BP 00931 |
| 3 | Plaintiff's documents produced as BP 00352 to BP 00355, BP 00357 to BP 00359 (Contract between Nova & Vetera. and Plaintiff) |
| 4 | Plaintiff's document produced as BP 00931-1 |
| 5 | Plaintiff's documents produced as BP03671 to BP03678 |
| 6 | Correspondence to Plaintiff's Counsel dated 6-26-2018 |
| 7-1 | Defendant's Privilege Log dated 11-24-2017 |
| 7-2 | Defendant's Privilege Log dated 6-28-2018 |
| 8 | Correspondence to Defendant's counsel dated 8-8-2018 |
| 9 | Defendant's documents produced as SBPP-003995 to SBPP 04000 |
| 10 | Summary of Sales Figures supplied by Defendant throughout discovery – *marked Confidential by Defendant – To be produced under seal* |
| 11 | Defendant's Second Set of Interrogatories and Requests for Production of Documents dated 4-23-2018 |
| 12 | Plaintiff's Second Set of Interrogatories and Requests for Production of Documents dated 8-8-2018 |
| 13 | Deficiencies in Responses to 2nd Set of Discovery Requests dated 9-14-2018 |