**Baronius Press' Privilege Log**

| Bates Stamped Number | Document Date | Type of Document | Person in Possession of the Document | Author of the Document | Reason for Not Producing |
|---|---|---|---|---|---|
| n/a | Various | Various memoranda, attorney notes to and from client | Mark Ishman and client | Various | Attorney-client privilege, attorney work product, created in anticipation of litigation or for trial |
| n/a | Various | Emails regarding case strategy and evaluation and related issues | Mark Ishman and client | Mark Ishman, Thomas Healy and Paul Kejik | Attorney-client privilege, attorney work product, created in anticipation of litigation or for trial |
| n/a | Various | Timelines created by counsel | Mark Ishman | Mark Ishman and client | Attorney-client privilege, attorney work product, created in anticipation of litigation or for trial |
| n/a | Various | Emails regarding researching Defendant's acts of infringement and other unlawful activity | Mark Ishman and client | Mark Ishman and Client | Attorney-client privilege, attorney work product, created in anticipation of litigation or for trial |

1

| Bates Stamped Number | Document Date | Type of Document | Person in Possession of the Document | Author of the Document | Reason for Not Producing |
|---|---|---|---|---|---|
| n/a | Various | Legal research regarding Defendant's acts of infringement and other unlawful activity | Mark Ishman | Mark Ishman | Attorney-client privilege, attorney work product, created in anticipation of litigation or for trial |
| BP 00852 BP 00979 | | Agreement | Mark Ishman and client | Client and Mercier Press | Redacted monetary figures from the agreement because the amount client paid for is not relevant to this lawsuit; Rather it's the rights acquired by client is what is relevant. |
| BP 00853-00858 | | Agreement | Mark Ishman and client | Client and nova et vetera | Redacted royalty figures from the agreement because the amount is not relevant to this lawsuit; Rather it's the rights acquired by client is what is relevant. |

| Bates Stamped Number | Document Date | Type of Document | Person in Possession of the Document | Author of the Document | Reason for Not Producing |
|---|---|---|---|---|---|
| BP 00809-00812 | | Correspondence | Mark Ishman, and Client | Client and Mercier Press | Redacted offers of monetary figures from the correspondence because the amount client ultimately paid for *Fundamentals* is not relevant to this lawsuit; Rather it's the rights acquired by client is what is relevant. |
| BP 01052 – BP 01054 | Various | Settlement Agreement | client | Client | Settlement agreement is protective by a confidentiality agreement, whereby its existence and terms cannot be shared with others who are not a party of the agreement. |
| BP 00953 – BP 01051 | Various | DMCA Notices, Cease and Desist Notices, correspondence | Client | Client and various third parties | Work Product created in anticipation of litigation |
| | | | | | |

3

| Bates Stamped Number | Document Date | Type of Document | Person in Possession of the Document | Author of the Document | Reason for Not Producing |
|---|---|---|---|---|---|
| BP 00928 | | Correspondence | Mark Ishman, and Client | Client | Redacted note about Client – subcontractor relationship |
| BP 00931 | | Correspondence | Mark Ishman, and Client | Client | Redacted text about research resource (Trade secret) |
| BP 00939 | | Correspondence | Mark Ishman, and Client | Client | Redacted Name and address of client's subcontractor |
| BP 01055 – BP 01056 | | Agreement | Mark Ishman and Client | Client | Redacted monetary figures from the agreement because the amount client paid is not relevant to this lawsuit |