Saint Benedict Press, LLC – Privilege Log – November 24, 2017

| Bates Stamped Number | Document Date | Type of Document | Person in Possession of the Document | Author of the Document | Reason for Not Producing |
|---|---|---|---|---|---|
| SBPP-00219 | 01/03/1974 | Letter | Natalie D. Potter | Michael F. Roberts<br>The Mercier Press Limited | Redaction of handwritten note made by Conor Gallagher – attorney/client privilege, created in anticipation of litigation |
| SBPP-00220 | 05/12/1973 | Letter | Natalie D. Potter | Thomas A. Nelson | Redaction of handwritten note made by Conor Gallagher – attorney/client privilege, created in anticipation of litigation |
| SBPP-00221 | 11/29/1973 | Letter | Natalie D. Potter | Michael F. Robert<br>The Mercier Press Limited | Redaction of handwritten note made by Conor Gallagher – attorney/client privilege, created in anticipation of litigation |
| SBPP-00222 | 09/28/1973 | Letter | Natalie D. Potter | Thomas A. Nelson | Redaction of handwritten note made by Conor Gallagher – attorney/client privilege, created in anticipation of litigation |
| SBPP-00242 | Undated | Bookcover | Natalie D. Potter | Dr. Ludwig Ott | Redaction of handwritten note made by Conor Gallagher – attorney/client privilege, created in anticipation of litigation |
| SBPP-00245 | 09/16/1974 | Letter | Natalie D. Potter | Thomas A. Nelson | Redaction of handwritten note made by Conor Gallagher – attorney/client privilege, created in anticipation of litigation |
| SBPP-00271 | 07/18/2011 | Email | Natalie D. Potter | Brent Klaske | Redaction of email header– attorney/client privilege |
| SBPP-00278 | 02/05/2014 | Email | Natalie D. Potter | Kathy Anderson | Redaction of email header– attorney/client privilege |

| Bates Stamped Number | Document Date | Type of Document | Person in Possession of the Document | Author of the Document | Reason for Not Producing |
|---|---|---|---|---|---|
| SBP- 02250-02253 | Various | Spreadsheet – Redaction of certain customer names | Natalie D. Potter | Defendant | Confidential Proprietary Information |
| N/A | Various | Timelines created by counsel | Natalie D. Potter | Natalie D. Potter | Attorney/client privilege, attorney work product, created in anticipation of litigation or for trial. |
| N/A | Various | Various Memorandums, attorney notes to and from client, and to insurance carrier representative | Natalie D. Potter & Defendant | Jonathan Buchan & Natalie D. Potter, Conor Gallagher | Attorney/client privilege, attorney work product, created in anticipation of litigation of for trial. |
| N/A | Various | Emails regarding case strategy and evaluation and related issues | Natalie D. Potter & Defendant | Jonathan Buchan & Natalie D. Potter, Conor Gallagher | Attorney/client privilege, attorney work product. |
| N/A | January 8, 2013 | Emails regarding researching Plaintiff's claims | Natalie D. Potter & Defendant | Employee of Client and Sharon O'Donovan | Created in anticipation of litigation or for trial. |
| N/A | January 7, 2014 to January 21, 2014 | Emails between Defendant's | Natalie D. Potter & Defendant | Rick Rotondi & Francesca Bressan | Created in anticipation of litigation or trial. |

| Bates Stamped Number | Document Date | Type of Document | Person in Possession of the Document | Author of the Document | Reason for Not Producing |
|---|---|---|---|---|---|
| | | employee and Francesca Bressan regarding researching Plaintiff's claims | | | |
| N/A | November 8, 2017 | Emails between current employee of client and former employee of client regarding evaluating Plaintiff's claims | Natalie D. Potter & Defendant | Mara Persic & Mary Lester | Created in anticipation of litigation or for trial. |
| N/A | Various | Print offs from various websites regarding research conducted by Defendant's employees in evaluation of Plaintiff's claims | Natalie D. Potter & Defendant | | Created in anticipation of litigation or for trial. |

3