Christian Tappe

| | |
|---|---|
| From: | Sharon O'Donovan [info@mercierpress.ie] |
| Sent: | Tuesday, January 08, 2013 1:00 PM |
| To: | Christian Tappe |
| Subject: | Re: Attn: Sharon O'Donavan: FUNDAMENTALS OF CATHOLIC DOGMA rights |
| Importance: | High |

Dear Christian

The rights have since reverted back to the original German publishers with whom we had a contract for the English language rights. The original publishers were Verlagsbuchhandlung Herder & Co but I do think that the rights were passed on to another publisher and since reissued. I don't have any more information than than I'm afraid.

Kind regards

Sharon O'Donovan
Rights and Permissions
Mercier Press
Unit 3B, Oak House, Bessboro Rd., Blackrock,
Cork, Ireland.
Tel: (+353 21) 461 4700
Fax: (+353 21) 461 4802
http://www.mercierpress.ie

Find us on
Facebook
Twitter
youtube

Notice: The information contained in this e-mail and/or documents which accompany it is confidential, may be privileged, proprietary and exempt from disclosure, and is intended for the exclusive use of the person or persons to whom it is addressed. If you are not the intended recipient any use, disclosure, copying or modification of this e-mail is strictly prohibited. If you have received this message in error for any reason, please advise us immediately by reply e-mail and delete both the message and the copy thereof contained in reply from your system. E-mail may be susceptible to data corruption, interception and unauthorised amendment, and we do not accept liability for any such corruption, interception or amendment or the consequences thereof. Please note that any views, opinions or advice contained in this communication are those of the sending individual and not necessarily those of Mercier Press. Thank you.

On 3 Jan 2013, at 20:48, Christian Tappe wrote:

Dear Ms. O'Donavan,

Case 3:16-cv-00695-FDW-DCK   Document 89-11   Filed 11/06/18   Page 1 of 6   SBPP-03995

I am writing to inquire if you claim rights to FUNDAMENTALS OF CATHOLIC DOGMA. TAN Books had corresponded with Mercier Press about this title in the 1970s. TAN printed its own edition of FUNDAMENTALS OF CATHOLIC DOGMA and let the edition go out of print some years ago.

TAN Books is under new ownership, and we would like to revive this title. Do you claim the American rights? If so, do you also license LOGOS Bible Software and Roman Catholic Books?

Thank you for your prompt response.

Best,

Christian Tappe
Editor
TAN Books
Saint Benedict Press
ctappe@saintbenedictpress.com / christian@tanbooks.com

Case 3:16-cv-00695-FDW-DCK   Document 89-11   Filed 11/06/18   Page 2 of 6
SBPP-03996



From: Rick Rotondi
Sent: Thursday, January 09, 2014 8:39 AM
To: Bressan, Francesca
Cc: Conor Gallagher
Subject: RE: Ludwig Ott, Fundamentals of Catholic Dogma

Fran I look forward to speaking tomorrow. In the meantime I am happy to attach correspondence between Thomas Nelson, founder of TAN, and Mercier Press acknowledging TAN's succession to the B Herder co-publication rights.

Thanks again Fran.

Best,

Rick Rotondi

From: Bressan, Francesca [mailto:Bressan@herder.de]
Sent: Thursday, January 09, 2014 2:15 AM
To: Rick Rotondi
Subject: AW: Ludwig Ott, Fundamentals of Catholic Dogma

This would be perfect to me!

Would you be so kind and send me a copy of the contract between Mercier and B.Herder and any paperwork showing you are the successor in interest.

All the best
Fran

Francesca Bressan
Lizenzen / Rights & Permissions
Verlag Herder GmbH
Von: Rick Rotondi [mailto:rick@tanbooks.com]
Gesendet: Mittwoch, 8. Januar 2014 14:32
An: Bressan, Francesca

1

Case 3:16-cv-00695-FDW-DCK   Document 89-11   Filed 11/06/18   Page 3 of 6

SBPP-03997

Cc: Conor Gallagher
Betreff: RE: Ludwig Ott, Fundamentals of Catholic Dogma

Thank you Fran. A call Friday would be excellent. Does 9 am our time (I believe 3 pm Freiburg time) work for you? If so I will be happy to call you at +49 (0) 761 / 2717 - 546 Best,

Rick

From: Bressan, Francesca [mailto:Bressan@herder.de]
Sent: Wednesday, January 08, 2014 4:44 AM
To: Rick Rotondi
Subject: AW: Ludwig Ott, Fundamentals of Catholic Dogma

Dear Rick,

Thank you so much for your swift answer!

I have no information about this.. I just have a copy of the agreement between Mercier Press and Verlag Herder Freiburg. Unfortunately no copy of the agreement between B. Herder and Mercier.

So have no idea of the terms, all I can see is that no royalties have been paid for many years.

Concerning a telephone conference: that would be a great idea. When is the best time for you? I'm usually in my office just until 1pm (European time) which means very early morning for you. Just Fridays I am longer in my office. Shall we try this Friday?

Looking forward to hearing from you soon

All the best
Fran


Francesca Bressan
Lizenzen / Rights & Permissions
Verlag Herder GmbH
Von: Rick Rotondi [mailto:rick@tanbooks.com]
Gesendet: Dienstag, 7. Januar 2014 18:06
An: Bressan, Francesca
Betreff: RE: Ludwig Ott, Fundamentals of Catholic Dogma

Dear Francesca,

Your email comes as a great relief. We also have been reviewing the complex publication history of this title, furthered by our own acquisition of TAN Books five years ago. We have been trying to negotiate a license with Baronius Press who has claimed to be the sole licensee and to have the authority to act on behalf of the rights holder. If this is inaccurate, it would not be the first time we received misleading information from them.

TAN Books has published Fundamentals of Catholic Dogma continuously since 1974. We are the successor-in-interest to the publishing agreement for this title between Mercier Press and B. Herder of St. Louis, whose assets TAN acquired in the early 1970s. We are a also a reliance party for this title, meaning our publication of Fundamentals of Catholic Dogma precedes the copyright restoration under URAA in 1996.

2

Case 3:16-cv-00695-FDW-DCK   Document 89-11   Filed 11/06/18   Page 4 of 6
SBPP-03998

In 2013 we were contacted by Baronius Press on behalf of Nova et Vetera. Baronius informed us that Nova et Vetera is the holder of the restored rights, and demanded that we cease publication and erroneously demanded back damages, along with other threats. We responded that TAN, as successor-in-interest to B Herder and as a reliance party, is entitled to a license and we proposed terms for same.

We are happy to learn that Verlag Herder is actually the rights holder. Could we have a telephone conference to discuss these issues?

Very truly yours,


Rick Rotondi
VP of New Business Development
Saint Benedict Press & TAN Books
13315 Carowinds Blvd
Suite Q
Charlotte, NC 28273

Tel # (704) 884-3375
Fax# (815) 226-7770



From: Bressan, Francesca [mailto:Bressan@herder.de]
Sent: Tuesday, January 07, 2014 4:22 AM
To: Conor Gallagher
Cc: CustomerService Mailbox
Subject: Ludwig Ott, Fundamentals of Catholic Dogma
Importance: High

Dear Madam / Sir,

My name is Francesca Bressan International Rights Manager at Verlag Herder.

We are now updating our records and I have found out that I have no documentation concerning a licensing agreement between Herder and TAN. I cannot find any statements or other documentation about any kind of relation with your publishing house.

I would kindly ask you to provide me with documentation regarding this matter, since we Herder Verlag are the rights holder of the above mentioned work.

Thank you very much in advance for your kind collaboration.

Best regards

Francesca Bressan

3

Case 3:16-cv-00695-FDW-DCK   Document 89-11   Filed 11/06/18   Page 5 of 6    SBP-03999

Francesca Bressan
Lizenzen / Rights & Permissions

Verlag Herder GmbH
Hermann-Herder-Straße 4
79104 Freiburg

Tel.: +49 (0) 761 / 2717 - 546
Fax: +49 (0) 761 / 2717 - 540
E-Mail: bressan@herder.de<mailto:bressan@herder.de>
www.herder.de/rights<http://www.herder.de/rights>

Verlag Herder GmbH, Hermann-Herder-Straße 4, 79104 Freiburg Verkehrsnummer 12801 · USt-IdNr.: DE 811253212 ·
Registergericht Freiburg HRB 203
Geschäftsführer: Manuel Herder, Roland Grimmelsmann

P Please consider the environment before printing this email

4