IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case No. 3:16-cv-00695-GCM

Baronius Press, Ltd. )
           Plaintiff, )
)
v. )
)
) CORPORATE
Saint Benedict Press LLC, ) VERIFICATION
)
           Defendant. )
)

I, Pavel Kejik, declare as follows:

I am a Director of Plaintiff Baronius Press, Ltd. Acting on behalf of Plaintiff, Plaintiff has made the foregoing **Second Amended Verified Complaint** and it knows the contents thereof and the same are true of each of our own knowledge, except as to such matters therein stated to be on information and belief, and as to these matters, we each believe them to be true.

I declare that the foregoing is true and correct.

Executed at the offices of Plaintiff, on the 14 day of November, 2018.

                                                          Baronius Press, Ltd.

                                                          Pavel Kejik, Director

**Ověření – legalizace**

Běžné číslo ověřovací knihy O 1924/2018

Ověřuji, že
**Pavel Kejík**, narozený 4.2.1974,
bydliště shodné s adresou místa trvalého pobytu:
Kopřivnice, Francouzská 1205/27, PSČ 742 21,
jehož totožnost byla prokázána, přede mnou vlastnoručně podepsal tuto listinu.

V Novém Jičíně dne 14.11.2018

Mgr. Svatava Trčková
notářka
Štefánikova 2086/12, Nový Jičín 741 01
IČ: 02951495, e-mail: trckova@notarnovyjicin.cz
tel.: 556 730 460, mob.: 602 948 238