# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 6-484-646



TX · PA · VA · SR · SRU

EFFECTIVE DATE OF REGISTRATION

2 / 21 / 2014
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1a** TITLE:
Grundriß der katholischen Dogmatik

English translation:
Fundamentals of Catholic Dogma

**1b** DESCRIPTION OF THE WORK: *(Check one or more)*
- ☑ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☐ pictorial, graphic, or sculptural work
- ☐ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2a** AUTHOR(S):
Name: Ludwig Ott

Citizenship (when work was created): German
Domicile (when work was created): German
Date of death: August 25, 1985

**2b** Name:

Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1952

Nation: Germany

**4a** OWNER(S) OF U.S. COPYRIGHT:
Name: Bischöfliches Seminar St. Willibald

Address: Leonrodplatz 3
D-85072 Eichstätt
GERMANY

**4b** Means by which copyright ownership was transferred
*(if owner is not the author):*

Assignment of all rights transferred by contract between Regina Ott (who inherited the rights from her brother Ludwig Ott) and the Bischöfliches Seminar St. Willibald.

APPLICATION RECEIVED
FEB 21 2014

DEPOSIT RECEIVED

FEB 21 2014
FUNDS RECEIVED

EXAMINED BY jea
CHECKED BY jea

☒ CORRESPONDENCE Yes

FORM GATT

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration: (see instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼   Account Number ▼

**7**

**CORRESPONDENCE** Give the name and address to which correspondence about this application should be sent.   ☐ Same as space 4a.   ☐ Same as space 9.

Baronius Press Ltd
78 York Street
London
W1H 1DP
UNITED KINGDOM

Area or country code and telephone number ▶ 0044 207 193 3949   Email ▶ info@baroniuspress.com   Fax number ▶ 00448701123864

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☐ Author
☐ Owner of U.S. copyright
☒ Agent of ___Bischöfliches Seminar St. Willibald___
(Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name: Linda Lorenz   Date: 20 February 2014

☞ Handwritten signature (X) ▼

*[signature: Linda Lorenz]*

Certificate will be mailed in a window envelope to this address:
Name ▼ Baronius Press Ltd
Number/Street/Apt ▼ 78 York Street,
City/State/ZIP/Nation ▼ London, W1H 1DP, UNITED KINGDOM

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form GATT-Full   Reviewed: 04/2013   Printed on recycled paper   U.S. Government Printing Office: 2013-xxx-xxx/xx,xxx