Our ref: BP187

TAN Books
c/o Saint Benedict Press LLC
PO Box 410487
Charlotte
NC 28241, USA



**Baronius Press**
78 York Street, London W1H 1DP
United Kingdom
tel: +44 (0)870 112 3865
fax: +44 (0)870 112 3864
www.baroniuspress.com

by recorded mail, fax and email to conor@saintbenedictpress.com

# Notice of Intent to Enforce (NIE) a Copyright Restored Under the Uruguay Round Agreements Act (URAA)

| | |
|---|---|
| Title: | Grundriss der katholischen Dogmatik |
| English translation of title: | Fundamentals of Catholic Dogma |
| Type of work: | Book - German Original |
| Name of author(s): | Dr. Ludwig Ott |
| Source country: | Germany |
| Approximate year of publication: | 1952 |
| Additional identifying information: | Publisher: Verlag Herder |
| Name of copyright owner: | nova & vetera e.K. |
| If you are not the owner of all rights, specify the rights you own: | Right to reproduce the derivative and to prepare new derivatives of the original work in English |
| Address at which copyright owner can be contacted: | nova & vetera e.K., Estermannstraße 71, 53117 Bonn, Germany |
| Telephone number of owner: | 0049 0228 967 56 76 |
| Telefax number of owner: | 0049 0228 67 62 09 |
| The work in which the restored work is used: | Title: Fundamentals of Catholic Dogma \| Author: Ludwig Ott ISBN-13: 9780895558053 \| Published 2009<br><br>Title: Fundamentals of Catholic Dogma \| Author: Ludwig Ott ISBN-13: 9780895550095 \| Published: 1974 |
| The use or uses to which the owner objects: | The publication of any derivative English translation of the work 'Grundriss der katholischen Dogmatik'. |
| *I hereby certify that, for each of the work(s) listed above, I am the copyright owner, or the owner of an exclusive right, or the owner's authorized agent, the agency relationship having been constituted in a writing signed by the owner before the filing of this notice, and that the information given herein is true and correct to the best of my knowledge.* | |
| Name: | Pavel Kejik |
| As agent for: | Baronius Press Ltd |
| Date: | 26th April 2013 |
| Signature: | *[signature]* |

Baronius Press Ltd. | Company Registration Number: 04517281 | VAT Registration Number: 837592881
Registered Office: 78 York Street, London W1H 1DP Registered in England and Wales