22nd March 2013
Our ref: BP183

# Baronius Press

78 York Street, London  W1H 1DP
United Kingdom
tel: +44 (0)870 112 3865
fax: +44 (0)870 112 3864
www.baroniuspress.com

TAN Books & Publishers
PO Box 410487
Charlotte
NC 28241
USA

by fax and email to conor@saintbenedictpress.com

Dear Mr. Gallagher,

**RE : Fundamentals of Catholic Dogma**

We have been informed that your website advertises a book which you have no right to publish. Your website states the following:

> *Fundamentals of Catholic Dogma* by Dr. Ludwig Ott:
> New Hardbound Edition will be ready for shipment by summer 2013.

Please note that you would be breaking the law by publishing this book. Research of this title would have alerted you to the fact that the Seminary of the diocese of Eichstätt in Germany is the owner of the copyright of the underlying text entitled *Grundriss der Katholischen Dogmatik.* The Seminary granted exclusive controlling rights for both the German original text and the rights for any English translations of the original German text to Nova et Vetera for the remaining duration of the copyright.

Nova et Vetera granted Baronius Press exclusive rights to publish the English version of *Grundriss der Katholischen Dogmatik (Fundamentals of Catholic Dogma)* in 2009.

Furthermore Baronius Press purchased the copyright to the English language translation by Dr. Patrick Lynch (edited by James Canon Bastible, D.D.) of *Fundamentals of Catholic Dogma* by Dr. Ludwig Ott from Mercier Press in 2010.

We therefore ask that you remove this title from your website immediately.

Yours sincerely,

*[signature]*

Paul Kejik
Director

Company Registration Document No. 4183759 | VAT Registration Number 837592375
Registered Office: 78 York Street, London  W1H 1DP  |  Registered in England and Wales