# Monk Law Firm, PLLC

Ryan W. Monk  ATTORNEY AT LAW  *Licensed in NC & SC*

P.O. Box 38362 | Charlotte, NC 28278 | P: 704-369-9977 | F: 866-281-4930 | ryan.monk@monklegal.com

*Meeting Space Available in Charlotte, Fort Mill, and Rock Hill*

www.monklegal.com

April 15, 2013

Paul Kejik
Baronius Press
78 York Street, London W1H 1DP
United Kingdom

Dear Mr. Kejik,

I am writing on behalf of TAN Books to respond to your letter to Mr. Gallagher dated March 22, 2013 concerning *Fundamentals of Catholic Dogma*, by Dr. Ludwig Ott.

The copyright laws of the United States provide that books published between 1923-1977 without a copyright notice are in the public domain due to failure to comply with required formalities. *Fundamentals of Catholic Dogma* was published in the United States between 1923-1977 without copyright notice. Accordingly, TAN Books has had and continues to have the right to publish *Fundamentals of Catholic Dogma*.

The copyright of *Fundamentals* may have been restored under the Uruguay Round Agreements Act (URAA) on January 1, 1996, but TAN Books nevertheless maintains a right to publish the book as a reliance party.

For the reasons listed above, TAN Books is confident that it has the right to publish *Fundamentals* and will not comply with your demand to remove the title from its website.

Sincerely,

Ryan W. Monk, Esq.