Our ref: BP200
9th August 2013



# Baronius Press

78 York Street, London  W1H 1DP
United Kingdom
tel: +44 (0)870 112 3865
fax: +44 (0)870 112 3864
www.baroniuspress.com

TAN Books
c/o Saint Benedict Press LLC
PO Box 410487
Charlotte
NC 28241, USA

by recorded mail, fax and email to conor@saintbenedictpress.com

Dear Mr. Gallagher,

**RE: Fundamentals of Catholic Dogma**

You are now in receipt of two notices of intent to enforce (NIE) for the copyrights we hold for *Fundamentals of Catholic Dogma.* We have given you an explanation of how we have derived our copyright (both for the underlying German text and the derivative English translation) and the work is currently being registered with the US copyright office.

The US copyright office states that:

> *Once a work is restored, a person or business who is a reliance party may continue to exploit the work without liability until the restored copyright owner either serves actual notice on the reliance party or until the Copyright Office published in the* Federal Register *a notice of intent to restore copyright. Once either of these occurs, the reliance party has one year to sell off stock. The reliance party may not make further copies or phonorecords of the work.*
>
> ([http://www.copyright.gov/docs/reliance.html](http://www.copyright.gov/docs/reliance.html))

Our *Notice of intent to Enforce* provided you, the reliance party, 12 months to sell off existing stock. It does not provide for printing more stock or for modifying the text in any way.

As you do not have any old stock to sell off, you should not continue to market this title. Any attempt to publish this title will be a wilful infringement of copyright. US law provides for substantial damages to be paid in the event of a wilful infringement. We will also be at liberty to publicise precisely what it is that you have done, and invite the public to draw the appropriate conclusions about the morality of your company's business practices.

The seminary in Germany which owns the copyright to the underlying text has advised us to robustly defend the rights to this title. We will protect the copyrights of this title, and ensure that those who have no rights to publish it will be pursued both legally and publically.

The legal situation is that you should now remove the title from your website forthwith, and not attempt to publish it in the future. If you ignore this warning, and persist in your plan to publish the work, it will result in adverse publicity for TAN, invite vigorous legal action and lead to substantial costs.

I look forward to your prompt assurance that you intend to respect our rights, as set forth in this letter.

Yours sincerely,

Paul Kejik
Director

Baronius Press Ltd.  |  Company Registration Number: 04517281  |  VAT Registration Number: 837592881
Registered Office: 78 York Street, London  W1H 1DP  |  Registered in England and Wales