Our ref: BP224
10th February 2014



**Baronius Press**

78 York Street, London  W1H 1DP
United Kingdom
tel: +44 (0)870 112 3865
fax: +44 (0)870 112 3864
www.baroniuspress.com

TAN Books
c/o Saint Benedict Press LLC
PO Box 410487
Charlotte
NC 28241, USA

by fax and email to conor@saintbenedictpress.com

Dear Mr. Gallagher,

**RE: Fundamentals of Catholic Dogma**

We have not received any response from you to our letter dated 4th December, 2013. We also notice that you have continued to advertise *Fundamentals of Catholic Dogma* on your website in the following way:

> This book will be available soon. Pre-order today!
> NOTE: This title is available for US Distribution only.

In particular, we have not received the documents that we requested from you, substantiating your claim to be the successor-in-interest to B. Herder of St. Louis, "to whom Mercier Press granted exclusive US co-publication rights". We presume that you cannot be referring to the documents in our possession that were exchanged between Mercier Press and TAN in 1973, which refer to Herder's status as a distributor, and not a publisher, of the title.

In your letter of 11th November, 2013, you wrote that "We have devoted significant time and resources to this process and consulted two independent copyright attorneys." We find hard to believe that you really "consulted two independent copyright attorneys" as it is unlikely that they would both conclude that distribution rights were equal to co-publication rights. As with your bizarre claim of the bankruptcy court certifying your right to publish, you simply assumed that we would not have access to documentation that would expose your falsehoods. Your constant misrepresentation of the law with regarding reliance party status is a further instance of this.

You have already contacted: (a) Mercier Press, who confirmed that they sold the right to the English translation to us; (b) Nova et Vetera, who confirmed to you that we have the exclusive rights to publish the English translation and therefore refused to sign a new contract with you; (c) Verlag Herder, who could only have advised you that they had no rights to convey to you, since they lost their rights to this title back in 2004.

Despite these facts, you continue to completely ignore our rights, after we have demonstrated that all the bases upon which you claimed you had the rights to publish are completely false. In light of that, be aware that unless you confirm in writing the withdrawal of publication of *Fundamentals of Catholic Dogma* and remove the title from your website by Monday 17th February, 2014, Baronius Press will issue a press statement regarding the title, place a notice on the front page of our website and will include the press statement in our next email newsletter.

Baronius Press Ltd.  |  Company Registration Number: 04517281  |  VAT Registration Number: 837592881
Registered Office: 78 York Street, London  W1H 1DP. Registered in England and Wales

Case 3:16-cv-00695-FDW-DCK   Document 94-15   Filed 11/14/18   Page 1 of 4

Also note that, should any question arise from the press, public, trade or individual customers, we will not withhold the full details in our possession regarding your business ethics and conduct regarding *Fundamentals*. So far, we have refrained from doing this, in the hope that you would change your position, and agree to respect our legitimate rights. There is no reason why any public conflict should arise from this situation, because the facts and principles are perfectly clear.

However, if you persist in your intended violations, such conflict will become unavoidable. Precisely because the facts are so clear, the simple publication of those facts would inevitably prove severely damaging to your reputation; and rightly so, because your proposed course of conduct is reprehensible. There would be no question of any legal proceedings against us, because all we would have done would be allowing the facts to speak for themselves.

We look forward to being advised of your position at your earliest convenience.


Yours sincerely,

Paul Kejik
Director

# BARONIUS PRESS

## CATEGORIES

- Bible
- Daily Missal (1962)
- Divine Intimacy
- Roman Breviary
- Spirituality
- Writings Of Saints
- Our Lady
- Catechism
- 20th Century Catholic Writers
- Saint's Lives
- Prayer Books
- List All Titles (A-Z)
- Paperback Classics (A-Z)
- Hardback Classics (A-Z)

**FEATURES OF OUR BOOKS**

**HELP/FAQ**

**MAILING LIST**

**ABOUT US**

**CONTACT US**

**SHOPPING BASKET**

**SELECT COUNTRY**

 

## Fundamentals of Catholic Dogma by Dr. Ludwig Ott

The great work of Dr. Ludwig Ott *Fundamentals of Catholic Dogma* is currently in the final editing stages and will be released later on this year. This new edition will be fully revised and updated by Dr. Robert Fastiggi, the co-editor of the English translation of the 43rd edition of the Denzinger-Hünermann compendium published by Ignatius Press in 2012.

**Be aware that TAN Books is taking pre-orders for thier edition of *Fundamentals of Catholic Dogma*, ignoring the facts that they have no legal rights to publish it.** Read more ...



## THE ROMAN BREVIARY

### Available exclusively from our webshop.

A new edition of the Roman Breviary 1961 in English and Latin. An invaluable set of books for all those attached to the traditional Roman Breviary, in the form approved by Pope Benedict XVI in *Summorum Pontificum*. We hope and pray that this edition which has taken many years of work to complete, will help to bring about an increased use of the traditional liturgy in the praying of the Divine Office of the Church.

Unlike the first printing which needed to be reserved, this print run will be sold on a first come, first served basis. Those customers who want to ensure they get a copy should purchase as soon as possible as we have a limited number of copies. Due to the large production costs of the *Roman Breviary* and difficulties to forecast future demand it is not possible to guarantee that this title will be reprinted again.

## Our Most Popular Titles



### The Holy Bible - Knox Translation

Msgr. Knox's translation of the Latin Vulgate into elegant, timeless English is one of the greatest treasures of the 20th century Church. His translation is spiritual and literary, graceful and lyrical, making it one of the most beautiful vernacular versions of the Holy Bible.



### Douay-Rheims & Clementina Vulgata

Those familiar with the Douay-Rheims Bible will know that it is one of the most beautiful and accurate Bible translations available today Having both Bibles side by side allows us to see exactly where the vernacular translation came from. Even those with limited Latin skills will be able to follow along, using the Douay-Rheims translation as an aid.



### Catena Aurea

St. Thomas Aquinas' Catena Aurea is a masterpiece anthology of Patristic commentary on the Gospels — it includes the work of over



### Divine Intimacy

One of the best and most loved resources for meditative prayer. This book is designed to assist the faithful in the quest for intimate union with God through the practice of

CATEGORIES

FEATURES OF OUR BOOKS

HELP/FAQ

MAILING LIST

ABOUT US
In Media
Press Release

CONTACT US

SHOPPING BASKET

SELECT COUNTRY

 

## Fundamentals of Catholic Dogma by Dr. Ludwig Ott

London, UK, February 17, 2014

Baronius Press would like to announce that the great work of Dr. Ludwig Ott *Fundamentals of Catholic Dogma* is currently in the final editing stages and will be released later on this year.

This new edition will be fully revised and updated by Dr. Robert Fastiggi, the co-editor of the English translation of the 43rd edition of the Denzinger-Hünermann compendium published by Ignatius Press in 2012.

The Seminary of the diocese of Eichstätt in Germany is the owner of the copyright of the underlying text entitled *Grundriss der Katholischen Dogmatik*. The Seminary granted exclusive controlling rights for both the German original text and the rights for any English translations of the original German text to nova & vetera GmbH for the remaining duration of the copyright. Baronius Press Ltd was granted exclusive rights to publish the English version in 2009 by nova & vetera GmbH and also purchased the copyright to the English language translation by Dr. Patrick Lynch (edited by James Canon Bastible, D.D.) from Mercier Press in 2010.

Unfortunately, a number of publishers incorrectly assumed that the title was in the public domain and failed to proceed with due diligence. Upon notification, all but one of these publishers removed their editions from sale, and ceased to advertise them.

The sole exception was TAN Books. This company, which professes to be *Publishers You Can Trust with Your Faith,* has continued to market a new edition in breach of copyright. TAN Books has been served with a Notice of Intent to Enforce Copyright, and several letters addressing the legal status of this title. Nonetheless, the TAN Books website continues to advertise Fundamentals of Catholic Dogma as follows:

> This book will be available soon. Pre-order today!
> NOTE: This title is available for US Distribution only.

TAN Books has no legal rights to publish this title. It has had facts placed before it, which are amply sufficient to demonstrate this to any reasonable person. If it persists in publishing, it will be committing wilful infringement of copyright. Should TAN Books continue to advertise, print or publish this title, Baronius Press will seek an injunction to prevent it from doing so, and will take all other necessary legal steps to protect its rights and the rights of the Seminary of the diocese of Eichstätt.