# Paul Kejik - Baronius Press

| | |
|---|---|
| **From:** | Conor Gallagher <conor@saintbenedictpress.com> |
| **Sent:** | 11 February 2014 22:48 |
| **To:** | Paul Kejik - Baronius Press |
| **Cc:** | Rick Rotondi; +18152267770@fax.tc; Ryan Monk |
| **Subject:** | Re: Fundamentals of Catholic Dogma |

Paul,

Please proceed as you deem appropriate. Be advised that we will aggressively defend ourselves against any defamation to the fullest extent of the law.

Conor Gallagher
VP and Associate General Counsel
Saint Benedict Press

On Feb 10, 2014, at 1:00 PM, Paul Kejik - Baronius Press <pk@baroniuspress.com> wrote:

> Dear Mr. Gallagher,
>
> Please see letter attached.
>
>
> Kind Regards
>
>
> Paul Kejik
> Baronius Press Ltd

<BP224_(TAN_Fundamentals).pdf>

1
Case 3:16-cv-00695-FDW-DCK   Document 94-16   Filed 11/14/18   Page 1 of 1