Date: 2013-04-26

Follow us | MY ACCOUNT | SIGN IN

Create an Account

TAN·BOOKS

Publishers You Can Trust with Your Faith

Shopping Cart | Wish List | Store Locator

Home | Browse | eBooks | Bibles | TAN Classics | Booklets | Saints | Title, Author, ISBN, etc. | SEARCH

Sale Items | New Releases | Coming Soon | New Editions | Best Sellers | Request Our Catalog

**Catholic Courses**

**Engage Your Faith**

> Shop

You can learn at your own pace and in your own space.

We offer many exciting courses in Theology, History, Literature and the Saints. Choose a Topic or Professor and watch a preview video to get started.

Learn More

**Bibles**

**TAN Exclusive Douay-Rheims, RSV-CE & NABRE Bibles**

All of our bibles are made with quality materials and bound beautifully so they will last a lifetime. Each volume includes supplemental materials to aid in reflection and study.

> Shop Now

ZOOM

## Fundamentals of Catholic Dogma

By: Dr. Ludwig Ott

Rate this Item: ★★★★★

5 Like

**Price: $49.95** Add to Cart

Item No. 2350
ISBN: 9780895558053
Publisher: Saint Benedict Press, LLC
Imprint: TAN Books
Publication Date: 2009
Binding: Hardcover
Pages: 560 pgs

This item is temporarily out of stock.

**New HARDBOUND EDITION will be ready for shipment by Summer 2013!**

Long considered to be one of TAN's most essential titles, ***The Fundamentals of Catholic Dogma,*** is widely recognized as one of the greatest summaries of Catholic dogma ever put between two covers.

This one-volume encyclopedia of doctrines explains exactly what the Church teaches on any particular topic. It includes information on when a pronouncement was made and provides the sources from Scripture, Church Councils, Papal statements and the Fathers and Doctors of the Church.

Our beautiful new hardbound edition, with corrected translation and preface by Patrick Madrid, is destined to become the go-to reference book for priests, seminarians, parents and teachers.

**Price: $49.95**

Quantity: 1

Add to Cart

Add to Wishlist

Sign up for e-mail updates from TAN Books!

Your email:

Subscribe

**Suggested Items**

A Light in the Heavens



Date: 2013-02-12




**Help Build a Monastery**



**Cor Amoris St. Joseph Monastery**

> Shop

The highest-quality set of Catholic Classics available today. All proceeds to help build the new St. Joseph Monastery for the Poor Clares of Perpetual Adoration. Get yours today and spread the word!

The *Cor Amoris* Collection

# Fundamentals of Catholic Dogma

By: Dr. Ludwig Ott

Rate this Item: ★★★★★



✓ to-do     0     1

&#x1F50D; ZOOM

Price: $49.95   Add to Cart

Item No. 2350
ISBN: 9780895558053
Publisher: Saint Benedict Press, LLC
Imprint: TAN Books
Publication Date: 2009
Binding: Hardcover
Pages: 560 pgs

**This item is temporarily out of stock.**

**New HARDBOUND EDITION will be ready for shipment by Summer 2013!**

Long considered to be one of TAN's most essential titles, **The Fundamentals of Catholic Dogma,** is widely recognized as one of the greatest summaries of Catholic dogma ever put between two covers.

This one-volume encyclopedia of doctrines explains exactly what the Church teaches on any particular topic. It includes information on when a pronouncement was made and provides the sources from Scripture, Church Councils, Papal statements and the Fathers and Doctors of the Church.

Our beautiful new hardbound edition, with corrected translation and preface by Patrick Madrid, is destined to become the go-to reference book for priests, seminarians, parents and teachers.

4   Price: **$49.95**

 Like

Quantity: 1

Add to Cart

Add to Wishlist

Sign up for e-mail updates from TAN Books!

Your email:

Subscribe

**Suggested Items**



Biblia De Mi Primera Comuni... (Marfil)



A Light in the Heavens

**About TAN Books**

**The Publishers You Ca... Trust with Your Faith**

We publish the best traditiona... Catholic books that were eve... written, including many class... written by canonized Saints.... publish only the best in all categories of Catholic literatu... books on Our Lord Jesus Chr... the Blessed Virgin Mary, Live... the Saints, Catholic Doctrine,... Mass and the sacraments, Church history, morality apologetics, philosophy, theology, homeschooling, an... many others.

*Bringing Catholic truth to souls for over 40 years, TA... Books is the Publisher Yo... Can Trust with Your Faith*



**Catholic Courses**



**Engage Your Faith**

> Shop

You can learn at your own pace and in your own space.

We offer many exciting courses in Theology, History, Literature and the Saints. Choose a Topic or Professor and watch a preview video to get started.

**Learn More**

**Bibles**

**TAN Exclusive Douay-Rheims, RSV-CE & NABRE Bibles**

All of our bibles are made with quality materials and bound beautifully so they will last a lifetime. Each volume includes supplemental materials to aid in reflection and study.



> Shop Now

**Follow Us**

 

