TAN BOOKS | SAINT BENEDICT PRESS | CATHOLIC COURSES | NEUMANN PRESS

Follow us | MY ACCOUNT | SIGN IN
Create an Account

# TAN·BOOKS

*Publishers You Can Trust with Your Faith*

Shopping Cart | Wish List | Store Locator

Home | Browse | eBooks | Bibles | TAN Classics | Booklets | Saints | Title, Author, ISBN, etc. | SEARCH

Press Release | Sale Items | New Releases | Coming Soon | New Editions | Best Sellers | Request Our Catalog

**Catholic Courses**

**Engage Your Faith**

> Shop

You can learn at your own pace and in your own space.

We offer many exciting courses in Theology, History, Literature and the Saints. Choose a Topic or Professor and watch a preview video to get started.

Learn More

**Bibles**

**TAN Exclusive Douay-Rheims, RSV-CE & NABRE Bibles**

All of our bibles are made with quality materials and bound beautifully so they will last a lifetime. Each volume includes supplemental materials to aid in reflection and study.

ZOOM

## Fundamentals of Catholic Dogma

By: Dr. Ludwig Ott

Rate this Item:

0 | 0

23 | Like

Price: ~~$49.95~~ $39.96 Add to Cart

Item No. 2350
ISBN: 9780895558053
Publisher: Saint Benedict Press, LLC
Imprint: TAN Books
Publication Date: 2009
Binding: Hardcover
Dimensions: 6" X 9"
Pages: 560 pgs

This book will be available soon. Pre-order today!

**New HARDBOUND EDITION will be ready for shipment by December 2013!**

Long considered to be one of TAN's most essential titles, ***The Fundamentals of Catholic Dogma,*** is widely recognized as one of the greatest summaries of Catholic dogma ever put between two covers.

This one-volume encyclopedia of doctrines explains exactly what the Church teaches on any particular topic. It includes information on when a pronouncement was made and provides the sources from Scripture, Church Councils, Papal statements and the Fathers and Doctors of the Church.

### *About The Author*

Doctor Ludwig Ott was born in 1906 at Neumarkt, Germany. He was later ordained a priest in 1930 after studying at the Catholic University of Eichstaett-Ingolstadt. He received his doctorate degree

**Price: ~~$49.95~~**
**Sale: $39.96**
Quantity: 1

Add to Cart

Add to Wishlist

Sign up for e-mail updates from TAN Books!

Your email:

Subscribe

**Suggested Items**

Light in the Heavens

open in browser PRO version Are you a developer? Try out the HTML to PDF API pdfcrowd.com



TAN BOOKS SAINT BENEDICT PRESS CATHOLIC COURSES NEUMANN PRESS

Follow us | MY ACCOUNT | SIGN IN
Create an Account

TAN·BOOKS
Publishers You Can Trust with Your Faith

Shopping Cart | Wish List | Store Locator

Title, Author, ISBN, etc. SEARCH

Press Release | Sale Items | New Releases | Coming Soon | New Editions | Best Sellers | Request Our Catalog

**Catholic Courses**

**Engage Your Faith**

> Shop

You can learn at your own pace and in your own space.

We offer many exciting courses in Theology, History, Literature and the Saints. Choose a Topic or Professor and watch a preview video to get started.

Learn More

**Bibles**

ZOOM

## Fundamentals of Catholic Dogma

By: Dr. Ludwig Ott

**Rate this Item:**

**Price: ~~$49.95~~** $39.96 Add to Cart

Item No. 2350
ISBN: 9780895558053
Publisher: Saint Benedict Press, LLC
Imprint: TAN Books
Publication Date: 2009
Binding: Hardcover
Dimensions: 6" X 9"
Pages: 560 pgs

This book will be available soon. Pre-order today!

**NOTE: This title is available for US Distribution only.**

Long considered to be one of TAN's most essential titles, ***The Fundamentals of Catholic Dogma,*** is widely recognized as one of the greatest summaries of Catholic dogma ever put between two covers.

**Price: ~~$49.95~~**
**Sale: $39.96**
Quantity: 1
Add to Cart
Add to Wishlist

Sign up for e-mail updates from TAN Books!

Your email:

Subscribe

**Suggested Items**



TAN BOOKS SAINT BENEDICT PRESS CATHOLIC COURSES NEUMANN PRESS

Follow us | MY ACCOUNT | SIGN IN
Create an Account

TAN · BOOKS
*Publishers You Can Trust with Your Faith*

Shopping Cart | Wish List | Store Locator

Home | Browse | eBooks | Bibles | TAN Classics | Booklets | Saints | Title, Author, ISBN, etc. | SEARCH

Press Release | Sale Items | New Releases | Coming Soon | New Editions | Best Sellers | Request Our Catalog

**Catholic Courses**

**Engage Your Faith**

> Shop

You can learn at your own pace and in your own space.

We offer many exciting courses in Theology, History, Literature and the Saints. Choose a Topic or Professor and watch a preview video to get started.

Learn More

**Bibles**

**TAN Exclusive Douay-Rheims, RSV-CE & NABRE Bibles**

All of our bibles are made with quality materials and bound beautifully so they will last a lifetime. Each volume includes supplemental materials to aid in

ZOOM

## Fundamentals of Catholic Dogma

By: Dr. Ludwig Ott

**Rate this Item:** ★★★★★

**Price:** ~~$49.95~~ $39.96 Add to Cart

Item No. 2350
ISBN: 9780895558053
Publisher: Saint Benedict Press, LLC
Imprint: TAN Books
Publication Date: 2009
Binding: Hardcover
Pages: 568 pgs

This book will be available soon. Pre-order today!

**NOTE: This title is available for US Distribution only.**

Long considered to be one of TAN's most essential titles, ***The Fundamentals of Catholic Dogma,*** is widely recognized as one of the greatest summaries of Catholic dogma ever put between two covers.

This one-volume encyclopedia of doctrines explains exactly what the Church teaches on any particular topic. It includes information on when a pronouncement was made and provides the sources from Scripture, Church Councils, Papal statements and the Fathers and Doctors of the Church.

**Price: ~~$49.95~~**
**Sale: $39.96**
Quantity: 1
Add to Cart
Add to Wishlist

Sign up for e-mail updates from TAN Books!
Your email:
Subscribe

**Suggested Items**



Date: 2014-03-17


Case 3:15-cv-10695-FDS Document 47-18 09/29/16 Page 6 of 10
Case 1:16-cv-10695-FDS Document 1-48 Filed 04/11/16 Page 4 of 4