

Date: 2016-09-02



Date: 2016-09-13

# Fundamentals of Catholic Dogma

Dr. Ludwig Ott

**See other TAN Books Titles**
**See other Dr. Ludwig Ott Titles**

0 Review | Add Your Review

Email to a Friend

Availability: **In stock**

**Qty:** 1

$49.95

ADD TO CART

**NOTE: This title is available for US Distribution only.**

***Fundamentals of Catholic Dogma*** is widely recognized as one of the greatest summaries of Catholic dogma ever published. Since its original publication in German in 1952, it has served as an invaluable reference for students and teachers, clergy and families anyone who needs a clear, concise and systematic presentation of the Catholic faith.

Product Description | About the Author | Product Details | Sample Chapter | Reviews (0) | Related Products

**NOTE: This title is available for US Distribution only.**

***Fundamentals of Catholic Dogma*** is widely recognized as one of the greatest summaries of Catholic dogma ever published. Since its original publication in German in 1952, it has served as an invaluable reference for students and teachers, clergy and families anyone who needs a clear, concise and systematic presentation of the Catholic faith.

Drawing from many years of classroom experience, Dr. Ludwig Ott lays out a detailed overview of doctrine. He notes when dogmatic pronouncements were made and identifies their sources in Scripture, the Fathers and Doctors of the Church, and in pronouncements from Popes and Church Councils.

This beautiful burgundy hardcover edition contains the original text of the second English edition, proudly published by TAN Books since 1974. In 568 pages, it covers all the foundational topics of our faith: the nature of God as a Blessed Trinity; the creation of the universe, in particular the human race and the angels; the fall of man, the divine plan of redemption and the two natures of Christ; the Blessed Virgin Mary; grace and salvation; the Church and her sacraments; and the Last Things.

***Fundamentals of Catholic Dogma*** is a remarkable one-volume encyclopedia of doctrine. It will provide a cornerstone for your personal Catholic library that will help you find the answers to countless questions about the Faith.

**IMPRINT**

- American Chesterton Society
- Basilica Press
- Catholic Courses
- Catholic Scripture Study International
- Confraternity of the Precious Blood
- Neumann Press
- Saint Benedict Press
- TAN Books

**RELATED PRODUCTS**

**Check items to add to the cart or select all**

Manual for Euch...
Poor Clares of Perpetual Adoration, St. Joseph
$29.95
Add to Wishlist

The Catholic Co...
St. Francis de Sales
$9.98
Add to Wishlist

How to Converse...
St. Alphonsus Liguori
$3.00
As low as: $1.75
Add to Wishlist

An Introduction...
St. Francis de Sales
$9.98
Add to Wishlist

The Spiritual L...
Fr. Jeffrey Kirby, STD
$79.95
Add to Wishlist

© 2016 Saint Benedict Press LLC. All Rights Reserved.

VISA Discover AMERICAN EXPRESS





Date: 2016-09-29

NEW! $5 Flat-Rate Shipping | Shopping Cart (0 item) | My Account
BOOKS | BIBLES | COURSES | KIDS | IMPRINTS | SEARCH



# Fundamentals of Catholic Dogma

Dr. Ludwig Ott

See other TAN Books Titles
See other Dr. Ludwig Ott Titles

0 Review | Add Your Review

Email to a Friend

Availability: **In stock**

Qty: 1

$49.95

ADD TO CART



NOTE: This title is available for US Distribution only.

***Fundamentals of Catholic Dogma*** is widely recognized as one of the greatest summaries of Catholic dogma ever published. Since its original publication in German in 1952, it has served as an invaluable reference for students and teachers, clergy and families anyone who needs a clear, concise and systematic presentation of the Catholic faith.

### IMPRINT

- American Chesterton Society
- Basilica Press
- Catholic Courses
- Catholic Scripture Study International
- Confraternity of the Precious Blood
- Neumann Press
- Saint Benedict Press
- TAN Books

### RELATED PRODUCTS

Check items to add to the cart or select all



**An Introduction...**
St. Francis de Sales
★★★★★
$9.98
Add to Wishlist

**The Spiritual L...**
Fr. Jeffrey Kirby, STD
$79.95
Add to Wishlist

**Manual for Euch...**
Poor Clares of Perpetual Adoration, St. Joseph
★★★★★
$29.95
Add to Wishlist

**The Catholic Co...**
St. Francis de Sales
★★★★★
$9.98
Add to Wishlist

**How to Converse...**
St. Alphonsus Liguori
$3.00
As low as: $1.75
Add to Wishlist

| Product Description | About the Author | Product Details | Sample Chapter | Reviews (0) | Related Products |

NOTE: This title is available for US Distribution only.

***Fundamentals of Catholic Dogma*** is widely recognized as one of the greatest summaries of Catholic dogma ever published. Since its original publication in German in 1952, it has served as an invaluable reference for students and teachers, clergy and families anyone who needs a clear, concise and systematic presentation of the Catholic faith.

Drawing from many years of classroom experience, Dr. Ludwig Ott lays out a detailed overview of doctrine. He notes when dogmatic pronouncements were made and identifies their sources in Scripture, the Fathers and Doctors of the Church, and in pronouncements from Popes and Church Councils.

This beautiful burgundy hardcover edition contains the original text of the second English edition, proudly published by TAN Books since 1974. In 568 pages, it covers all the foundational topics of our faith: the nature of God as a Blessed Trinity; the creation of the universe, in particular the human race and the angels; the fall of man, the divine plan of redemption and the two natures of Christ; the Blessed Virgin Mary; grace and salvation; the Church and her sacraments; and the Last Things.

***Fundamentals of Catholic Dogma*** is a remarkable one-volume encyclopedia of doctrine. It will provide a cornerstone for your personal Catholic library that will help you find the answers to countless questions about the Faith.

---

**Find Us on Facebook**
TAN Books

**Follow Us on Twitter**
@TANBooks

**SIGN UP** FOR NEWS AND OFFERS
Make sure you dont miss interesting happenings by joining our newsletter program.

SUBSCRIBE

IMPRINTS | INFORMATION | MY ACCOUNT | CONTACT US