

# The Group of Companies

## Catholic Publishing & Distribution

Our Catholic publishing and distribution companies are aggressively interfacing with the Catholic book and religious product market. Through specialized internet marketing and Catholic book publishing initiatives, these companies are at the forefront of an exciting new frontier in retail and commercial sales.

- **Who We Are**
    - History
    - Administrative Offices
- **The Good Will Publishers Group of Companies**
    - Sponsorship
    - Corporate & Organizational
    - Catholic Publishing & Distribution
- **A Note from Our CEO**
    - The Leadership Triangle
    - The Board of Directors
- **Careers**

### Contact Us:

**E-mail**
info@goodwillpublishers.com
**Phone**
704-865-1256

### Saint Benedict Press, LLC
This is our Catholic publishing arm where we publish Catholic bibles as well as Catholic classics repackaged to appeal to a wider audience of readers.



### TAN Books
In 2008 Good Will Publishers and St. Benedict Press completed the acquisition of a long standing leader in Catholic publishing, TAN Books. This acquisition adds greatly to our book inventory with over 600 titles and retail presence in over 2000 outlets in order to address more thoroughly the needs of the Catholic readership and marketplace.



Copyright © 2010 | Good Will Publishers | P.O. Box 269 | Gastonia, NC 28052