

# The Group of Companies

## The Corporate & Organizational Companies

Good Will's Corporate and Organizational Sales companies provide a variety of bereavement products and programs to corporations, veterans organizations, the healthcare industry, unions and the funeral industry. A steadily growing segment of the Good Will family of programs, Corporate and Organizational sales reflects Good Will's commitment to niche wholesale markets nationwide.

**Ambassador Services, Inc.**
This company is one of Good Will's wholesale marketing divisions and harkens back to the organization's roots by offering a variety of products to different organizations. In our TAPS program we sell beautifully crafted Good Will bereavement bibles to military and other fraternal organizations. In our Beyond This Day division we offer a specially designed bereavement volume to be given to grieving families from their employer as part of the human resources outreach program. Many Fortune 500 companies currently use our products as the cornerstone of their bereavement program to be given to the family when an employee passes away. Each bereavement volume in this company is received in a stunning wooden case with leatherette inlays and an insert with condolences from the sponsoring organization or employer.



**United Memorial Bible Services, Inc.**
This bible company offers an array of bibles and other elegant bereavement volumes to the families of union members who have passed away. Not only unions but healthcare facilities also use this program as a magnanimous gesture to employee, patient or membership families.



**Ambassador Associates**
Our first wholesale division, Ambassador Associates, carries a myriad of products for the funeral home. Everything from bibles and picture boards to register books and urns are offered by our sales professionals.



### Navigation (sidebar)

- **Who We Are**
  - History
  - Administrative Offices
- **The Good Will Publishers Group of Companies**
  - Sponsorship
  - Corporate & Organizational
  - Catholic Publishing & Distribution
- **A Note from Our CEO**
  - The Leadership Triangle
  - The Board of Directors
- **Careers**

**Contact Us:**

**E-mail**
info@goodwillpublishers.com
**Phone**
704-865-1256

Copyright © 2010 | Good Will Publishers | P.O. Box 269 | Gastonia, NC 28052

Case 3:16-cv-00695-FDW-DCK   Document 94-21   Filed 11/14/18   Page 1 of 1