Home (https://www.saintbenedictpress.com/index.php/) ❯ About Us

**Helping People Become Saints**

**Saint Benedict Press (/saint-benedict-press.html)** Helps parishes engage parishioners and lead them into a deeper and more active Catholic faith.

Our products and programs are developed with one primary goal in mind: to help people become saints. Our offerings include Bibles, catechist gifts and ministry resources, gifts for First Communion, Confirmation, and other parish "Touchpoints", video programs from today's top Catholic experts, and Bible and faith-related studies such as the popular Doors of Mercy and Queen of Heaven.

Our name pays tribute to the guiding influence of the Benedictine monks of Belmont Abbey, a short distance from our headquarters in Charlotte, NC. Our mission is to reflect the charisms of joy, spiritual development, zeal and fraternal charity.

Saint Benedict Press publishes under several imprints, including TAN Books, Catholic Courses, and Catholic Scripture Study International and are active members of Catholic Marketing Network (CMN) and the Association of Catholic Publishers (ACP).

**Other Imprints:**

**TAN Books (/tan-books.html)** was founded in 1967. Since its founding, it has been committed to the preservation and promotion of the spiritual, theological and liturgical traditions of the Roman Catholic Church. TAN Books publishes over 500 titles on Thomistic theology, traditional devotions, Church doctrine, history, lives of the saints, educational resources, and more.

**Saint Benedict Press (/saint-benedict-press.html)** since its founding in 2008, has published Catholic Bibles, parish programs, literature and prayer books reflective of a traditional Catholic worldview. We are the only publisher of all three major English translations of the Catholic Bible: the Douay-Rheims, RSV-CE, and the NABRE. Our parish programs are present in more than 1,500 parishes across the country.

**Catholic Courses (/catholic-courses.html)** shares the riches of our Catholic intellectual heritage through audio and video lectures presented by the best minds of the Church. Courses are offered in six categories--History, Philosophy, Scripture, Literature, Saints, and Theology. God made us for the intellectual life and gave us an inborn hunger for truth. Satisfy that hunger with Catholic Courses and Learn More.

**Catholic Scripture Study International (/catholic-scripture-study.html)** was founded in 2003 and publishes more than 30 Bible and faith-related study programs. CSS studies are authored by well-known Bible scholars - such as Dr. Scott Hahn, Steve Ray, Mike Aquilina and Mark Shea - and are led in hundreds of parishes, universities, and organizations across the country.

**Confraternity of the Precious Blood (/confraternity-of-the-precious-blood.html)** was founded in 1890, dedicated to supporting the historic Monastery of the Precious Blood in Brooklyn, NY, and the religious sisters who call it home. Specializing in publishing pocket devotionals, the Confraternity has brought millions of copies of its iconic titles, including *My Daily Bread*, *My Way of Life*, and *My Imitation of Christ,* into Catholic parishes and homes.

**Neumann Press (https://neumann.benedictpress.com/)** named after Saint John Neumann, was founded in 1981 with the goal of reviving long-lost Catholic titles with beautiful bindings and excellent content. We publish vintage children's books and new editions of favorite out-of-print readers, history books, novels and story books for pre-school through high school.

**American Chesterton Society (https://www.tanbooks.com/index.php/american-chesterton-society.html)** ACS Books is the publishing division of The American Chesterton Society. It's objective. is to print books grounded in the tradition of the English writer, G.K. Chesterton with a broad scope covering faith topics, current events, fiction, and biographies. In May 2015, TAN Books was named the Official Publisher of ACS Books.

Case 3:16-cv-00695-FDW-DCK    Document 94-22    Filed 11/14/18    Page 1 of 1