$5 Dollar Flat-Rate Shipping*

BOOKS | BIBLES | COURSES | CALENDARS | KIDS

**The Publishers You Can Trust with Your Faith**

TAN Books was founded in 1967. Since its founding, it has been committed to the preservation and promotion of the spiritual, theo liturgical traditions of the Roman Catholic Church. TAN Books publishes over 500 titles on Thomistic theology, traditional devotio history, lives of the saints, educational resources, and more.

Saint Benedict Press since its founding in 2008, has published Catholic Bibles, parish programs, literature and prayer books refle Catholic worldview. We are the only publisher of all three major English translations of the Catholic Bible: the Douay-Rheims, RSV Our parish programs are present in more than 1,500 parishes across the country.

Catholic Courses shares the riches of our Catholic intellectual heritage through audio and video lectures presented by the best mi Courses are offered in six categories--History, Philosophy, Scripture, Literature, Saints, and Theology. God made us for the intellec an inborn hunger for truth. Satisfy that hunger with Catholic Courses and Learn More.

Catholic Scripture Study International was founded in 2003 and publishes more than 30 Bible and faith-related study programs. authored by well-known Bible scholars - such as Dr. Scott Hahn, Steve Ray, Mike Aquilina and Mark Shea - and are led in hundred universities, and organizations across the country.

Confraternity of the Precious Blood was founded in 1890, dedicated to supporting the historic Monastery of the Precious Blood in the religious sisters who call it home. Specializing in publishing pocket devotionals, the Confraternity has brought millions of cop titles, including *My Daily Bread*, *My Way of Life*, and *My Imitation of Christ,* into Catholic parishes and homes.

Neumann Press named after Saint John Neumann, was founded in 1981 with the goal of reviving long-lost Catholic titles with bea excellent content. We publish vintage children's books and new editions of favorite out-of-print readers, history books, novels and school through high school.

American Chesterton Society ACS Books is the publishing division of The American Chesterton Society. It's objective. is to print b the tradition of the English writer, G.K. Chesterton with a broad scope covering faith topics, current events, fiction, and biographie Books was named the Official Publisher of ACS Books.

**IMPRINT**

American Chesterton Society

Basilica Press

Catholic Courses

Catholic Scripture Study International

Confraternity of the Precious Blood

Neumann Press

Saint Benedict Press

TAN Books

$5 Dollar Flat-Rate Shipping*

Find Us on Facebook
TAN Books

Make sure you dont miss interesting happenings by joining our newsletter program.

Follow Us on Twitter
@TANBooks

| | | |
|---|---|---|
| | Catholic Courses | About Us | Sign In |
| Satisfaction Guaranteed | CSS International | Catalog Request | View Cart |
| Returns & Exchanges | Confraternity | Shipping Rates | My Wishlist |
| | Neumann Press | Privacy Policy | Check out |
| | Saint Benedict Press | Search Terms | Track My Orde |
| | TAN Books | Return Policy | Contact us |
| | | eBook Instructions | |
| | | Site Map | |

© 2018 Saint Benedict Press LLC. All Rights Reserved.


Chat with us