$5 Dollar Flat-Rate Shipping*

| BOOKS | BIBLES | COURSES | CALENDARS | KIDS | IMPRINTS | All Search . . . |

# EBOOK INSTRUCTIONS

### Instructions for TAN Books/Saint Benedict Press eBook Files

Downloading eBooks
eBooks for Kindle
eBooks for Nook, Kobo, Sony
eBooks for Apple

### General Information

TAN Books/Saint Benedict Press eBooks are available in MOBI (.prc) and EPUB (.epub) format. Both formats can be read on your personal desktop or laptop computer using one of several free applications. For MOBI files, the Kindle desktop app is available for both PC and Mac. For EPUB files, Adobe Digital Editions is also available for both PC and Mac. Finally, one popular application that can read both MOBI and EPUB formats on either PC or Mac, is Calibre.

Additionally, there are many ways to read eBook files on eReader devices. The process of transferring eBook files to your particular device is called "sideloading". Different devices and applications have different requirements for sideloading eBook files, and it is difficult to address all potential issues here. The information below is provided to help with the majority of eReader devices. This information is not exhaustive, and more options do exist. If you need further information, please refer to the User Manual that came with your device or one of the many online help forums available to address the unique eBook or eReader issue you may be experiencing.

Thank you and we hope you enjoy your TAN Books/Saint Benedict Press eBook!

### Downloading Your TAN Books/Saint Benedict Press eBooks

There are two ways to access and download your eBook files purchased from TANBooks.com or SaintBenedictPress.com:

**1. Order Confirmation Email**
After you complete your order, you will receive an email at the address associated with your account (or indicated by you during checkout), confirming that your order was placed successfully. In this email, there will be a download link listed next to your eBook title. If you are still signed into your site account, your download will begin automatically. If not, you may need to sign in and try again, or follow Option 2 below. Be sure to note where your file is being saved. You will need this file to load onto your eBook device.

**2. Your "My Account" Page**
After you complete your order, you can access your downloads through your website account at any time. There is no expiration. Simply visit TANBooks.com or SaintBenedictPress.com. Click "Sign In" to access your account using your account email address and password. After successfully signing in, Click "My Account" which present you with options to view your order history. Click "My Downloads". Finally, right-click the eBook file you wish to download and select the "Save As…" option (sometimes listed as "Save File As", "Save Target As" or "Save Link As"). Be sure to note where your file is being saved. You will need this file to load onto your eBook device.

### Reading TAN Books/Saint Benedict Press eBooks on Your Kindle Device

Note: The following instructions are for Kindle device owners. If you use the free Kindle app on any other reading device (iPad, Smartphone, etc), you will only be able to read books purchased through the Amazon Kindle Store. If you do not own a Kindle, please look for your specific device below for instructions on sideloading and reading your TAN Books/Saint Benedict Press eBook.

MOBI (.prc) eBook files can be transferred onto your Kindle in one of two ways:

**1. Wireless Transfer**
Your Kindle account comes with a dedicated Kindle email address, which can be found on the "Manage Your Kindle" page at Amazon.com. Download the MOBI eBook file to your computer. Email the MOBI (.prc) file to your dedicated Kindle email address, as an attachment. Amazon will wirelessly deliver the file to your Kindle device.

**2. Using Your Kindle USB Cable**
You may also use your Kindle's supplied USB cable to sideload the MOBI file onto your Kindle. You may find this to be faster than Kindle's Wireless Transfer option. When you connect your Kindle to your computer, your computer will treat it the same as an external USB "flash" drive. For Windows PC's, this could be "Windows Explorer", "My Computer" or "Computer", depending on your version of Windows. For Mac computers, this could be on your desktop or in the Finder app.

**Sideloading Your Kindle, Kindle Touch or Kindle Fire**

1. Download your MOBI file from TAN Books/Saint Benedict Press.
2. Connect your Kindle to your computer with the supplied USB cable. The Kindle should appear as an external USB drive. (On a Kindle Fire, you may need to unlock your screen by sliding the arrow).
3. Open your Kindle drive, then open the "documents" folder.
4. Move or Copy/Paste your MOBI file into your Kindle's "documents" folder.
5. Eject your Kindle drive, as you would a USB drive. (On a Kindle Fire, you may need to press the Disconnect button on your device).
6. Your eBook should now appear on your Kindle's "Home" screen.

### Reading TAN Books/Saint Benedict Press eBooks on your Nook, Kobo or Sony eReader

Note: Your computer may identify your EPUB download as a ZIP file. If so, do not try to open the .zip file. You need to change the extension first. You can change the extension by renaming the file and replacing the .zip with .epub.

Case 3:16-cv-00695-FDW-DCK   Document 94-24   Filed 11/14/18   Page 1 of 2

The EPUB file format is the industry standard for eBooks and is the most widely-supported among different eReader devices. If you do not have a Kindle, you probably want to download the EPUB format for your eBook.

$5 Dollar Flat-Rate Shipping*

**Sideloading Your Nook, Kobo or Sony eReader**

1. Download your EPUB file from TAN Books/Saint Benedict Press.
2. Download and Install Adobe Digital Editions to your computer (here).
3. Open Adobe Digital Editions.
4. Open your EPUB file in Adobe Digital Editions by clicking "Library", then "Add" and selecting your EPUB file.
5. Connect your eReader to your computer with the supplied USB cable. You should see your device appear as an icon in the Bookshelves column of the Adobe Digital Editions window.
6. Drag & Drop your eBook from the Library window to your device bookshelf. (If prompted to authorize the device, you should allow it.)
7. Eject your device, as you would a USB drive.
8. Your eBook should now be accessible to read on your eReader.

**Reading TAN Books/Saint Benedict Press eBooks on Apple devices**

Note: You can open your eBook file on your Apple device by logging into your TANBooks.com/SaintBenedictPress.com account using Safari, clicking "My Account", then "My Downloads". Here, you can locate your eBook file download link. Tap the link and Safari should give you the option to open your eBook in various applications. If the file is EPUB, the standard Apple application is the iBooks app, which is available for free in the App Store. If the file is MOBI, because you use the Kindle app on your Apple device, you can select to open the file with your Kindle app.

**Sideloading Your iPad, iPhone or iPod Touch**

1. Download your EPUB file from TAN Books/Saint Benedict Press.
2. Open iTunes on your computer.
3. Open your EPUB file in iTunes by clicking "File", then "Add to Library" and selecting your EPUB file.
4. Connect your Apple device to your computer with the supplied USB cable.
5. Select the eBook in the Books panel in iTunes, then click "Sync" ("Sync iPad", "Sync iPhone" or "Sync iPod Touch")
6. In iTunes, eject your device.
7. Your eBook should now be accessible in the iBooks application on your device.

**IMPRINT**

American Chesterton Society

Basilica Press

Catholic Courses

Catholic Scripture Study International

Confraternity of the Precious Blood

Neumann Press

Saint Benedict Press

TAN Books

Find Us on Facebook
TAN Books

Make sure you dont miss interesting happenings by joining our newsletter program.

Follow Us on Twitter
@TANBooks

Satisfaction Guaranteed
Returns & Exchanges

| | | | |
|---|---|---|---|
| Catholic Courses | About Us | Sign In | Address: PO Box 410487 |
| CSS International | Catalog Request | View Cart | Charlotte, NC 28241 |
| Confraternity | Shipping Rates | My Wishlist | CustomerService@TANBooks.com |
| Neumann Press | Privacy Policy | Check out | Phone: (800) 437-5876 or 704-731-0651 |
| Saint Benedict Press | Search Terms | Track My Order | Fax: (815) 226-7770 |
| TAN Books | Return Policy | Contact us | Hours: 10-4:00 ET, Mon-Fri. |
| | eBook Instructions | | |
| | Site Map | | |

© 2018 Saint Benedict Press LLC. All Rights Reserved.