

# TAN·BOOKS

TAN Books is the Publisher You Can Trust With Your Faith.

TAN Books was founded in 1967 to preserve the spiritual, intellectual, and liturgical traditions of the Catholic Church. At a critical moment in history TAN kept alive the great classics of the Faith and drew many to the Church. In 2008 TAN was acquired by Saint Benedict Press. Today TAN continues to teach and defend the Faith to a new generation of readers.

TAN publishes more than 600 booklets, Bibles, and books. Popular subject areas include theology and doctrine, prayer and the supernatural, history, biography, and the lives of the saints. TAN's line of educational and homeschooling resources is featured at TANHomeschool.com.

TAN publishes under several imprints, including TAN, Neumann Press, ACS Books, and the Confraternity of the Precious Blood. Sister imprints include Saint Benedict Press, Catholic Courses, and Catholic Scripture Study International.

For more information about TAN,
or to request a free catalog, visit
TANBooks.com

Or call us toll-free at
(800) 437-5876



*A Great Course From* **CATHOLIC COURSES**



# *Christian Spirituality: A Historical Study of Prayer, Detachment, and Love of God*

Taught by Monica Migliorino Miller, Ph.D.

**Through taking a look at the history of Christian spirituality, one ultimately comes to a deeper understanding of man's proper relation to God, and how he ought to respond to God's love.**

In addition to the doctrinal and theological history of the Catholic faith, it is essential that we add the history of Christian spirituality—namely the very way that Christians have made their personal response to the God who reveals Himself to His people through and in Jesus Christ. This course surveys important spiritual movements, the rich diversity of spiritual insight that has marked the history of Christianity starting from the early Desert Fathers, the founding of the great religious orders, Christian mysticism, 19th and 20th century Catholic spiritual contributions, and more.

**Course Lectures (30 min. per lecture)**
1. The Bond between God and Man
2. Journeying Back to God
3. Learning Detachment
4. Learning from the Benedictine Tradition
5. Learning from the Franciscan Tradition
6. Learning to Pray
7. Learning from the Carmelites
8. True Christian Piety



*Course No. C20201 • Available Formats include: 4 DVD Set, 4 Audio CD Set, Video Download, Audio Download, Group Study Edition*

se 3:16-cv-00695-FDW-DCK Document 94-26 Filed 11/14/18 Page 2



# A Great Course From CATHOLIC COURSES



## The New Testament Canon: The Development of the Gospels from Oral Tradition to Sacred Scripture

Taught by Monica Migliorino Miller, Ph.D.

**This course will help deepen your faith in Jesus by demystifying the writings of those who first professed to believe in Him.**

In this course, Professor Miller draws on extensive research to provide a greater understanding of the New Testament, revealing who the writers were and how we know these books contain the authentic Word of God. Learn about the chronology of the books of the New Testament and their cultural influences, details of the relationships between the writers, how and why the 27 books were compiled to form the New Testament, and the legitimacy of the four Gospels as factual accounts of historical events. In addition, you will discover the Catholic Church's integral role in the formulation and preservation of the New Testament Canon.

### Course Lectures (30 min. per lecture)

1. A Tour of the New Testament
2. The Septuagint and Other Major Translations
3. The Gospels of Matthew and Mark
4. The Gospels of Luke and John
5. The Reliability of the Gospels
6. The Early Threat of Gnosticism
7. Irenaeus, Damasus and the Muratorian Fragment
8. Valuable Lessons Learned



Course No. C30301 • Available Formats include: 4 DVD Set, 4 Audio CD Set, Video Download, Audio Download, Group Study Edition

CatholicCourses.com • (800) 437-5876

3:16-cv-00695-FDW-DCK   Document 94-26   Filed 11/14/18   Page 3



# TAN · CLASSICS

*A collection of the finest literature in the Catholic tradition.*



978-0-89555-227-3



978-0-89555-154-2



978-0-89555-155-9

Our TAN Classics collection is a well-balanced sampling of the finest literature in the Catholic tradition.



978-0-89555-230-3



978-0-89555-228-0



978-0-89555-151-1





978-0-89555-153-5



978-0-89555-149-8



978-0-89555-199-3

The collection includes distinguished spiritual works of the saints, philosophical treatises and famous biographies.



978-0-89555-226-6



978-0-89555-152-8



978-0-89555-225-9

*Spread the Faith with . . .*



# TAN·BOOKS
*A Division of Saint Benedict Press, LLC*

---

TAN books are powerful tools for evangelization. They lift the mind to God and change lives. Millions of readers have found in TAN books and booklets an effective way to teach and defend the Faith, soften hearts, and grow in prayer and holiness of life.

Throughout history the faithful have distributed Catholic literature and sacramentals to save souls. St. Francis de Sales passed out his own pamphlets to win back those who had abandoned the Faith. Countless others have distributed the Miraculous Medal to prompt conversions and inspire deeper devotion to God. Our customers use TAN books in that same spirit.

If you have been helped by this or another TAN title, share it with others. Become a TAN Missionary and share our life changing books and booklets with your family, friends and community. We'll help by providing special discounts for books and booklets purchased in quantity for purposes of evangelization. Write or call us for additional details.

TAN Books
Attn: TAN Missionaries Department
PO Box 410487
Charlotte, NC 28241

Toll-free (800) 437-5876
missionaries@TANBooks.com

e 3:16-cv-00695-FDW-DCK   Document 94-26   Filed 11/14/18   Page 6