Nihil Obstat:     Jeremiah J. O'Sullivan, D.D.
                  Censor Deputatus
Imprimatur:   ☩ Cornelius
                  Ep. Corgagiensis et Ap. Adm. Rossrensis
                  7 October, 1954

*Grundriss der Katholischen Dogmatik* by Dr. Ludwig Ott, first published in 1952 by Verlag Herder, Freiburg, Germany. All rights reserved.

Translation by Dr. Patrick Lynch, edited by James Canon Bastible, D.D, for Mercier Press Limited, Cork, Ireland. First published in 1955 by Mercier Press and in the USA by B. Herder Book Company, St. Louis, MO. All rights reserved.

First published by TAN Books in 1974. Reprinted by TAN as successor-in-interest to B. Herder Book Company and in accordance with 104A(d)(3) of Title 17 of the US Code.

ISBN: 978-0-89555-805-3

Printed and bound in the United States of America.

TAN Books
Charlotte, North Carolina
www.TANBooks.com
1974