# Notes

## Preface

1. St. Irenaeus, *Adv. Haer.* iii, 18, 1. Many of our quotations from the Fathers are taken from Fr. John R. Kelly's translation of that splendid work on the Mystical Body by Fr. Emile Mersch, S.J. The English translation of the second French edition (1938) is published by The Bruce Publishing Company under the title *The Whole Christ: The Historical Development of the Doctrine of the Mystical Body in Scripture and Tradition.*
2. St. Augustine, *Epistola ad Parthos,* P.L. 35, 2055.
3. Pope St. Pius X, *Ad diem illum laetissimum* (1904), 24.
4. [*Editor's note:* "May the Virgin Mary with her loving Child bless us." This was the favorite blessing of St. Lawrence of Brindisi (1559–1619), a Capuchin Doctor of the Church.]

## Chapter Two The Plan of Restoration

1. St. Thomas Aquinas, *Summa Theologiae* (hereafter *Summa*)*,* iii, 3, 8.

## Chapter Three The Redemption

1. See *Summa,* ii, 73, 5, ad 2.
2. See Pope Leo XIII, *Adiutricempopuli* (1895), 6.
3. *Ad diem illum, 24.*

## Chapter Four The Mystical Body of Christ

1. See Ferdinand Prat, S.J, *The Theology of St. Paul* (Westminster, Md.: Newman Press, 1927), II, 190, *et seq.*
2. Pope Pius XII, *Mystici Corporis Christi* (1943), 62.
3. *Mystici,* 62.
4. *Mystici,* 61.
5. *Mystici,* 61.
6. *Mystici,* 86.
7. *Mystici,* 87.
8. Prat, II, 285.
9. *Mystici,* 76–77.

Case 3:16-cv-00695-FDW-DCK   Document 94-28   Filed 11/14/18   Page 1 of 9

## Chapter Five Partnership with Christ

1. *Mystici,* 75.
2. See St. Augustine, *De catech. rud.,* lib. 4 and *Summa,* iii, 1, 2.
3. St. John Chrysostom, *Homily 46 on the Gospel of John,* 3.
4. See Prat, II, 257.
5. *Mystici,* 31.

## Chapter Six Membership in Christ

1. Prat, II, 236.
2. Prat, II, 236.
3. Prat, II, 236.
4. See Prat, II, 333.
5. Charles Rene Billuart, O.P., *De Spe,* i, ad 2.
6. See *Summa,* ii-ii, 17, 2.
7. *Summa,* ii-ii, 18, 4, ad 2.
8. Council of Trent, Sess. iv, cap. xiii; see also cap. vi and can. xxix.
9. See *Summa,* iii, 69, 2.
10. *Summa,* iii, 69, 2, ad 1.
11. *Summa,* ii, ii, 23, 2, ad 3.
12. *Summa,* ii, ii, 24, 2.
13. Council of Trent, Sess. vi, cap. xvi.

## Chapter Seven Seeking Christ through Humility and Obedience

1. Adolphe Tanquerey, S.S., D.D., *The Spiritual Life: A Treatise on Ascetical and Mystical Theology* (Charlotte, N.C.: TAN Books, 2001), 393.
2. In illustration of this principle, an excellent parable is found in the reply of an English gardener when asked to explain how an engine worked: "She goes by vacuum; vacuum's nothing, but it's powerful strong!"
3. See St. Augustine, *In Ps.,* 148, 12.
4. See Msgr. Gay as quoted in chapter 14.

## Chapter Eight Seeking Christ in Prayer

1. *In Ps.,* 122.
2. *In Ps.,* 54, 16.
3. *In Ps.,* 85, 5.
4. *In Ps.,* 85, 1.

5. *Mystici,* 89.
6. *Mystici,* 90.

## Chapter Ten Conversation with Christ

1. William Thomas Walsh, *Saint Teresa of Avila* (repr., Rockford, Ill.: TAN Books, 1987), 286. The quoted text is Professor Walsh's translation of St. Teresa. This will be found in chapter 25 of Dalton's translation (see below); see also chapters 22–24.
2. Teresa of Avila, *The Way of Perfection and Conceptions of Divine Love,* John Dalton, trans. (London: C. Dolman, 1852), 109.
3. We would recommend to the beginner a little work by Fr. Bertrand Wilberforce, O.P., *An Easy Method of Mental Prayer* (Westminster, Md.: Newman Press, 1955).
4. Fr. Eugene Boylan, O.C.R., *Difficulties in Mental Prayer* (Westminster, Md.: Newman Press, 1957).
5. A very suitable book is *The Sufferings of Our Lord Jesus Christ* by Fr. Thomas of Jesus, O.S.A. (Dublin: C. M. Warren, 1855).

## Chapter Eleven Christ in His Sacraments

1. *Summa,* iii, 69, 2.
2. *Summa,* iii, 69, 2, ad 1.
3. *Summa* iii, 69, 1, ad 4.
4. *Mystici,* 88.
5. St. Augustine, *De catech. rud.,* lib. 4; see *Summa* iii, 1–2.
6. See St. Thomas' discussion of the sacrament of Penance, especially *Summa,* III, 89, 2, which the Cardinal comments upon in Louis Billot, *De Ecclesiae Sacramentis: Commentarius in Tertiam Partem s. Thomae* (Rome: Typografia Pontificia In Instituto Pii IX, 1914). See also St. Gregory, *Hom. De centum ovibus.*

## Chapter Twelve Christ, Our Food and Our Life

1. Council of Trent, Sess. xiii, cap. ii.
2. *1 Cor.* 10:16–17; see Prat, II, 350.
3. See Prat, II, 350.
4. See *Summa,* iii, 73, 3.
5. Prat, II, 350.
6. St. Thomas Aquinas, *In Joan. vi,* lect. 6, n. 7.
7. Pope Eugenius IV, *Exsultate Domini* (1439).

Case 3:16-cv-00695-FDW-DCK   Document 94-28   Filed 11/14/18   Page 3 of 9

8. *Summa,* iii, 73, 1; 80, 1 and 2.
9. See *Summa,* iii, 83, 5, ad 2.
10. St. John Chrysostom, *Homily XLVI,* 3.
11. From *The Rubaiyat of Omar Khayyam.*

### Chapter Thirteen Christ, Our Sacrifice and Our Supplement

1. See H. J. Schroeder, O.P., trans., *The Canons and Decrees of the Council of Trent* (repr., Rockford, Ill.: TAN Books, 1978), Twenty-Second Session, Chapters 1 and 2, 146–148.
2. 4 *Sent.* vii. in lit. (emphasis added).
3. *Mystici,* 82; the quoted words are from Mal. 1:11.
4. *Summa,* iii, 83, 4.
5. See *Summa,* iii, 63, 3.
6. Cyprian, *Ephesians* 63; n. 381; see also Epistle LXII, 9.
7. Pope Pius XI, *Miserentissimus Redemptor* (1928), 9.
8. *Summa,* iii, 79, 7.
9. *Summa,* iii, 79, 1.
10. *Summa,* iii, 22, 3, ad 2.
11. *Summa,* iii, 73, 5, ad 2.
12. *Miserentissimus,* 10.

### Chapter Fourteen The Will of God as the Food of Christ

1. Charles Louis Gay, *The Christian Life and Virtues Considered in the Religious State,* vol. 3, *On Abandonment* (London: Burns and Oates, 1879), 149–152. The whole conference is well worth reading.
2. St. Thomas Aquinas, *Expositio super Symbolo Apostolorum,* art. 10.
3. See *Summa,* iii, 48, 1.
4. See St. Thomas Aquinas, 4 *Sent.* xii, in lit.
5. *Summa,* iii, 69, 2 and 2, ad 1.
6. See St. Teresa, *Interior Castle,* "Second Mansion," chapter 1, 15, quoted in Tanquerey, 242.

### Chapter Fifteen Union with Christ through Abandonment

1. *Summa,* i-ii ae; 114, 4.
2. Pope Pius XI, Apostolic constitution *Umbratilem* (1924), 12; see also *Rerum Ecclesiae.*
3. *Expositio,* art. 10.
4. See St. Thomas Aquinas, *Lectures on the Epistle to the Romans,* Lecture 3

Case 3:16-cv-00695-FDW-DCK   Document 94-28   Filed 11/14/18   Page 4 of 9

on chapter 8, n. 635; St. Francis de Sales, *Treatise on the Love of God,* Henry Benedict Mickey, O.S.B., trans. (repr., Rockford, Ill., TAN Books, 1997), VII, viii, 304–306.

5. See Gay, *On Abandonment.*

## Chapter Sixteen Union with Christ in Our Neighbor

1. See the Breviary, Feast of St. John.
2. St. Thomas Aquinas, 3 *Sent.,* xxix, 7.
3. Thomas à Kempis, *The Imitation of Christ,* Richard Challoner, trans. (repr., Charlotte, N.C.: TAN Books, 2011), Bk. I, chap. 15, 38.
4. It is reported that during the fourth apparition of Our Lady of Fatima, at Valinhos, on August 19, 1917, she exhorted the children in the following words: "Pray, pray very much; sacrifice yourselves for sinners. Remember that many souls are lost because there is nobody to pray and to make sacrifices for them."

    Previously, on July 13th, she had told them: "Sacrifice yourselves for sinners. Say often, especially when you make sacrifices, 'Oh, Jesus, it is for love of You, for the conversion of sinners and in reparation for the sins committed against the Immaculate Heart of Mary.'"
5. Fr. Raoul Plus, S.J., in the book *Consummata: Maria-Antoinette de Geuser, Her Life and Letters* (London: Burns, Oates, and Washbourne, 1931), has given an account of the life of a young Frenchwoman, whose story will show what can be done in the lay state. It is not everyone who has the same vocation, but most readers will find light and encouragement in her words.
6. St. Francis de Sales, *An Introduction to the Devout Life* (repr., Charlotte, N.C., TAN Books, 2010).
7. *Imitation of Christ,* Bk. III, chap. 42, 257; emphasis added.
8. See Fr. Henry Petitot, O.P., *St. Thérèse of Lisieux: A Spiritual Renascence* (London: Burns, Oates & Washbourne, 1927).
9. St. Augustine, *Epistola ad Parthos,* 10; P.L. 35, 2060.
10. Isaac of Stella, *Sermons,* 51: P.L. 194, 1863.

## Chapter Seventeen Union with Christ through Humility

1. Humbert Clerissac, *The Mystery of the Church* (New York: Sheed & Ward, 1937), Introduction, xxvi.
2. See *Imitation of Christ,* Bk. IV, chap. 8; 356–57.
3. See Discourse of Pope Benedict XXV, Aug. 14, 1921.
4. See Mgsr. Auguste Pierre Laveille, *St. Thérèse de l'Enfant Jesus* (London:

Case 3:16-cv-00695-FDW-DCK   Document 94-28   Filed 11/14/18   Page 5 of 9

      Burns and Oates, 1928), chapter 12.

5. Laveille, 305 and following.
6. St. Thérèse, Sixth letter to S. M. du Sacré Coeur.
7. St. Thérèse, *Story of a Soul,* chapter 11.
8. See Deodatus de Wilde, O.C.R., *De Beato Guerrico* (Typis Abbatiae, 1935).

### Chapter Eighteen Christ's Life-Giving Cross

1. Prat, I, 222.
2. Prat, I, 222.
3. The Latin text is full of significance: *dedit omnia sua.*
4. See *Miserentissimus.*
5. *Editor's note:* This seems to be an adaptation of Faber's words that Boylan probably found in a footnote in Gay, vol. 3, *On Christian Suffering,* 103. Perhaps Gay had translated the original Faber text into French, and that translation was here rendered again in English, without reference to the original, by Gay's translator. The original text of Faber is quite striking; it reads: "Nothing thickens life so much as sorrow. Nothing precipitates the great work of experience as it does. Nothing endows our nature with more magnificent accessions of power. A life of joy is, for the most part, thin and shallow. Few heroisms can be manufactured out of gladness, though it also has its sunny depths which are full of God. But sorrow is the making of saints, the very process of the transmutation of drossy earth into purest heaven." See Frederick William Faber, *The Foot of the Cross* (repr., Rockford, Ill.: TAN Books, 1978), 306.
6. St. Bernard, *Serm. de S. Andrea.*
7. See Breviary, Nov. 30.
8. Jean Pierre de Caussade, S.J., *Letters on the Practice of Abandonment to Divine Providence,* Book IV, Letter 12, 2. [De Caussade refers here to an insight of Archbishop François Fenelon. This quote appears, in a different translation, in Jean Pierre de Caussade, S.J., *Self-Abandonment to Divine Providence, and Letters of Father de Caussade on the Practice of Self-Abandonment* (repr., Rockford, Ill.: TAN Books, 1987).]

### Chapter Nineteen Union with Christ in Prayer

1. See Fr. Eugene Boylan, O.C.R., *Difficulties in Mental Prayer.* See also Jean Pierre de Caussade, S.J., *On Prayer: Spiritual Instructions on the Various States of Prayer According to the Doctrine of Bossuet, Bishop of Meaux* (repr., Whitefish, Montana: Kessinger Publishing, 2010).

2. *St. John of the Cross: Doctor of Divine Love and Contemplation* (Dublin, Ireland: Mercier, 1946), which includes the work on *Acquired Contemplation*.
3. *Spiritual Canticle,* S. xiv. 2.
4. *Ascent,* I, c. xi, 3; II, c. v, 3.
5. *Ascent,* III, c. i, 6.
6. *Ascent,* Prol., 8, 9.
7. See St. Francis de Sales, *Treatise on the Love of God,* Henry Benedict Mackey, O.S.B., trans. (repr., Rockford, Ill.: TAN Books, 1997), 263–264.
8. See Gabriel, 99.

## Chapter Twenty Confidence in Christ

1. *Spiritual Canticle,* S. 38 (Lewis' translation).
2. *Spiritual Canticle,* S. 38.
3. Gabriel, 20.
4. Pope Pius XI, *Casti connubii* (1930), 23.
5. Louis Lallemant, S.J., *The Spiritual Doctrine of Father Louis Lallemant,* Frederick William Faber, ed. (London: Burns & Lambert, 1855), 27.
6. *Spiritual Canticle,* S. xxviii, note.
7. [*Editor's note:* Latin for "dying, not speaking." The Mass for the Feast of the Holy Innocents says: *Deus, cuius hodierna die praeconium Innocentes Martyres non loquendo, sed moriendo confessi sunt. . .*: "God, whose praise the martyred innocents rendered this day not by speaking, but by dying…"]
8. *Summa,* ii-ii, 24, 3.
9. See *Summa,* ii-ii, 24, 3, ad 1.
10. See *Summa,* ii-ii, 24, 7.

## Chapter Twenty One Marriage and Holiness

1. *Casti connubii,* 23.
2. *Casti connubii,* 7.
3. *Casti connubii,* 27. [*Editor's note:* The author's points in this paragraph are a summary of those appearing in this paragraph of the encyclical.]

## Chapter Twenty Two Mary, the Mother of the Whole Christ

1. *In Ps.,* 39:2.
2. *In Ps.,* 129.
3. *In Ps.,* 85.

4. *In Ps.,* 90:2.

5. Pope Leo XIII, *Octobri mense* (1891), 5.

6. *Ad diem illum laetissimum,* 10.

7. Pope Leo XIII, *Quamquampluries* (1899), 3.

8. Pope Leo XIII, *Iucunda semper expectatione* (1894), 3.

9. *Adiutricempopuli,* 6.

10. Pope Leo XIII, *Amantissima voluntatis* (1895).

11. *Adiutricem populi,* 27.

12. *Iucunda semper,* 3.

13. See *Summa* iii, 30, 1.

14. Pope Benedict XV, *Inter Sodalicia* (1918).

15. *Ad diem illum,* 14. *Note:* There is a difference between merit *de condigno* and merit *de congruo.* The former is based on justice and presupposes some equality between the work and the reward, or some promise by God; the second is rather a claim in equity, based on God's goodness; there is no question of strict justice. A soldier merits his pay *de condigno,* but has a claim to a Distinguished Service Cross only *de congruo.*

16. *Adiutricem populi,* 7.

17. *Adiutricem populi,* 8.

18. *Octobri mense,* 4.

19. *Iucunda semper,* 5.

20. Pope Leo XIII, *Diuturni temporis* (1898), 1.

21. *Iucunda semper,* 11.

22. *Ad diem illum,* 5, 8.

23. [*Editor's note:* St. Louis de Montfort was canonized on July 20, 1947, by Pope Pius XII, who spoke of the "precious heritage" the saint had left to the Church.]

24. See St. Louis de Montfort, *True Devotion to Mary,* Frederick Willliam Faber, trans. (repr., Charlotte, N.C.: TAN Books, 2010) and *The Secret of Mary* (repr., Rockford, Ill.: TAN Books, 1998).

25. St. Augustine, *De sancta virginitate,* 5.

## Chapter Twenty Three Christ, Our Tremendous Lover

1. St. Augustine, *Epistola ad Parthos,* 70.

2. Clerissac, xxvi.

3. See *Acta Apostolicae Sedis* (A.A.S.), I, vi, 28.

4. *Miserentissimus,* 12.

5. See Jean V. Bainvel, *Devotion to the Sacred Heart; The Doctrine and Its History,* E. Leahy, trans. (New York: Benziger Brothers, 1919). [For a

recent edition of a classic work on this subject, see also Fr. Jean Croiset, S.J., *Devotion to the Sacred Heart of Jesus: How to Practice the Sacred Heart Devotion,* Patrick O'Connell, trans. (repr., Charlotte, N.C.: TAN Books, 2010). This portion of the saint's conversation with Our Lord appears in Croiset.]

6. *Miserentissimus,* 10–11.
7. *Miserentissimus,* 13.
8. [*Editor's note:* The author's original text incorrectly referred to this document as an encyclical of June 28, 1898, but there is no such encyclical. He was probably referring instead to the decree of Pius XIII on June 28, 1889, raising the Feast of the Sacred Heart to the highest rank, Double of the First Class. See the encyclical of Pius XIII on consecration to the Sacred Heart, *Annum sacrum,* 2.]
9. St. John Chrysostom, *In 1 Tim.,* Hom. 15.
10. St. Bernard, *On the Love of God,* I.
11. *On the Love of God,* VII.
12. St. Bernard, *Sermon on the Cant.,* 83. Translation by Fr. Ailbe Luddy, O.C.R.
13. William of Thierry, *De contemplando Deo.*
14. Emile Mersch, *The Whole Christ; The Historical Development of the Doctrine of the Mystical Body in Scripture and Tradition,* M.V. Kelly, trans. (Milwaukee: Bruce, 1936), 446.
15. From *The Rubaiyat of Omar Khayyam.*

## Chapter Twenty Four One Christ Loving Himself

1. From Francis Thompson, "The Hound of Heaven."
2. From "The Hound of Heaven."
3. St. Thomas Aquinas, *In Epist. ad Rom.,* 12:12
4. St. Augustine, *In Ioh.,* 108.