Copyrighted Material

Spread the Faith with . . .

# TAN·BOOKS
A Division of Saint Benedict Press, LLC

TAN books are powerful tools for evangelization. They lift the mind to God and change lives. Millions of readers have found in TAN books and booklets an effective way to teach and defend the Faith, soften hearts, and grow in prayer and holiness of life.

Throughout history the faithful have distributed Catholic literature and sacramentals to save souls. St. Francis de Sales passed out his own pamphlets to win back those who had abandoned the Faith. Countless others have distributed the Miraculous Medal to prompt conversions and inspire deeper devotion to God. Our customers use TAN books in that same spirit.

If you have been helped by this or another TAN title, share it with others. Become a TAN Missionary and share our life changing books and booklets with your family, friends and community. We'll help by providing special discounts for books and booklets purchased in quantity for purposes of evangelization. Write or call us for additional details.

TAN Books
Attn: TAN Missionaries Department
PO Box 410487
Charlotte, NC 28241

Toll-free (800) 437-5876
missionaries@TANBooks.com

Copyrighted Material

Copyrighted Material

TAN · BOOKS

TAN Books was founded in 1967 to preserve the spiritual, intellectual and liturgical traditions of the Catholic Church. At a critical moment in history TAN kept alive the great classics of the Faith and drew many to the Church. In 2008 TAN was acquired by Saint Benedict Press. Today TAN continues its mission to a new generation of readers.

From its earliest days TAN has published a range of booklets that teach and defend the Faith. Through partnerships with organizations, apostolates, and mission-minded individuals, well over 10 million TAN booklets have been distributed.

More recently, TAN has expanded its publishing with the launch of Catholic calendars and daily planners—as well as Bibles, fiction, and multimedia products through its sister imprints Catholic Courses (CatholicCourses.com) and Saint Benedict Press (SaintBenedictPress.com).

Today TAN publishes over 500 titles in the areas of theology, prayer, devotions, doctrine, Church history, and the lives of the saints. TAN books are published in multiple languages and found throughout the world in schools, parishes, bookstores and homes.

For a free catalog, visit us online at
TANBooks.com

Or call us toll-free at
(800) 437-5876

Copyrighted Material