Copyrighted Material

CUM PERMISSU SUPERIORUM

Nihil Obstat:     Josephus Rogers
                  *Censor Theol. Deputatus*

Imprimi Potest:    ✠ Michael
                  *Ep. Laonensis*
                  die 23 Julii, 1946

TAN edition copyright © 2013 TAN Books.

This book was first published in the United Kingdom in 1946 and in the U.S. in 1947. The TAN edition has been re-typeset, with revisions, using the 1957 edition published by The Newman Press, Westminster, Maryland. The revisions include updating of diction, punctuation, and spelling, along with the correction of occasional errors in typography, spelling, grammar, syntax, diction, and factual information. Scripture citations, which appeared in footnotes in the original, have been inserted into the body of the text. The author's use of the Douay-Rheims Version for such quotations has been retained. Many of the original notes referring to non-biblical texts (which remain as footnotes) contained errors or were incomplete. As far as possible, the errors have been corrected and the missing information has been supplied. In addition, some new notes have been added for clarity or to provide additional information for the contemporary reader.

Foreword by Sister Joseph Andrew Bogdanowicz, O.P., and "A Modern Classic" by Paul Thigpen copyright © 2013 TAN Books.

All rights reserved. With the exception of short excerpts used in articles and critical reviews, no part of this work may be reproduced, transmitted, or stored in any form whatsoever, printed or electronic, without the prior written permission of the publisher.

Cover image: *The Good Shepherd* (oil on canvas), Champaigne, Philippe de (1602–1674). Musée des Beaux-Arts, Lille, France. Giraudon. The Bridgeman Art Library.

ISBN: 978-0-9675978-2-9

Cataloging-in-Publication data on file with the Library of Congress.

Printed and bound in the United States of America.

TAN Books
Charlotte, North Carolina
www.TANBooks.com
2013

Copyrighted Material