# Paul Kejik - Baronius Press

**From:** Kobo <noreply@kobo.com>
**Sent:** 09 July 2018 10:35
**To:** pk@baroniuspress.com
**Subject:** Your Kobo Order Receipt for 10 items

# Rakuten kobo

## Thank you!

Hello,

Thank you for your recent purchase from Kobo. We've added your item(s) listed below to this account: **pk@baroniuspress.com**.

We've also awarded your Kobo Super Points for this purchase. To keep track of your points, visit your Kobo Super Points Dashboard. Please allow up to 24 hours for your balance to update.

We hope you enjoyed shopping with us, and we look forward to your next visit!

Sincerely,
Kobo

### ORDER SUMMARY

| | ITEM | STATUS | PRICE |
|---|---|---|---|
| 1 | Holy Abandonment
*By: Vitalis Rt. Rev. Abbot Dom Lehodey, O.C....* | In Library | $3.69 |
| 2 | A Catholic Dictionary
*By: Donald Attwater* | In Library | $8.69 |
| 3 | Mother of the Saviour
*By: Rev. Fr. Reginald Garrigou-Lagrange O.P.* | In Library | $8.69 |

Case 3:16-cv-00695-FDW-DCK   Document 94-32   Filed 11/14/18   Page 1 of 4

| # | Title | Status | Price |
|---|-------|--------|-------|
| 4 | This Tremendous Lover<br>*By: Eugene Dom Boylan, O.C.R.* | In Library | $6.29 |
| 5 | Christian Perfection and Contemplation<br>*By: Reginald Rev. Fr. Garrigou-Lagrange, O.P...* | In Library | $8.69 |
| 6 | Predestination<br>*By: Reginald Rev. Fr. Garrigou-Lagrange, O.P...* | In Library | $8.69 |
| 7 | Providence<br>*By: Reginald Rev. Fr. Garrigou-Lagrange, O.P...* | In Library | $8.69 |
| 8 | Our Saviour and His Love for Us<br>*By: Reginald Rev. Fr. Garrigou-Lagrange, O.P...* | In Library | $8.69 |
| 9 | Life Everlasting<br>*By: Rev. Fr. Reginald Garrigou-Lagrange O.P.* | In Library | $8.69 |
| 10 | The Three Conversions in the Spiritual L...<br>*By: Rev. Fr. Reginald Garrigou-Lagrange O.P.* | In Library | $4.99 |

**PAYMENT METHOD:**
Grand Total: $75.80
Receipt Number: 900788140
Billed To: PayPalExpress

| | |
|---|---|
| SUBTOTAL | $80.80 |
| State Sales/Use | $0.00 |
| **PROMO CODE** | **$5.00** |
| **GRAND TOTAL** | **$75.80** |

**WHAT NEXT?**

..................................



Need some help updating your library? *Learn how to sync your Kobo eReader or Kobo eBooks app*.
If you don't see your new book(s) after updating your Library, *try these troubleshooting tips*.

---

## Download the free Kobo App

*iOS*      *Android*      *Windows*

YOUR ACCOUNT

Sign in to see your Purchase History:
https://secure.kobobooks.com/profile/purchasehistory
Manage your billing information in your Account Settings:
https://secure.kobobooks.com/profile

Thank you once again for reading and shopping at Kobo!

TERMS OF SALE

For more information on the terms of your purchase, visit:
https://www.kobo.com/termsOfSales

| | |
|---|---|
| Follow Us | www.facebook.com/kobo<br>twitter.com/kobo<br>blog.kobobooks.com |
| Questions or Contact Us | Visit www.kobo.com/help |
| Privacy | Your security is important to us and we take great measures to protect your personal information. For details, see our **Privacy Policy** |
| Email Confirmation | As part of your account we reserve the right to send you important account related emails. |