TAN·BOOKS

BOOKS | BIBLES | COURSES | KIDS | IMPRINTS

All    SEARCH

# This Tremendous Lover: The Beloved Spiritual Classic on God's Pursuit of the Soul



Dom Eugene Boylan, O.C.R.

See other Dom Eugene Boylan, O.C.R. Titles

 8 Reviews    Add Your Review

Email to a Friend

Availability: **In stock**

| Image | Product Name | Price | Qty |
|---|---|---|---|
|  | This Tremendous Lover (Paperbound) Sku: 2380 | $16.95 | 0 |
|  | This Tremendous Lover (eBook) Sku: TE7843 | $6.98 | 0 |

ADD TO CART

**IMPRINT**

- American Chesterton Society
- Basilica Press
- Catholic Courses
- Catholic Scripture Study International
- Confraternity of the Precious Blood
- Neumann Press
- Saint Benedict Press
- TAN Books

**RELATED PRODUCTS**

Check items to add to the cart or select all

 Manual for Euch...
Poor Clares of Perpetual Adoration, St. Joseph
$29.95
Add to Wishlist

 Conversation wi...
Peter Thomas Rohrbach
$16.95
Add to Wishlist

Uniformity with...
St. Alphonsus Liguori
$3.00
As low as: $1.75
Add to Wishlist

 The Soul of the...
Dom Jean-Baptiste Chautard, O.C.S.O.
$16.95
Add to Wishlist

The Autobiograp...
St. Margaret Mary Alacoque
$12.95
Add to Wishlist

For nearly sixty years, Catholics have found in this remarkable spiritual classic a profound guide to living in Christ. Dom Mary Eugene Boylan, O.C.R., was an Irish priest and Trappist monk whose writings drew from his extensive experience as a confessor, spiritual director, and retreat master.

In *This Tremendous Lover*, first published in 1946, he offers a compelling view of the spiritual life grounded in a vision of the Mystical Body of Christ.

**Product Description** | About the Author | Product Details | Reviews (8) | Related Products

For nearly sixty years, Catholics have found in this remarkable spiritual classic a profound guide to living in Christ. Dom Mary Eugene Boylan, O.C.R., was an Irish priest and Trappist monk whose writings drew from his extensive experience as a confessor, spiritual director, and retreat master.

In *This Tremendous Lover*, first published in 1946, he offers a compelling view of the spiritual life grounded in a vision of the Mystical Body of Christ.

The author draws us into what he calls the love story of God and man. With rare clarity and consistency, he lays out a practical program of humility, charity, and abandonment to the will of God. Addressing a variety of spiritual topics— prayer, the Sacraments, spiritual reading, loving our neighbor, marriage, and much more— he shows how all these aspects of Christian life converge in God's great work of redemption.

Once one has caught a glimpse of the meaning of God's plan to restore all things in Christ, Dom Boylan teaches, one has the key, not only to the whole history of the universe, but also to the history and destiny of one's own soul. All the details of the spiritual life fall into their proper perspective, and the quest of perfection is seen to be both possible and reasonable for every Christian.

This new edition of Dom Boylan's beloved spiritual work, with new introductory essays and revised and expanded notes, promises to fulfill once again the author's stated purpose for writing it: to foster the development of union with God in the lives of the faithful.

---

**Find Us on Facebook**
TAN Books

**Follow Us on Twitter**
@TANBooks

**Satisfaction Guaranteed**
Free Returns & Exchanges

**SIGN UP** FOR NEWS AND OFFERS
Make sure you dont miss interesting happenings by joining our newsletter program.

SUBSCRIBE

**IMPRINTS**
- Catholic Courses
- CSS International
- Confraternity
- Neumann Press
- Saint Benedict Press
- TAN Books

**INFORMATION**
- About Us
- Careers
- Catalog Request
- Shipping Rates
- Privacy Policy
- Search Terms
- Return Policy
- eBook Instructions
- Site Map
- Submission Guidelines

**MY ACCOUNT**
- Sign In
- View Cart
- My Wishlist
- Check out
- Track My Order
- Contact us

**CONTACT US**
Address: PO Box 410487
Charlotte, NC 28241
CustomerService@TANBooks.com
Phone: (800) 437-5876 or 704-731-0651
Fax: (815) 226-7770
Hours: 8-5:00 ET, Mon-Fri.

© 2016 Saint Benedict Press LLC. All Rights Reserved.

 







| The Luminaries | The 100-Year-Old M... | All the Light We Can... | The Spiritual Exercis... | Meister |
| --- | --- | --- | --- | --- |
| Eleanor Catton | Jonas Jonasson | Anthony Doerr | St. Ignatius of Loyola | Meister |
| ★★★★☆ | ★★★★☆ | ★★★★½ | ★★★★☆ | ★★★ |
| $8.99 | $9.99 | $12.99 | $0.99 | $0.99 |

## Ratings and Reviews (0)

Overall rating

**5.0 out of 5**

 (3)

| 5 STARS | 3 |
| --- | --- |
| 4 STARS | 0 |
| 3 STARS | 0 |
| 2 STARS | 0 |
| 1 STARS | 0 |

**Be the first to review this book!**

Write your review

## eBook Details

TAN Books
Release Date: September 1, 2013
Imprint: TAN Books
ISBN: 9780967597836
Language: English
Download options: EPUB 2 (Adobe DRM)

You can read this item using any of the following Kobo apps and devices:

| DESKTOP | eREADERS | TABLETS | IOS | ANDROID | BLACKBERRY | WINDOWS |

### All about Rakuten Kobo —

About Rakuten Kobo

Our Company

Management Team

eRecycling Program

Free Apps