

LOOK INSIDE! | Kindle Book | Print Book | Zoom − Zoom + | Feedback | Help | Expanded View | Close

The Cure D'Ars : St. Jean-Marie-Baptiste Vian... (Paperback)
by Francois Trochu, Dom Ernest Graf O.S.B.

 (41)
Paperback $22.55
Add to Cart
Want it **Monday, July 9**? Order within **8 hrs 27 mins** and choose **One-Day Shipping**.
30 used & new from **$15.98**
Want it now? Read eBook of this title with our free app.

**Book sections**
Front Cover
Copyright
Table of Contents
First Pages
Index
Back Cover
Surprise Me!

**Search Inside This Book**

**Your Browsing History**
You have no books in your browsing history
> Edit your book history

**Customers Also Bought**
Page 1 of 1


The Sermons of the...
by Jean Baptiste Marie...
 (46) $16.95
Look Inside This Book


St. Bernadette...
by Francois Trochu
 (69) $21.33
Look Inside This Book


The Little...
by Jean-Marie Baptiste...
 (13) $11.30
Look Inside This Book


In Sinu Jesu: When...
by A Benedictine Monk
 (81) $17.96
Look Inside This Book


The Power of...
by Robert Sarah,...
 (255) $14.47
Look Inside This Book


Deliverance...
by Fr. Chad A...
 (86) $13.46
Look Inside This Book


God or Nothing: A...
by Cardinal Robert...
 (197) $11.99
Look Inside This Book


The Cure of Ars:...
by Milton Lomask,...
 (11) $9.56
Look Inside This Book

The Chaplet of...
by A Benedictine Monk
 (1) $8.95
Look Inside This Book

Copyrighted Material



### More Great Titles From TAN·BOOKS



**Meet the 102 Saints whose bodies point toward everlasting life**

Joan Carroll Cruz

God sometimes intervenes to preserve the bodies of departed saints from the normal process of decomposition. Read the remarkable stories of 102 of these Incorruptibles — whose preservation witnesses to their holiness and to our eternal life in Christ.

978-0-89555-066-8 • *Paperbound*



**Miraculous Images of Our Lady**
Joan Carroll Cruz
100 true stories of approved miraculous images.
978-0-89555-484-0
*Paperbound*



**Prayers and Heavenly Promises**
Joan Carroll Cruz
Unique little book of powerful prayers and devotions.
978-0-89555-397-3
*Paperbound*



**Mysteries, Marvels and Miracles**
Joan Carroll Cruz
Hundreds of true stories of miraculous phenomena.
978-0-89555-541-0
*Paperbound*

TANBooks.com • (800) 437-5876

Copyrighted Material

