| | BOOKS | BIBLES | COURSES | CALENDARS | KIDS | IMPRINTS | All | S |



# The Curé d'Ars: St. Jean-Marie-Baptiste Vianney

Abbe Francois Trochu

See other TAN Books Titles
See other Abbe Francois Trochu Titles
Email to a Friend

Availability: **In stock**

Qty: 1

$29.95

The definitive life, based on the official "Process of Beatification and Canonization," and thus totally factual and documented. Of humble education and assigned to a forgotten farmers' village, he attracted the whole world to Ars and was proclaimed "Patron Saint of Parish Priests" in 1929. He ate one meal a day, slept only a few hours a night, heard confessions up to 17 hours a day, converted thousands. His body remains incorrupt. A grace-filled story of total love of God!



Product Description | About the Author | Product Details | Reviews (0)

The definitive life, based on the official "Process of Beatification and Canonization," and thus totally factual and documented. Of humble education and assigned to a forgotten farmers' village, he attracted the whole world to Ars and was proclaimed "Patron Saint of Parish Priests" in 1929. He ate one meal a day, slept only a few hours a night, heard confessions up to 17 hours a day, converted thousands. His body remains incorrupt. A grace-filled story of total love of God!

**IMPRINT**

American Chesterton Society

Basilica Press

Catholic Courses

Catholic Scripture Study International

Confraternity of the Precious Blood

Case 3:16-cv-00695-FDW-DCK   Document 94-36   Filed 11/14/18   Page 1 of 1