

Copyrighted Material

Imprimatur:

Cum Opus cui titulus: "The Life of the Curé d'Ars" lingua gallica conscriptum atque a R. P. D. Ernesto Graf Monasterii Buckfastriensis Monacho in linguam anglicam versum Censor a Nobis deputatus rite recognoverit, nihilque in eo contra fidem et mores reprehenderit, Nos, quantum ad Nos attinet, imprimi permittimus.

Datum ex Asceterio S. Specus, die 5 Maii, 1927.

D. BENEDICTUS GARIADOR, O.S.B.,
*Ab. gen.*
D. HIERONYMUS HAULER,
*Cons. a secr.*

Nihil Obstat: Innocentius Apap, O.P., S.T.M.
*Censor deputatus.*

Imprimatur: ✠ Edm. Can. Surmont
Vicar General
Westmonasterii, September 5, 1927

In conformity with the decrees of Urban VIII, we declare that in using the qualifications *holy, venerable,* or when we speak of *intuitions, prophecies, miracles, visions,* and other facts of the supernatural order we only follow the received practice of the faithful and have no intention of anticipating the judgement of the Church.

Originally published in 1927 by Burns Oates & Washbourne.

Reprinted by TAN Books in 1977 by arrangement with Burns & Oates, London. Retypeset by TAN Books in 2007.

ISBN: 978-0-89555-020-0

Cover design by Milo Persic, milo.persic@gmail.com.

The typography of this book is the property of TAN Books, and may not be reproduced, in whole or in part, without written permission from the Publisher.

Printed and bound in the United States of America.

TAN Books
Charlotte, North Carolina
www.TANBooks.com

2013

Copyrighted Material