

# A Catholic Dictionary

Rev. Fr. Donald Attwater

See other TAN Books Titles
See other Rev. Fr. Donald Attwater Titles

0 Review | Add Your Review

Email to a Friend

Availability: **In stock**

Qty: 1

$29.95

ADD TO CART

Buy eBook from amazon.com · Buy eBook from BARNES & NOBLE

A Catholic Dictionary is on of the most valuable Catholic books ever published and is a goldmine of information with over 5,000 entries explained briefly, clearly and authoritatively, all in an easy to use format. This famous book focuses on the essentials of each topic, giving facts, definitions and the Church's traditional teaching, making clear distinctions, without confusing the issues with speculation, trendy opinions, compromise of dissent. This book went through several editions starting in 1931 and continuing through 1961. Entries and topics include: Celibacy of the Clergy; Islam; Byzantine Rite; Infallibility; Hair shirt; Halo; Capitol Punishment; Just Price; Sin against the Holy Ghost; Contemplation; Democracy; Heresy; Devil; Consecration at Mass; Conscience; Rights of Animals; Invocation of the Saints; Paganism.

## IMPRINT

- American Chesterton Society
- Basilica Press
- Catholic Courses
- Catholic Scripture Study International
- Confraternity of the Precious Blood
- Neumann Press
- Saint Benedict Press
- TAN Books

Product Description | About the Author | Product Details | Reviews (0)

A Catholic Dictionary is on of the most valuable Catholic books ever published and is a goldmine of information with over 5,000 entries explained briefly, clearly and authoritatively, all in an easy to use format. This famous book focuses on the essentials of each topic, giving facts, definitions and the Church's traditional teaching, making clear distinctions, without confusing the issues with speculation, trendy opinions, compromise of dissent. This book went through several editions starting in 1931 and continuing through 1961. Entries and topics include: Celibacy of the Clergy; Islam; Byzantine Rite; Infallibility; Hair shirt; Halo; Capitol Punishment; Just Price; Sin against the Holy Ghost; Contemplation; Democracy; Heresy; Devil; Consecration at Mass; Conscience; Rights of Animals; Invocation of the Saints; Paganism.





Rakuten kobo

Home / eBooks / Nonfiction / A Catholic Dictionary

A CATHOLIC DICTIONARY
DONALD ATTWATER
General Editor
Preview Now
Save Preview
Buy the eBook
List Price $9.99 USD
Your price $8.69 USD
Add to cart
Buy Now
Add to Wishlist
Or, get it for 4800 Kobo Super Points!
See if you have enough points for this item. Sign in

(0)

# A Catholic Dictionary

by Donald Attwater

## Synopsis

A Catholic Dictionary is on of the most valuable Catholic books ever published and is a goldmine of information with over 5,000 entries explained briefly, clearly and authoritatively, all in an easy to use format. This famous book focuses on the essentials of each topic, giving facts, definitions and the Church's traditional teaching, making clear distinctions, without confusing the issues with speculation, trendy opinions, compromise of dissent. This book went through several editions starting in 1931 and continuing through 1961. Entries and topics include: Celibacy of the Clergy; Islam; Byzantine Rite; Infallibility; Hair shirt; Halo; Capitol Punishment; Just Price; Sin against the Holy Ghost; Contemplation; Democracy; Heresy; Devil; Consecration at Mass; Conscience; Rights of Animals; Invocation of the Saints; Paganism.

## Related Titles

 

Rakuten kobo

Lives of the Saints
Rev. Fr. Alban Butler

**$8.09**

The Cathars
Sean Martin

**$9.89**

The Penguin History ...
Henry Chadwick

**$13.19**

## Ratings and Reviews (0)

Overall rating

No ratings yet

☆ ☆ ☆ ☆ ☆ (0)

| | |
|---|---|
| 5 STARS | 0 |
| 4 STARS | 0 |
| 3 STARS | 0 |
| 2 STARS | 0 |
| 1 STARS | 0 |

Be the first to rate and review this book!

**Write your review**

### eBook Details

TAN Books
Release Date: September 1, 1997
Imprint: TAN Books
ISBN: 9781505107456
Language: English
Download options: EPUB 2 (Adobe DRM)

You can read this item using any of the following Kobo apps and devices:

DESKTOP

eREADERS

TABLETS

IOS

ANDROID

BLACKBERRY

WINDOWS