# TAN·BOOKS

BOOKS | BIBLES | COURSES | KIDS | IMPRINTS | Search



## Holy Abandonment

Rt. Rev. Abbot Dom Vitalis Lehodey, O.C.R.

See other TAN Books Titles
See other Rt. Rev. Abbot Dom Vitalis Lehodey, O.C.R. Titles

0 Review | Add Your Review

Email to a Friend

Availability: **In stock**

Qty: 1

$22.95

 ADD TO CART

 

Buy eBook from amazon.com | Buy eBook from BARNES & NOBLE

***Holy Abandonment*** is a profound, soul-stirring restatement of the theology of self-abandonment to Divine Providence. Key to this powerful devotional practice as Dom Vitalis Lehodey points out is the realization that all whatsoever happens to us in this life either has been allowed to happen by Almighty God, or He has sent to us directly as some kind of special cross or lesson or chastisement.

### IMPRINT

- American Chesterton Society
- Basilica Press
- Catholic Courses
- Catholic Scripture Study International
- Confraternity of the Precious Blood
- Neumann Press
- Saint Benedict Press
- TAN Books



---

**Product Description** | About the Author | Product Details | Reviews (0)

***Holy Abandonment*** is a profound, soul-stirring restatement of the theology of self-abandonment to Divine Providence. Key to this powerful devotional practice as Dom Vitalis Lehodey points out is the realization that all whatsoever happens to us in this life either has been allowed to happen by Almighty God, or He has sent to us directly as some kind of special cross or lesson or chastisement.

The author—who also wrote the comprehensive ***The Ways of Mental Prayer***—cites many famous Catholic writers in what is probably the most thorough study of holy abandonment. Or conformity to God s Holy Will. That has yet appeared in English. Point after point is covered by numerous poignant examples from the lives of the Saints and from passages from noted writers on the subject. He distinguishes between the Signified Will of God and His Will of Good Pleasure. The Abbot of Bricquebec also discusses the meaning of abandonment, the role of prudence on our part, how our desires and petitions and efforts fit into the picture, the role of suffering and self-oblation, the nature of detachment, faith and confidence in Divine Providence, abandonment in temporal things, abandonment in external things, health and sickness, reputation, humiliations, persecutions, failures, darkness of mind, insensibility, disgust, impotence of will, spiritual poverty, peace, fear of God, simplicity and liberty, constancy, joy and a number of other similar topics. Holy abandonment has nothing to do with fatalism or personal inertia, he says, but entails our constant, intelligent, loving union with God s Holy Will.

Do you see how we ought to measure our humility? he quotes St. Francis de Sales. By obedience. If you obey with promptitude, sincerity and joy, you are truly humble. For without humility, it is impossible to have true obedience. Obedience requires us to be submissive, and he that is truly humble renders himself inferior and subject to every creature for the love of Jesus Christ. Such is the caliber of Dom Vitalis Lehodey s ***Holy Abandonment***—a work of the first order, one that makes life-long devotees, and a book that will form the reader as a true follower of Jesus Christ and His holy Mother, who as our principal Father s Holy Will in all things, which is the main lesson in life we all need to learn.

---

### Find Us on Facebook

TANBooks

### SIGN UP FOR NEWS AND OFFERS

Make sure you dont miss interesting happenings by joining our newsletter program.

[email field] SUBSCRIBE

   

Home / eBooks / Nonfiction / Holy Abandonment



Preview Now

Save Preview

(0)

# Holy Abandonment

by Vitalis Rt. Rev. Abbot Dom Lehodey, O.C.R.

## Buy the eBook

List Price ~~$9.99~~ USD
Your price **$8.69** USD

**Add to cart**

**Buy Now**

**Add to Wishlist**

Or, get it for 4800 Kobo Super Points!

See if you have enough points for this item. Sign in

## Synopsis

Holy Abandonment is a profound, soul-stirring restatement of the theology of self-abandonment to Divine Providence. Key to this powerful devotional practice as Dom Vitalis Lehodey points out is the realization that all whatsoever happens to us in this life either has been allowed to happen by Almighty God, or He has sent to us directly as some kind of special cross or lesson or chastisement. The author—who also wrote the comprehensive The Ways of Mental Prayer—cites many famous Catholic writers in what is probably the most thorough study of "holy abandonment," or "conformity to God's Holy Will," that has yet appeared in English. Point after point is covered by numerous poignant examples from the lives of the Saints and from passages from noted writers on the subject. He distinguishes between the Signified Will of God and His Will of Good Pleasure. The Abbot of Bricquebec also discusses the meaning of abandonment, the role of prudence on our part, how our desires and petitions and efforts fir into the picture, the role of suffering and self-oblation, the nature of detachment, faith and confidence in Divine Providence, abandonment in temporal things, abandonment in external things, health and sickness, reputation, humiliations, persecutions, failures, darkness

## About this book

 **577** Pages      **13 - 14** Hours to read      **168k** Total words

### Related Titles

 **Rakuten kobo**  

    

| The Story of a Soul: ... | The Way of Perfection | The Spiritual Exercis... | Introduction to the ... | The Writ... |
|---|---|---|---|---|
| Saint Therese of Lisi... | St. Teresa of Avila | St. Ignatius of Loyola | St. Francis de Sales | St. Cathe... |
| ★★★★★ | ★★★★★ | ★★★★☆ | ★★★★★ | ★★★☆☆ |
| $0.99 | $0.99 | $0.99 | $0.99 | $0.99 |

## More By This Author



The Ways of Mental ...
Rt. Rev. Abbot Dom ...

$8.69

## Ratings and Reviews (0)

**Overall rating**

**No ratings yet**

☆ ☆ ☆ ☆ ☆ (0)

| 5 STARS | 0 |
| 4 STARS | 0 |
| 3 STARS | 0 |
| 2 STARS | 0 |
| 1 STARS | 0 |

**Be the first to rate and review this book!**

[ Write your review ]

## eBook Details

TAN Books
Release Date: July 1, 2004
Imprint: TAN Books
ISBN: 9781505103649