

# Final Details for Order #111-4968352-4756256
Print this page for your records.

**Order Placed:** November 20, 2017
**Amazon.com order number:** 111-4968352-4756256
**Order Total:** $121.25

## Shipped on November 21, 2017

| Items Ordered | Price |
|---|---|
| 1 of: *Life Everlasting and the Immensity of the Soul: A Theological Treatise on the Four Last Things: Death, Judgment, Heaven, Hell*, Reginald Garrigou-Lagrange<br>Sold by: Amazon.com Services, Inc.<br><br>Condition: New | $18.94 |
| 1 of: *Our Saviour and His Love for Us: Catholic Doctrine on the Interior Life of Christ as it Relates to Our Own Interior Life*, Reginald Garrigou-Lagrange<br>Sold by: Amazon.com Services, Inc.<br><br>Condition: New | $21.34 |
| 1 of: *The Priest In Union With Christ*, Reginald Garrigou-Lagrange<br>Sold by: Amazon.com Services, Inc.<br><br>Condition: New | $18.95 |

**Shipping Address:**
Pavel Kejik - Guest - Arrival Sat 25 Nov
HILTON CHARLOTTE CENTER CITY
222 E 3RD ST
CHARLOTTE, NC 28202-2315
United States

**Shipping Speed:**
Two-Day Shipping

Item(s) Subtotal: $59.23
Shipping & Handling: $12.56
-----
Total before tax: $71.79
Sales Tax: $5.19
-----
**Total for This Shipment: $76.98**
-----

## Shipped on November 21, 2017

| Items Ordered | Price |
|---|---|
| 1 of: *The Three Conversions in the Spiritual Life*, Reginald Garrigou-Lagrange<br>Sold by: Amazon.com Services, Inc.<br><br>Condition: New | $12.95 |
| 1 of: *Providence: God's Loving Care for Men and the Need for Confidence in Almighty God*, Reginald Garrigou-Lagrange<br>Sold by: Amazon.com Services, Inc.<br><br>Condition: New | $19.95 |

**Shipping Address:**
Pavel Kejik - Guest - Arrival Sat 25 Nov
HILTON CHARLOTTE CENTER CITY
222 E 3RD ST
CHARLOTTE, NC 28202-2315
United States

**Shipping Speed:**

Item(s) Subtotal: $32.90
Shipping & Handling: $8.38
-----
Total before tax: $41.28
Sales Tax: $2.99
-----
**Total for This Shipment: $44.27**
-----

Case 3:16-cv-00695-FDW-DCK   Document 94-42   Filed 11/14/18   Page 1 of 2

Two-Day Shipping

## Payment information

**Payment Method:**
Visa | Last digits: 5009

**Billing address**
Mr Paul Kejik
Baronius Press Ltd
78 York Street
London, W1H 1DP
United Kingdom

| | |
|---|---|
| Item(s) Subtotal: | $92.13 |
| Shipping & Handling: | $20.94 |
| | ----- |
| Total before tax: | $113.07 |
| Estimated tax to be collected: | $8.18 |
| | ----- |
| **Grand Total:** | **$121.25** |

**Credit Card transactions**
Visa ending in 5009: November 21, 2017: $44.27
Visa ending in 5009: November 21, 2017: $76.98

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

Case 3:16-cv-00695-FDW-DCK   Document 94-42   Filed 11/14/18   Page 2 of 2