Shop / Books

# Christian Perfection and Contemplation: According to St. Thomas Aquinas and St. John of the Cross

by Reginald Rev. Fr. Garrigou-Lagrange



NOOK Book (eBook)

$**8.49** ~~$9.99~~ | Save 15%

Format
NOOK Book - $8.49

View All Available Formats & Editions

ADD TO CART     Instant Purchase

**Available on Compatible NOOK Devices and the free NOOK Apps.**

LendMe® — See Details

Want a NOOK ? Explore Now

Buy As Gift | Get Free NOOK Book Sample | Add to Wishlist

## Customers Who Bought This Item Also Bought

    

Novena to the Holy Ghost
by Ghost
☆☆☆☆☆

The Secret of Confession: Including the Wond…
by Paul O'Sullivan O…
☆☆☆☆☆

A Pocket Guide to Confession
by Michael Dubruiel
☆☆☆☆☆

Contemplating the Trinity: The Pat to the Abun…
by Raniero Cantala…
★★★★★

The Three Ways of the Spiritual Life
by Reginald Garrigo…
★★★★★