Shop / Books

# Our Saviour and His Love for Us: Catholic Doctrine on the Interior Life of Christ

by Reginald Rev. Fr. Garrigou-Lagrange



**NOOK Book** (eBook)

**$8.49** ~~$9.99~~ | Save 15%

Format
NOOK Book - $8.49

View All Available Formats & Editions

ADD TO CART   Instant Purchase

**Available on Compatible NOOK Devices and the free NOOK Apps.** ⓘ

LendMe®— See Details

Want a NOOK ? Explore Now

Buy As Gift | Get Free NOOK Book Sample | Add to Wishlist

## Customers Who Bought This Item Also Bought

    

Predestination: The Meaning of Predestination in … | Christian Perfection and Contemplation: Acc… | The Spiritual Combat: And a Treatise on Peace of… | Mystery of the Kingdom: On the Gospel of Matth… | The Mystical Body of Christ

by Reginald Rev. Fr.… | by Reginald Rev. Fr.… | by Lorenzo Scupoli | by Edward Sri | by Fulton J. Sheen

☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆