Shop / Books

# Providence: God's Loving Care for Man and the Need for Confidence in Almighty God

by Reginald Rev. Fr. Garrigou-Lagrange



NOOK Book (eBook)

$**8.49** ~~$9.99~~ | Save 15%

Format
NOOK Book - $8.49

View All Available Formats & Editions

ADD TO CART    Instant Purchase

**Available on Compatible NOOK Devices and the free NOOK Apps.** ⓘ

LendMe® — See Details

Want a NOOK ? Explore Now

Buy As Gift    Get Free NOOK Book Sample    Add to Wishlist

## Customers Who Bought This Item Also Bought

    

| Predestination: The Meaning of Predestination in … | Our Saviour and His Love for Us: Catholic Doctrin… | The Spiritual Combat: And a Treatise on Peace of … | The Mystical Body of Christ | Easter Homilies |
|---|---|---|---|---|
| by Reginald Rev. Fr.… | by Reginald Rev. Fr.… | by Lorenzo Scupoli | by Fulton J. Sheen | by St. Thomas Aquin… |
| ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ | ☆☆☆☆☆ | ★★★★★ |

