20171116 - Life Everlasting and the Immensity of th_ - https___www.amazon.com_Life-Everlasti

