Shop / Books

# Predestination: The Meaning of Predestination in Scripture and the Church

by Reginald Rev. Fr. Garrigou-Lagrange



NOOK Book (eBook)

$8.49  $9.99  | Save 15%

Format
NOOK Book - $8.49

View All Available Formats & Editions

ADD TO CART    Instant Purchase

**Available on Compatible NOOK Devices and the free NOOK Apps.** ⓘ

LendMe® — See Details

Want a NOOK ? Explore Now

Buy As Gift    Get Free NOOK Book Sample    Add to Wishlist

---

## Customers Who Bought This Item Also Bought

    

| Our Saviour and His Love for Us: Catholic Doctrin… | The Three Ways of the Spiritual Life | The Spiritual Combat: And a Treatise on Peace of… | The Mystical Body of Christ | Easter Homilies |
| by Reginald Rev. Fr.… | by Reginald Garrigo… | by Lorenzo Scupoli | by Fulton J. Sheen | by St. Thomas Aquin… |
| ☆☆☆☆☆ | ★★★★★ | ☆☆☆☆☆ | ☆☆☆☆☆ | ★★★★★ |

   

