SAINT BENEDICT + PRESS
Become a Saint

1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

Ship To ID: 3934

## INVOICE



Sold To: 
United Kingdom

Ship To: 

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|------------|-----|-------------|-------|------------|
| FORT19 | | | | Net 60 Days | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|-----------|---------|---------|----|----|-----------|-----------|
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 2 | 2 | | 60.00% | 19.98 | 39.96 |



*Totals are on the final page >>>*

| Product Total | Sales Tax | Shipping | **Invoice Total** | Pre-Paid | Paid With Order | **Balance Due** |
|---------------|-----------|----------|-------------------|----------|-----------------|-----------------|
| | | | | | | |

**SBPP-04027**



SAINT BENEDICT+PRESS
*Become a Saint*

1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

| Page | Customer ID | Invoice ID |
|------|-------------|------------|
| 1 | 89901 | **101812** |

| Ref Date | Order Date | Ship Date |
|----------|------------|-----------|
| | 4/9/2015 | 4/15/2015 |

Ship To ID: 89901



## INVOICE

**Sold To:** ▮▮▮▮▮▮
Sweden

**Ship To:** ▮▮▮▮▮▮
Sweden

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|------------|-----|-------------|-------|------------|
| | Check: IBS | | FedEx Int'l Mail Service | | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|------------|---------|---------|-----|------|-----------|-----------|
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 39.96 | 1 | 1 | | | 39.96 | 39.96 |

Total Units Shipped: 1

| Product Total | Sales Tax | Shipping | **Invoice Total** | Pre-Paid | Paid With Order | **Balance Due** |
|---------------|-----------|----------|-------------------|----------|-----------------|-----------------|
| **$39.96** | **$0.00** | **$0.00** | **$39.96** | **$0.00** | **$39.96** | **$0.00** |

 SAINT BENEDICT ❧ PRESS
*Become a Saint*
1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

| Page | Customer ID | Invoice ID |
|------|-------------|------------|
| 1 | 1719 | **104726** |

| Ref Date | Order Date | Ship Date |
|----------|------------|-----------|
| | 5/8/2015 | 5/20/2015 |

Ship To ID: 1719

## INVOICE



Sold To: 

Philippines

Ship To: 

Philippines

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|------------|-----|-------------|-------|------------|
| 5.2015 | | | FedEx Int'l Econ | Net 90 Days | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|------------|---------|---------|----|----|-----------|-----------|
| ███ | █ | ██ | ██ | ██ | ██ | ██ | | ██ |
| ███ | ████ | ██ | █ | | █ | ██ | | |
| | ████ | ██ | | | | | | ██ |
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 8 | 8 | | 50.00% | 24.98 | 199.84 |
| ███ | ███ | ██ | █ | | █ | ██ | | |
| ███ | █ ███ | ██ | █ | | █ | ██ | ██ | |
| ███ | ████ | | █ | █ | | | | ██ |
| █ ███ | ███ | | █ | █ | | | ██ | |
| ███ | ███ | ██ | █ | █ | | ██ | ██ | ██ |
| ███ | ███ | | | | | | | |
| ███ | ██ | ██ | █ | █ | █ | ██ | ██ | ██ |
| ███ | █ ███ | ██ | █ | █ | █ | ██ | ██ | ██ |

*Totals are on the final page >>>*

| Product Total | Sales Tax | Shipping | **Invoice Total** | Pre-Paid | Paid With Order | **Balance Due** |
|---------------|-----------|----------|-------------------|----------|-----------------|-----------------|
| | | | | | | |

**SBPP-04029**

 SAINT BENEDICT + PRESS
*Become a Saint*

1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

| Page | Customer ID | Invoice ID |
|------|-------------|------------|
| 1 | 4030 | **105588** |

| Ref Date | Order Date | Ship Date |
|----------|------------|-----------|
| | 5/18/2015 | 5/20/2015 |

Ship To ID: 4030

## INVOICE



**Sold To:** 
Australia

**Ship To:** 

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|------------|-----|-------------|-------|------------|
| 1812 | | | FedEx Ground | Net 90 Days | |



| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|------------|---------|---------|-----|------|-----------|-----------|
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 5 | 5 | | 60.00% | 19.98 | 99.90 |

*Totals are on the final page >>>*

| Product Total | Sales Tax | Shipping | **Invoice Total** | Pre-Paid | Paid With Order | **Balance Due** |
|---------------|-----------|----------|-------------------|----------|-----------------|-----------------|
| | | | | | | |

**SBPP-04030**



SAINT BENEDICT + PRESS
*Become a Saint*

1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

## INVOICE

**Sold To:** 

Nigeria

**Ship To:** 

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|-----------|-----|-------------|-------|-----------|
| RBTE | | | FedEx Ground | Net 90 Days | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|-----------|---------|---------|-----|------|-----------|-----------|
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 80 | 80 | | 60.00% | 19.98 | 1,598.40 |



*Totals are on the final page >>>*

| Product Total | Sales Tax | Shipping | **Invoice Total** | Pre-Paid | Paid With Order | **Balance Due** |
|---------------|-----------|----------|-------------------|----------|-----------------|-----------------|
| | | | | | | |

**SBPP-04031**

 SAINT BENEDICT + PRESS
*Become a Saint*
1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

| Page | Customer ID | Invoice ID |
|------|-------------|------------|
| 1 | 3934 | **116779** |
| Ref Date | Order Date | Ship Date |
| | 8/25/2015 | 8/25/2015 |

Ship To ID: 3934

## INVOICE

Sold To: 
United Kingdom

Ship To: 

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|------------|-----|-------------|-------|------------|
| 2308 | | | Free Freight | Net 60 Days | |



| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|-----------|---------|---------|-----|------|-----------|-----------|
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 2 | 2 | | 60.00% | 19.98 | 39.96 |

Totals are on the final page >>>

| Product Total | Sales Tax | Shipping | **Invoice Total** | Pre-Paid | Paid With Order | **Balance Due** |
|---------------|-----------|----------|-------------------|----------|-----------------|-----------------|
| | | | | | | |

**SBPP-04032**

 SAINT BENEDICT ✠ PRESS
*Become a Saint*
1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

| Page | Customer ID | Invoice ID |
|---|---|---|
| 1 | 3293 | 120534 |
| Ref Date | Order Date | Ship Date |
| | 9/21/2015 | 9/29/2015 |

Ship To ID: 3293

## INVOICE



Sold To: ▮▮▮▮▮▮

Canada

Ship To: ▮▮▮▮▮▮

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---|---|---|---|---|---|
| 88 | | Grabowski, Paul | UPS Worldwide Saver | Net 30 Days | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮ | ▮ | ▮▮ | ▮ | ▮ | | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮ | ▮ | ▮▮ | ▮ | ▮ | | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮ | ▮ | ▮▮ | ▮ | ▮ | | ▮▮ | ▮▮ | ▮▮ |
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 2 | 2 | | 43.00% | 28.47 | 56.94 |
| ▮▮▮▮ | ▮ | ▮▮ | ▮ | ▮ | | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮ | ▮ | ▮▮ | ▮ | ▮ | | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮ | ▮ | ▮▮ | ▮ | ▮ | | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮ | ▮ | ▮▮ | ▮ | ▮ | | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮ | ▮ | ▮▮ | ▮ | ▮ | | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮ | ▮ | ▮▮ | ▮ | | ▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮ | ▮ | ▮▮ | | ▮ | | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮ | ▮ | ▮▮ | ▮ | ▮ | | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮▮ | ▮ | ▮▮ | ▮ | ▮ | | ▮▮ | ▮▮ | ▮▮ |

*Totals are on the final page >>>*

| Product Total | Sales Tax | Shipping | **Invoice Total** | Pre-Paid | Paid With Order | **Balance Due** |
|---|---|---|---|---|---|---|
| | | | | | | |



**SBPP-04033**


**SAINT BENEDICT+PRESS**
*Become a Saint*

1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

| Page | Customer ID | Invoice ID |
|------|-------------|------------|
| 1 | 3934 | **121707** |

| Ref Date | Order Date | Ship Date |
|----------|------------|-----------|
| | 9/29/2015 | 9/29/2015 |

Ship To ID: 3934



## INVOICE

**Sold To:**

United Kingdom

**Ship To:**


| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|------------|-----|-------------|-------|------------|
| 2319 | | Grabowski, Paul | Free Freight | Net 60 Days | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|------------|---------|---------|-----|------|-----------|-----------|
| ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ | ▆ | ▆ |
| | ▆ | | | | | | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | |
| ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ | | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ | ▆ | |
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 10 | 10 | | 60.00% | 19.98 | 199.80 |
| ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | | ▆ | ▆ | ▆ |

*Totals are on the final page >>>*

| Product Total | Sales Tax | Shipping | **Invoice Total** | Pre-Paid | Paid With Order | **Balance Due** |
|---------------|-----------|----------|-------------------|----------|-----------------|-----------------|
| | | | | | | |

**SBPP-04034**

 SAINT BENEDICT+PRESS

1-800-437-5876
P.O. Box 410487
*Become a Saint*  Charlotte, NC 28241

Ship To ID: 3422

## INVOICE



| Sold To: | | Ship To: | |
|----------|---|----------|---|
|  Australia | | |  |

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|------------|-----|-------------|-------|------------|
| 3090 | | Ginny, Pankus | FedEx Ground | Net 90 Days | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|-----------|---------|---------|-----|------|-----------|-----------|
| █████ | █████████ | ████ | ▌ | ▌ | ▌ | ████ | ███ | |
| | | | | | | | | |
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 4 | 4 | | 50.00% | 24.98 | 99.92 |
| █████ | ██████████ | ███ | ▌ | | ▌ | ████ | ███ | |
| █████ | ████████ | ███ | ▌ | ▌ | | ████ | ███ | ███ |
| █████ | ████████ | ███ | ▌ | ▌ | | ████ | ███ | ███ |
| █████ | ████████ | ███ | ▌ | ▌ | | ████ | ███ | ███ |
| █████ | ████████ | ███ | ▌ | ▌ | | ████ | ███ | ███ |
| █████ | ████████ | ███ | ▌ | ▌ | | ████ | ███ | ███ |
| █████ | ██████ | ███ | ▌ | ▌ | | ████ | ███ | ███ |
| █████ | █████ | ███ | ▌ | ▌ | | ████ | ███ | ███ |
| █████ | ████████ | ███ | ▌ | ▌ | | ████ | ███ | ███ |
| █████ | █████████ | ███ | ▌ | ▌ | | ████ | ███ | ███ |
| █████ | ███████ | ███ | ▌ | ▌ | | ████ | ███ | ███ |
| █████ | ███████ | ███ | ▌ | ▌ | | ████ | ███ | ███ |

*Totals are on the final page >>>*

| Product Total | Sales Tax | Shipping | Invoice Total | Pre-Paid | Paid With Order | Balance Due |
|---------------|-----------|----------|---------------|----------|-----------------|-------------|
| | | | | | | |

**SBPP-04035**


**SAINT BENEDICT + PRESS**
*Become a Saint*

1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

| Page | Customer ID | Invoice ID |
|---|---|---|
| 3 | 3601 | **128811** |
| Ref Date | Order Date | Ship Date |
| | 11/24/2015 | 11/25/2015 |

Ship To ID: 3601

## INVOICE



| Sold To: | Ship To: |
|---|---|
| ██████ | ██████ |
| Canada | Canada |

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---|---|---|---|---|---|
| 004060 | | Ginny, Pankus | UPS Standard CA | Net 90 Days | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|---|---|---|---|---|---|---|---|---|
| ██████ | █ | ██ | █ | █ | | ██ | ██ | ██ |
| ██████ | █ | ██ | █ | █ | | ██ | ██ | ██ |
| ██████ | ██ | ██ | █ | █ | | ██ | ██ | ██ |
| ██████ | ██ | ██ | █ | █ | | ██ | ██ | ██ |
| ██████ | █ | ██ | █ | █ | | ██ | ██ | ██ |
| ██████ | █ | ██ | █ | █ | | ██ | ██ | ██ |
| ██████ | ██ | ██ | █ | █ | | ██ | ██ | ██ |
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 6 | 6 | | 60.00% | 19.98 | 119.88 |
| ██████ | ██ | | █ | █ | | ██ | ██ | ██ |
| ██████ | ██ | ██ | █ | █ | | ██ | ██ | ██ |
| ██████ | ██ | ██ | █ | █ | | ██ | ██ | ██ |
| ██████ | ██ | ██ | █ | █ | | ██ | ██ | ██ |
| ██████ | █ | ██ | █ | █ | | ██ | ██ | ██ |
| ██████ | ██ | ██ | █ | █ | | ██ | ██ | ██ |

*Totals are on the final page >>>*

| Product Total | Sales Tax | Shipping | **Invoice Total** | Pre-Paid | Paid With Order | **Balance Due** |
|---|---|---|---|---|---|---|
| | | | | | | |

**SBPP-04036**



**SAINT BENEDICT PRESS**
*Become a Saint*

1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

| Page | Customer ID | Invoice ID |
|------|-------------|------------|
| 1 | 2690 | 132955 |

| Ref Date | Order Date | Ship Date |
|----------|------------|-----------|
| | 12/22/2015 | 12/28/2015 |

Ship To ID: 2690

## INVOICE



Sold To: 

Uganda

Ship To: 

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|-----------|-----|-------------|-------|------------|
| | | Ginny, Pankus | FedEx Int'l Econ | Net 30 Days | |



| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|-----------|---------|---------|----|----|-----------|-----------|
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 5 | 5 | | 50.00% | 24.98 | 124.90 |

*Totals are on the final page >>>*

| Product Total | Sales Tax | Shipping | Invoice Total | Pre-Paid | Paid With Order | Balance Due |
|---------------|-----------|----------|---------------|----------|-----------------|-------------|
| | | | | | | |

SBPP-04037



SAINT BENEDICT + PRESS
*Become a Saint*
1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

## INVOICE

Ship To ID: 2497



**Sold To:** 


Australia

**Ship To:**

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|------------|-----|-------------|-------|------------|
| 2327 | | Ginny, Pankus | FedEx Ground | Net 90 Days | |



| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|------------|---------|---------|----|----|-----------|-----------|
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 1 | 1 | | 50.00% | 24.98 | 24.98 |

*Totals are on the final page >>>*

| Product Total | Sales Tax | Shipping | **Invoice Total** | Pre-Paid | Paid With Order | **Balance Due** |
|---------------|-----------|----------|-------------------|----------|-----------------|-----------------|
| | | | | | | |



SAINT BENEDICT + PRESS
Become a Saint

1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

| Page | Customer ID | Invoice ID |
|------|-------------|------------|
| 1 | 1835 | 147021 |
| Ref Date | Order Date | Ship Date |
| | 5/4/2016 | 5/4/2016 |

Ship To ID: 1835



## INVOICE

Sold To:

South Africa

Ship To:


| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|-----------|-----|-------------|-------|------------|
| | | Ginny, Pankus | SMART POST (HOME L | Net 90 Days | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|-----------|---------|---------|----|----|-----------|-----------|
| | | | | | | | | |
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 1 | 1 | | 55.00% | 22.48 | 22.48 |

Total Units Shipped: 3

| Product Total | Sales Tax | Shipping | Invoice Total | Pre-Paid | Paid With Order | Balance Due |
|---------------|-----------|----------|---------------|----------|-----------------|-------------|
| $49.44 | $0.00 | $8.88 | $58.32 | $0.00 | $0.00 | $58.32 |

**SBPP-04039**


SAINT BENEDICT + PRESS
Become a Saint

1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

| Page | Customer ID | Invoice ID |
|------|-------------|------------|
| 7 | 2208 | **148339** |
| Ref Date | Order Date | Ship Date |
| | 5/24/2016 | 5/27/2016 |

Ship To ID: 2208

## INVOICE

**Sold To:** 

Nigeria

**Ship To:** 

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|------------|-----|-------------|-------|------------|
| | | Paul, Grabowski | FedEx Ground | Net 90 Days | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|-----------|---------|---------|-----|------|-----------|-----------|
| | | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 22 | 22 | | 60.00% | 19.98 | 439.56 |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |

*Totals are on the final page >>>*

| Product Total | Sales Tax | Shipping | **Invoice Total** | Pre-Paid | Paid With Order | **Balance Due** |
|---------------|-----------|----------|-------------------|----------|-----------------|-----------------|
| | | | | | | |

**SBPP-04040**



## SAINT BENEDICT+PRESS

*Become a Saint*

1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

| Page | Customer ID | Invoice ID |
|------|-------------|------------|
| 8 | 4023 | 149704 |
| Ref Date | Order Date | Ship Date |
| | 6/14/2016 | 6/15/2016 |

Ship To ID: 4023

## INVOICE



| | | | Sold To: | | | | | Ship To: | | |
|---|---|---|---|---|---|---|---|---|---|---|



India



| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|-----------|-----|-------------|-------|-----------|
| | | Paul, Grabowski | FedEx Ground | Net 90 Days | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|-----------|---------|---------|-----|------|-----------|-----------|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 3 | 3 | | 60.00% | 19.98 | 59.94 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

*Totals are on the final page >>>*

| Product Total | Sales Tax | Shipping | **Invoice Total** | Pre-Paid | Paid With Order | **Balance Due** |
|---------------|-----------|----------|-------------------|----------|-----------------|-----------------|
| | | | | | | |

**SBPP-04041**



SAINT BENEDICT ✠ PRESS
Become a Saint

1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

| Page | Customer ID | Invoice ID |
|---|---|---|
| 5 | 1364 | **156037** |
| Ref Date | Order Date | Ship Date |
| | 8/10/2016 | 8/23/2016 |

Ship To ID: 1364

## INVOICE



| Sold To: |  Ireland | Ship To: |  |
|---|---|---|---|

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---|---|---|---|---|---|
| CMN2016 | | Ginny, Pankus | FedEx Int'l Econ | Net 90 Days | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|---|---|---|---|---|---|---|---|---|
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 3 | 3 | | 60.00% | 19.98 | 59.94 |



*Totals are on the final page >>>*

| Product Total | Sales Tax | Shipping | Invoice Total | Pre-Paid | Paid With Order | Balance Due |
|---|---|---|---|---|---|---|
| | | | | | | |

SBPP-04042


SAINT BENEDICT + PRESS
*Become a Saint*
1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

## INVOICE



**Sold To:** 
Australia

**Ship To:** 

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---|---|---|---|---|---|
| 1200047938 | Visa 7786 | | SMART POST (HOME L | | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | ▆ | ▆ | ▆ | | | ▆ | ▆ |
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 1 | 1 | | | 49.95 | 49.95 |
| | | ▆ | ▆ | ▆ | | | ▆ | ▆ |

Shipped: 4

| | Sales Tax | | | | | |
|---|---|---|---|---|---|---|
| $77.35 | $0.00 | $5.00 | $82.35 | $0.00 | $82.35 | $0.00 |

**SBPP-04043**



SAINT BENEDICT PRESS
*Become a Saint*

1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241



| Page | Customer ID | Invoice ID |
|------|-------------|------------|
| 1 | 3934 | **157161** |

| Ref Date | Order Date | Ship Date |
|----------|------------|-----------|
| | 8/22/2016 | 8/23/2016 |

Ship To ID: 3934

## INVOICE

Sold To: 
United Kingdom

Ship To: 

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|------------|-----|-------------|-------|------------|
| 2433 | | Ginny, Pankus | Free Freight | Net 60 Days | |



| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|------------|---------|---------|----|----|-----------|-----------|
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 4 | 4 | | 60.00% | 19.98 | 79.92 |

*Totals are on the final page >>>*

| Product Total | Sales Tax | Shipping | **Invoice Total** | Pre-Paid | Paid With Order | **Balance Due** |
|---------------|-----------|----------|-------------------|----------|-----------------|-----------------|
| | | | | | | |

**SBPP-04044**

 SAINT BENEDICT + PRESS

1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

*Become a Saint*

Ship To ID: 73656



## INVOICE

**Sold To:** 
Canada

**Ship To:** 
Canada

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|------------|-----|-------------|-------|------------|
| 1200058157 | Mc 7526 | | FedEx Int'l Mail Service | | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|-----------|---------|---------|-----|------|-----------|-----------|
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 2 | 2 | | | 49.95 | 99.90 |

Total Units Shipped: 3

| Product Total | Sales Tax | Shipping | **Invoice Total** | Pre-Paid | Paid With Order | **Balance Due** |
|---------------|-----------|----------|-------------------|----------|-----------------|-----------------|
| $122.85 | $0.00 | $49.95 | **$172.80** | $0.00 | $172.80 | $0.00 |



| Page | Customer ID | Invoice ID |
|------|-------------|------------|
| 1 | 158353 | **187211** |
| Ref Date | Order Date | Ship Date |
| | 5/16/2017 | 5/17/2017 |

Ship To ID: 158353

## INVOICE



**Sold To:** ▮▮▮▮▮▮
▮▮▮▮▮ ▮▮▮▮▮▮▮
Argentina

**Ship To:** 
▮▮▮▮▮▮▮
▮▮▮▮▮▮

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|-----------|-----|-------------|-------|-----------|
| 1200058236 | Visa 2672 | | FedEx 2Day | | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|-----------|---------|---------|----|----|-----------|-----------|
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 1 | 1 | | | 49.95 | 49.95 |
| | - | | | | | | | |

▮▮▮▮▮▮▮▮▮

Total Units Shipped: 1

| Product Total | Sales Tax | Shipping | **Invoice Total** | Pre-Paid | Paid With Order | **Balance Due** |
|---------------|-----------|----------|-------------------|----------|-----------------|-----------------|
| **$49.95** | **$0.00** | **$21.95** | **$71.90** | **$0.00** | **$71.90** | **$0.00** |

**SBPP-04046**


SAINT BENEDICT ✠ PRESS
*Become a Saint*

1-800-437-5876
P.O. Box 410487
Charlotte, NC 28241

| Page | Customer ID | Invoice ID |
|------|-------------|------------|
| 1 | 148057 | **208218** |
| Ref Date | Order Date | Ship Date |
| | 11/14/2017 | 11/14/2017 |

## INVOICE

Ship To ID: 148057



| Sold To: | ███ | Ship To: | ███ |
|----------|-----|----------|-----|
| | Canada | | Canada |

| Customer PO # | Payment By | Rep | Shipped Via | Terms | Ordered By |
|---------------|-----------|-----|-------------|-------|-----------|
| 1200065608 | Mc 5587 | | FedEx Int'l Mail Service | | |

| ProdCode | Title | List Price | Ordered | Shipped | BO | Disc | Net Price | Extension |
|----------|-------|-----------|---------|---------|-----|------|-----------|-----------|
| 9780895558053 | FUNDAMENTALS OF CATHOLIC DOGMA | 49.95 | 1 | 1 | | | 49.95 | 49.95 |

Total Units Shipped: 2

| Product Total | Sales Tax | Shipping | Invoice Total | Pre-Paid | Paid With Order | Balance Due |
|---------------|-----------|----------|---------------|----------|-----------------|-------------|
| $69.90 | $0.00 | $20.95 | $90.85 | $0.00 | $90.85 | $0.00 |

**SBPP-04047**