From: **Customer_Service** customerservice@tanbooks.com
Subject: RE:
Date: October 12, 2016 at 11:13 AM America/Los_Angeles
To: █████████



Hi ███ Thank you for getting in touch with us! Due to publishing restrictions, unfortunately we are only authorized to sell Fundamentals of Catholic Dogma within the US, but please let us know if there's anything else we can do for you! Joseph Bruck, Customer Service Direct Line: 704-868-7142 Saint Benedict Press / TAN Books mercystudy.com Flip Book Review Packet: https://www.mercystudy.com/index.php/digital-review-packet/
_____ From: ███████
Sent: Wednesday, October 12, 2016 7:13 AM To: Customer_Service Subject: Hello, I was wondering if you used any UK based distributors for 'Fundamentals of Catholic Dogma' by OTT? Best wishes, ███

interception, unauthorised amendment, viruses and unforeseen delays, and we do not accept any liability for any such data corruption, interception, unauthorised amendment, viruses and delays or the consequences thereof. Accordingly this e-mail and any attachments are opened at your own risk. If you have received this e-mail in error, please advise us by replying to the sender and immediately delete this message from your computer system. Please note that in these circumstances the use, disclosure, distribution or copying of any of the contents of this e-mail is strictly prohibited. We apologise for any inconvenience we may have caused you. p =

From: ▮
Subject: Fundamentals of Catholic Dogma
Date: July 31, 2017 at 5:58 AM America/Los_Angeles
To: "CustomerService@TANBooks.com" CustomerService@tanbooks.com



Dear Sir,

I was looking at the "Fundamentals of Catholic Dogma." It indicates that "**This title is available for US Distribution only.**" However the Product details indicate:
Item No: 2350
Pages: 568
ISBN: 9780895558053
Publisher: Saint Benedict Press, LLC
Imprint: TAN Books
Publication Date: 2009
Binding: Hardcover
Dimensions: 5.75 x 8.75 x 1.40

So it seems that you are the publisher: why then is it limited to the US? Would not that book do good also outside of the US? Or perhaps, who has the rights outside the US?

Sincerely yours in Jesus and Mary,

▮



From: **Customer Service** customerservice@tanbooks.com
Subject: Re: Fundamentals of Catholic Dogma
Date: July 31, 2017 at 6:09 AM America/Los_Angeles
To:

Hi Father,

Thank you for getting in touch with us. We acquired this title from the copyright holder under the condition that we would only publish it within the U.S. Please let us know if there is any other way we can help you!

Joseph Bruck, Customer Service
Direct Line: 704-868-7142
Saint Benedict Press / TAN Books
www.tanbooks.com - https://www.facebook.com/TANBooks

From:

Subject: RE: Fundamentals of Catholic Dogma
Date: July 31, 2017 at 6:11 AM America/Los_Angeles
To: Customer Service customerservice@tanbooks.com

Dear Sir,

Thanks for the answer. The question is then: how could one purchase that book outside the US? On Amazon, they sell it for an astronomical price… yours is better! Does the original copyright holder still sells some copies?

Sincerely yours in Jesus and Mary,

From: joseph@tanbooks.com [mailto:joseph@tanbooks.com] **On Behalf Of** Customer Service
Sent: Monday, 31 July 2017 9:09 PM
To:
Subject: Re: Fundamentals of Catholic Dogma

Hi Father,

Thank you for getting in touch with us. We acquired this title from the copyright holder under the condition that we would only publish it within the U.S. Please let us know if there is any other way we can help you!

Joseph Bruck, Customer Service
Direct Line: 704-868-7142
Saint Benedict Press / TAN Books
www.tanbooks.com - https://www.facebook.com/TANBooks

On Mon, Jul 31, 2017 at 8:58 AM, wrote:

> Dear Sir,
>
> I was looking at the "Fundamentals of Catholic Dogma." It indicates that "**This title is available for US Distribution only.**" However the Product details indicate:
> Item No: 2350
> Pages: 568
> ISBN: 9780895558053
> Publisher: Saint Benedict Press, LLC

CONFIDENTIAL    Case 3:16-cv-00695-FDW-DCK    Document 94-52    Filed 11/14/18    Page 3 of 7    SBPP 03241

Imprint: TAN Books
Publication Date: 2009
Binding: Hardcover
Dimensions: 5.75 x 8.75 x 1.40

So it seems that you are the publisher: why then is it limited to the US? Would not that book do good also outside of the US? Or perhaps, who has the rights outside the US?

Sincerely yours in Jesus and Mary,

**From:**
C███████████
Customer Service customerservice@tanbooks.com
**Subject:**
Re: Fundamentals of Catholic Dogma
**Date:**
July 31, 2017 at 6:14 AM America/Los_Angeles
**To:**
███████████

Baronius Press, the copyright holder, is currently not printing this book anymore. I am not sure how one would acquire copies outside of the U.S.

Joseph Bruck, Customer Service
Direct Line: 704-868-7142
Saint Benedict Press / TAN Books
www.tanbooks.com - https://www.facebook.com/TANBooks

**From:**
F███████████
**Subject:**
RE: Fundamentals of Catholic Dogma
**Date:**
July 31, 2017 at 8:16 PM America/Los_Angeles
**To:**
Customer Service customerservice@tanbooks.com

Dear Sir,

Very many thanks for your answer. I reckon the best way would be to ask them for a special permission. I have written to them asking for such. Many thanks for your help.

Sincerely yours in Jesus and Mary,

**From:** joseph@tanbooks.com [mailto:joseph@tanbooks.com] **On Behalf Of** Customer Service
**Sent:** Monday, 31 July 2017 9:14 PM
**To:** ███████████
**Subject:** Re: Fundamentals of Catholic Dogma

Baronius Press, the copyright holder, is currently not printing this book anymore. I am not sure how one would acquire copies outside of the U.S.

Joseph Bruck, Customer Service
Direct Line: 704-868-7142
Saint Benedict Press / TAN Books
www.tanbooks.com - https://www.facebook.com/TANBooks

On Mon, Jul 31, 2017 at 9:11 AM, ███ wrote:

> Dear Sir,
>
> Thanks for the answer. The question is then: how could one purchase that book outside the US? On Amazon, they sell it for an astronomical price… yours is better! Does the original copyright holder still sells some copies?
>
> Sincerely yours in Jesus and Mary,
>
> ███

**From:** joseph@tanbooks.com [mailto:joseph@tanbooks.com] **On Behalf Of** Customer Service
**Sent:** Monday, 31 July 2017 9:09 PM
**To:** ███
**Subject:** Re: Fundamentals of Catholic Dogma

Hi Father,

Thank you for getting in touch with us. We acquired this title from the copyright holder under the condition that we would only publish it within the U.S. Please let us know if there is any other way we can help you!

Joseph Bruck, Customer Service
Direct Line: 704-868-7142
Saint Benedict Press / TAN Books
www.tanbooks.com - https://www.facebook.com/TANBooks

On Mon, Jul 31, 2017 at 8:58 AM, ███ wrote:

> Dear Sir,
>
> I was looking at the "Fundamentals of Catholic Dogma." It indicates that "**This title is available for US Distribution only.**" However the Product details indicate:
> Item No: 2350
> Pages: 568
> ISBN: 9780895558053
> Publisher: Saint Benedict Press, LLC
> Imprint: TAN Books
> Publication Date: 2009
> Binding: Hardcover
> Dimensions: 5.75 x 8.75 x 1.40
>
> So it seems that you are the publisher: why then is it limited to the US? Would not that book do good also outside of the US? Or perhaps, who has the rights outside the US?
>
> Sincerely yours in Jesus and Mary,
>
> ███

CONFIDENTIAL Case 3:16-cv-00695-FDW-DCK Document 94-52 Filed 11/14/18 Page 35 of 243 SBPP 03243

From: **Customer Service** customerservice@tanbooks.com
Subject: Re: several copies of Ludwig Ott: Fundamentals of Catholic Dogma?
Date: March 23, 2017 at 11:10 AM America/Los_Angeles
To: ███████████████

Hi Father,

Thank you for getting in touch with us, and for your interest in Fundamentals of Catholic Dogma. Unfortunately, we had to discontinue this particular title, but we do have a similar book that may have what you're looking for: https://www.tanbooks.com/index.php/this-is-the-faith-a-complete-explanation-of-the-catholic-faith-2459.html

Please let us know if there is any other way we can help you!

Joseph Bruck, Customer Service
Direct Line: 704-868-7142
Saint Benedict Press / TAN Books
www.tanbooks.com - https://www.facebook.com/TANBooks

CONFIDENTIAL   Case 2:16-cv-00695-FDW-DCK   Document 94-52   Filed 11/14/18   Page 36 of 70   SBPP03098

From: **Customer Service** customerservice@tanbooks.com
Subject: Re: Product question
Date: June 02, 2017 at 6:08 AM America/Los_Angeles
To:



Thank you for getting in touch with us. This book is a reprint of the 1974 edition. Please let us know if there is any other way we can help you!

Joseph Bruck, Customer Service
Direct Line: 704-868-7142
Saint Benedict Press / TAN Books
www.tanbooks.com - https://www.facebook.com/TANBooks