IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CV-695-FDW-DCK

| | |
|---|---|
| BARONIUS PRESS, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| SAINT BENEDICT PRESS LLC, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion For Extension Of Time To Respond To Plaintiff's Second Amended Verified Complaint" (Document No. 95) filed November 19, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion For Extension Of Time To Respond To Plaintiff's Second Amended Verified Complaint" (Document No. 95) is **GRANTED**. Defendant shall have up to and including **December 28, 2018** to answer or otherwise respond to Plaintiff's Second Amended Complaint.

Signed: November 19, 2018

David C. Keesler
United States Magistrate Judge