IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CV-695-FDW-DCK

| | | |
|---|---|---|
| BARONIUS PRESS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SAINT BENEDICT PRESS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Notice Of Resolution In Principle And Motion To Stay Deadlines" (Document No. 105) filed March 11, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Notice Of Resolution In Principle And Motion To Stay Deadlines" (Document No. 105) is **GRANTED**. This matter is **STAYED** until **March 20, 2019**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement or Status Report on or before **March 20, 2019**.

**IT IS FURTHER ORDERED** that the dispositive motions deadline is extended to **April 1, 2019**.

Signed: March 12, 2019

David C. Keesler
United States Magistrate Judge