IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case No. 3:16-cv-00695-FDW-DCK

| | |
|---|---|
| Baronius Press Ltd., <br>     Plaintiff <br><br> v. <br><br> Saint Benedict Press LLC, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## UPDATED STATUS REPORT

The parties respectfully notify the Court that the parties continue to make substantial progress towards settlement since the filing of their March 22, 2019 Status Report, and ask that they have until March 25, 2019 to provide a Notice of Settlement or an updated Status Report.

This is the 22nd day of March, 2019.

*Attorneys for Plaintiff*

/s/ Mark W. Ishman
Mark W. Ishman
N.C. State Bar No. 27908
ISHMAN LAW FIRM, P.C.
9660 Falls of Neuse Road, Box 138-350
Raleigh, North Carolina 27615
Telephone: (919) 468-3266
Email: mishman@ishmanlaw.com

*Attorneys for Defendant*

/s/ Jonathan E. Buchan
Jonathan E. Buchan
N.C. State Bar No. 8205
Natalie D. Potter
N.C. State Bar No. 34574
ESSEX RICHARDS, P.A.
1701 South Boulevard
Charlotte, NC 28203
Telephone: 704-377-4300
Facsimile: 704-372-1357
Email: jbuchan@essexrichards.com
Email: npotter@essexrichards.com