IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Case No. 3:16-cv-00695-FDW-DCK

| Baronius Press Ltd., | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| Saint Benedict Press LLC, | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

The parties respectfully notify the Court that on March 25, 2019, they have reached agreement on the final terms of a comprehensive Settlement Agreement and Mutual Release of All Claims which they anticipate will be signed by representatives of each party on March 27, 2019. The Settlement Agreement and Mutual Release of All Claims provides for the timely filing of a Stipulation of Dismissal, with prejudice, in accordance with various deadlines provided for therein.

This is the 25th day of March, 2019.

*Attorney for Plaintiff*

/s/ Mark W. Ishman
Mark W. Ishman
N.C. State Bar No. 27908
ISHMAN LAW FIRM, P.C.
9660 Falls of Neuse Road, Box 138-350
Raleigh, North Carolina 27615
Telephone: (919) 468-3266
Email: mishman@ishmanlaw.com

*Attorneys for Defendant*

/s/ Jonathan E. Buchan
Jonathan E. Buchan
N.C. State Bar No. 8205
Natalie D. Potter
N.C. State Bar No. 34574
ESSEX RICHARDS, P.A.
1701 South Boulevard
Charlotte, NC  28203
Telephone:  704-377-4300
Facsimile:  704-372-1357
Email:  jbuchan@essexrichards.com
Email:  npotter@essexrichards.com