IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-cv-00695-FDW-DCK

BARONIUS PRESS, LTD.,

    Plaintiff,

v.

SAINT BENEDICT PRESS LLC,

    Defendant.

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) Baronius Press, Ltd. and Saint Benedict Press, LLC hereby stipulate to the dismissal of this action <u>with</u> prejudice.

Respectfully submitted this 3rd day of April, 2019.

/s/ Mark W. Ishman
Mark W. Ishman N.C. State Bar No. 27908
Attorney for Plaintiff
Ishman Law Firm, P.C.
9660 Falls of Neuse Road, Box 138-350
Raleigh, NC 27615
Telephone: 919-468-3266
Email: mishman@ishmanlaw.com

/s/ Bikash Roy
Bikash Roy, State Bar No. 28382
Attorney for Plaintiff
P.O. Box 1215
Angier, NC 27501
Telephone: 919-215-8626
Email: bikashroy02@gmail.com

/s/ Kristin G. Garris
Kristin G. Garris, State Bar No. 38767
Attorney for Plaintiff
Tannenbaum Helpern Syracuse & Hirschtritt, LLP
900 Third Avenue
New York, NY 10022
Telephone: 212-508-6783
Email: garris@thsh.com

/s/ Jonathan E. Buchan
Jonathan E. Buchan, N.C. State Bar No. 8205

/s/ Natalie D. Potter
Natalie D. Potter, N.C. State Bar No. 34574
Attorneys for Defendant
Essex Richards, P.A.
1701 South Blvd.
Charlotte, NC 28203
Telephone: (704) 377-4300
Facsimile: (704) 372-1357
Email: jbuchan@essexrichards.com
Email: npotter@essexrichards.com